5000861.002
UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MAIMI DIVISION
-----------------------------------------------------------X

CROWLEY LINER SERVICES, INC.,

         Plaintiff,

   -against-                          CASE NO.

TRANSTAINER CORP.,

         Defendant.

-----------------------------------------------------------X

06-21995
CIV-GRAHAM
MAGISTRATE JUDGE
O'SULLIVAN

## CIVIL COMPLAINT IN ADMIRALTY

    Plaintiff, CROWLEY LINER SERVICES, INC., by its attorneys, HALLEY & HALLEY, P.A., as and for its Complaint against defendant TRANSTAINER CORP., <u>in personam</u>, in a cause of action civil and maritime, alleges upon information and belief:

### THE PARTIES

    1. At all times hereinafter mentioned, plaintiff CROWLEY LINER SERVICES, INC., a common carrier by water, was and still is a corporation duly organized and existing under the laws of Delaware, with offices and a principal place of business at 9485 Regency Square Blvd., Jacksonville, FL 32225.

    2. Upon information and belief and at all times hereinafter mentioned, defendant TRANSTAINER CORP., was and still is a corporation with an officer, director and registered agent c/o Jose M. Wolf, 4679 N.W. 112 Ct., Miami, Florida.



## JURISDICTION

3. This Court has jurisdiction pursuant to 28 U.S.C. Section 1333. This is an admiralty and maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure. Plaintiff is seeking to enforce rights under maritime contracts.

## VENUE

4. Venue in this case is proper. A substantial part of the events giving rise to the claim asserted by plaintiff occurred within the territorial limits of the United States District Court for the Southern District of Florida.

## FACTUAL ALLEGATIONS

5. At all material times hereinafter mentioned, defendant's relationship to plaintiff was that of a shipper and consignee of cargo owned or controlled by defendant carried aboard plaintiff's vessels under bills of lading issued by plaintiff as carrier to defendant.

6. Between February, 2006 and April, 2006 plaintiff carried by water shipments (the "Shipments") of defendant's cargo between the United States and Central American ports in accordance with Exhibit A, listing bill of lading number, date of shipment and amount due for each shipment.

7. The Shipments were delivered.

8. Plaintiff has duly performed all duties and obligations required to be performed by plaintiff in relation to the Shipments.

9. Defendant has failed and refused and continues to fail and to refuse to remit payment of $169,076.00 in outstanding ocean freight and related charges due plaintiff in relation to the Shipments although duly demanded, and defendant is the responsible party to pay such charges. All credits due defendant have been applied by plaintiff.

10. By reason of the foregoing, plaintiff has sustained damages in the amount of $169,076.00 which, although duly demanded, have not been paid.

11. In accordance with the Terms and Conditions of the applicable contracts of carriage, defendant is liable to plaintiff for payment without discount or set-off of any kind of all freight,

demurrage, and other charges including attorney's fees incurred in collecting sums due plaintiff in relation to the Shipments.

12. Plaintiff has retained the undersigned law firm for purposes of collecting the outstanding charges due plaintiff and plaintiff is obligated to the undersigned law firm for attorneys fees and costs.

WHEREFORE, plaintiff prays:

1. On the first cause of action for judgment in the amount of plaintiff's damages in the amount of $169,076.00, together with interest thereon from the respective dates due, costs, disbursements and attorneys fees, all as provided in the Terms and Conditions of the applicable contract of carriage.

2. That process in due form of law according to the practice of this Court in cases of admiralty and maritime jurisdiction may issue against the defendant citing defendant to appear and answer all the singular matters aforesaid.

3. That plaintiff have such other and further relief in the premises as in law and justice it may be entitled to receive.

Dated: Key Biscayne, Florida
July 30, 2006

HALLEY & HALLEY, P.A.

By:_____
Thomas V. Halley
Florida Bar No. 0694363
Attorneys for Plaintiff
328 Crandon Blvd., Suite 224-225
Key Biscayne, FL 33149
Tel. 305 361-3612
Fax. 305 361-3692

ARQ04002

CROMLEY LINER SERVICES
AGING SCHEDULE OF INVOICES
TRANSTAINER CORP FOR LOC ALL

CVIF # 2695785

| AGING CATEGORY | DAYS OUTSTANDING | AGING DATE | INVOICE NUMBER | AMOUNT | SUB TOTAL |
|---|---|---|---|---|---|
| 61 TO 90 DAYS | 77 | 04/24/06 | JAXS6M039520 | $2,800.00 | $2,800.00 |
| 61 TO 90 DAYS | 79 | 04/22/06 | JAXS6M039449 | $5,594.00 | $8,394.00 |
| 61 TO 90 DAYS | 79 | 04/22/06 | JAXS6M039431 | $2,575.00 | $10,969.00 |
| 61 TO 90 DAYS | 80 | 04/21/06 | JAXS6M039432 | $2,725.00 | $13,694.00 |
| 61 TO 90 DAYS | 80 | 04/21/06 | JAXS6M038996 | $3,167.00 | $16,861.00 |
| 61 TO 90 DAYS | 82 | 04/19/06 | JAXS6M038088 | $5,594.00 | $22,455.00 |
| 61 TO 90 DAYS | 87 | 04/14/06 | JAXS6M036521 | $2,725.00 | $25,180.00 |
| 61 TO 90 DAYS | 87 | 04/14/06 | JAXS6M036139 | $2,827.00 | $28,007.00 |
| 61 TO 90 DAYS | 87 | 04/14/06 | JAXS6M036138 | $2,827.00 | $30,834.00 |
| 61 TO 90 DAYS | 88 | 04/13/06 | JAXS6M036140 | $3,007.00 | $33,841.00 |
| 61 TO 90 DAYS | 89 | 04/12/06 | JAXS6M035687 | $2,827.00 | $36,668.00 |
| | | | TOTAL TO DATE | | $36,668.00 |
| 91 TO 120 DAYS | 95 | 04/06/06 | JAXS6M033505 | $2,475.00 | $2,475.00 |
| 91 TO 120 DAYS | 95 | 04/06/06 | JAXS6M033722 | $3,017.00 | $5,492.00 |
| 91 TO 120 DAYS | 98 | 04/03/06 | JAXS6M032723 | $2,940.00 | $8,432.00 |
| 91 TO 120 DAYS | 100 | 04/01/06 | JAXS6M032014 | $2,050.00 | $10,482.00 |
| 91 TO 120 DAYS | 100 | 04/01/06 | JAXS6M031905 | $2,827.00 | $13,309.00 |
| 91 TO 120 DAYS | 100 | 04/01/06 | JAXS6M031476 | $595.00 | $13,904.00 |
| 91 TO 120 DAYS | 100 | 04/01/06 | JAXS6M031799 | $2,650.00 | $16,554.00 |
| 91 TO 120 DAYS | 101 | 03/31/06 | JAXS6M031811 | $5,594.00 | $22,148.00 |
| 91 TO 120 DAYS | 101 | 03/31/06 | JAXS6M031904 | $2,827.00 | $24,975.00 |
| 91 TO 120 DAYS | 103 | 03/29/06 | JAXS6M030945 | $2,797.00 | $27,772.00 |
| 91 TO 120 DAYS | 107 | 03/25/06 | JAXS6M029316 | $2,650.00 | $30,422.00 |
| 91 TO 120 DAYS | 107 | 03/25/06 | JAXS6M029548 | $2,575.00 | $32,997.00 |
| 91 TO 120 DAYS | 107 | 03/25/06 | JAXS6M029562 | $2,817.00 | $35,814.00 |
| 91 TO 120 DAYS | 108 | 03/24/06 | JAXS6M029565 | $2,050.00 | $37,864.00 |
| 91 TO 120 DAYS | 110 | 03/22/06 | JAXS6M028845 | $3,252.00 | $41,116.00 |
| 91 TO 120 DAYS | 110 | 03/22/06 | JAXS6M028755 | $2,977.00 | $44,093.00 |
| 91 TO 120 DAYS | 110 | 03/22/06 | JAXS6M028548 | $2,050.00 | $46,143.00 |
| 91 TO 120 DAYS | 114 | 03/18/06 | JAXS6M027138 | $2,827.00 | $48,970.00 |
| 91 TO 120 DAYS | 114 | 03/18/06 | JAXS6M027105 | $3,017.00 | $51,987.00 |
| 91 TO 120 DAYS | 114 | 03/18/06 | JAXS6M027135 | $2,575.00 | $54,562.00 |
| 91 TO 120 DAYS | 114 | 03/18/06 | JAXS6M027136 | $2,977.00 | $57,539.00 |
| 91 TO 120 DAYS | 114 | 03/18/06 | JAXS6M027100 | $2,885.00 | $60,424.00 |
| 91 TO 120 DAYS | 114 | 03/18/06 | JAXS6M026887 | $2,885.00 | $63,309.00 |
| 91 TO 120 DAYS | 115 | 03/17/06 | JAXS6M026769 | $2,742.00 | $66,051.00 |
| 91 TO 120 DAYS | 115 | 03/17/06 | JAXS6M027101 | $3,252.00 | $69,303.00 |
| 91 TO 120 DAYS | 119 | 03/13/06 | 50900089 | $200.00 | $69,503.00 |
| | | | TOTAL TO DATE | | $106,171.00 |
| 121 TO 150 DAYS | 121 | 03/11/06 | JAXS6M024758 | $2,205.00 | $2,205.00 |
| 121 TO 150 DAYS | 122 | 03/10/06 | JAXS6M024187 | $3,252.00 | $5,457.00 |
| 121 TO 150 DAYS | 122 | 03/10/06 | JAXS6M024224 | $3,402.00 | $8,859.00 |
| 121 TO 150 DAYS | 122 | 03/10/06 | JAXS6M024730 | $2,575.00 | $11,434.00 |
| 121 TO 150 DAYS | 122 | 03/10/06 | JAXS6M024735 | $2,350.00 | $13,784.00 |
| 121 TO 150 DAYS | 123 | 03/09/06 | JAXS6M023895 | $2,575.00 | $16,359.00 |
| 121 TO 150 DAYS | 123 | 03/09/06 | JAXS6M023588 | $2,575.00 | $18,934.00 |

EX A.

Image reflects quality of original submission

ARQ04002

CROWLEY LINER SERVICES
AGING SCHEDULE OF INVOICES
TRANSTAINER CORP FOR LOC ALL

| AGING CATEGORY | DAYS OUTSTANDING | AGING DATE | INVOICE NUMBER | AMOUNT | SUB TOTAL |
|---|---|---|---|---|---|
| 121 TO 150 DAYS | 124 | 03/08/06 | JAXS6M022340 | $3,007.00 | $21,941.00 |
| 121 TO 150 DAYS | 128 | 03/04/06 | JAXS6M022336 | $2,827.00 | $24,768.00 |
| 121 TO 150 DAYS | 128 | 03/04/06 | JAXS6M022306 | $2,650.00 | $27,418.00 |
| 121 TO 150 DAYS | 128 | 03/04/06 | JAXS6M022335 | $2,575.00 | $29,993.00 |
| 121 TO 150 DAYS | 128 | 03/04/06 | JAXS6M022367 | $5,674.00 | $35,667.00 |
| 121 TO 150 DAYS | 129 | 03/03/06 | JAXS6M021900 | $2,817.00 | $38,484.00 |
| 121 TO 150 DAYS | 135 | 02/25/06 | JAXS6M018777 | $2,575.00 | $41,059.00 |
| 121 TO 150 DAYS | 135 | 02/25/06 | JAXS6M018732 | $2,575.00 | $43,634.00 |
| 121 TO 150 DAYS | 136 | 02/24/06 | JAXS6M018338 | $2,802.00 | $46,436.00 |
| 121 TO 150 DAYS | 136 | 02/24/06 | JAXS6M018775 | $2,827.00 | $49,263.00 |
| 121 TO 150 DAYS | 136 | 02/24/06 | JAXS6M018776 | $2,827.00 | $52,090.00 |
| 121 TO 150 DAYS | 137 | 02/23/06 | JAXS6M018126 | $2,885.00 | $54,975.00 |
| 121 TO 150 DAYS | 137 | 02/23/06 | JAXS6M018223 | $2,885.00 | $57,860.00 |
| 121 TO 150 DAYS | 137 | 02/23/06 | JAXS6M018255 | $2,650.00 | $60,510.00 |
| 121 TO 150 DAYS | | 02/21/06 | JAXS6M017155 | | |
| 121 TO 150 DAYS | | 02/19/06 | JAXS6M016631 | | |
| 121 TO 150 DAYS | | 02/17/06 | JAXS6M016572 | | |
| 121 TO 150 DAYS | | 02/17/06 | JAXS6M016556 | | |

TOTAL TO DATE $177,073.00

| 151 DAYS AND OVER | 185 | 01/06/06 | ADI-00002326 | $210.00 | $210.00 |
| 151 DAYS AND OVER | 192 | 12/30/05 | ADI-00002293 | $140.00 | $350.30 |
| 151 DAYS AND OVER | 206 | 12/16/05 | JAXS5M139247 | $1,495.00 | $1,845.30 |
| 151 DAYS AND OVER | 223 | 11/29/05 | JAXS5M131948 | $210.00 | $2,055.00 |
| 151 DAYS AND OVER | 228 | 11/24/05 | JAXS5M131025 | $340.00 | $2,395.00 |

TOTAL TO DATE

$169,076.00 x x

Image reflects quality of original submission

**JS 44 (Rev. 12/96)**

# CIVIL COVER SHEET

**06-21995**

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I.(a) PLAINTIFFS**
Crowley Liner Services, Inc.
9487 Regency Sq. Blvd.
Jacksonville, FL 32225

**DEFENDANTS**
Transtainer Corp.
c/o Jose M. Wolf, RA
4679 NW 112 Court
Miami, FL 33122

**CIV-GRAHAM**
**MAGISTRATE JUDGE**
**O'SULLIVAN**

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** Duval
(EXCEPT IN U.S. PLAINTIFF CASES)

**COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT** Miami-Dade
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

DADE 06 C 21995 / Graham / O'Sullivan

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**
Halley & Halley, P.A.
328 Crandon Blvd. Suite 224-225
Key Biscayne, FL 33149 (305) 361-3612

**ATTORNEYS (IF KNOWN)**

**(d) CIRCLE COUNTY WHERE ACTION AROSE:** (DADE), MONROE, BROWARD, PALM BEACH, MARTIN, ST. LUCIE, INDIAN RIVER, OKEECHOBEE, HIGHLANDS

**II. BASIS OF JURISDICTION** (PLACE AN "X" IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

**V. NATURE OF SUIT** (PLACE AN "X" IN ONE BOX ONLY)

| A CONTRACT | A TORTS | FORFEITURE/PENALTY | A BANKRUPTCY | A OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | PERSONAL INJURY / PERSONAL INJURY | B☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☒ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med Malpractice | B☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 365 Personal Injury - Product Liability | B☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | B☐ 630 Liquor Laws | A PROPERTY RIGHTS | B☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | | B☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers Liability | B☐ 650 Airline Regs | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| B☐ 152 Recovery of Defaulted Student Loans (Excl Veterans) | ☐ 340 Marine / PERSONAL PROPERTY | B☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | 9☐ 690 Other | | ☐ 850 Securities/Commodities/Exchange |
| B☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | A LABOR | B SOCIAL SECURITY | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 160 Stockholders Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| ☐ 195 Contract Product Liability | | | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| A REAL PROPERTY | A CIVIL RIGHTS | PRISONER PETITIONS | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| B☐ 220 Foreclosure | ☐ 442 Employment | B☐ 510 Motions to Vacate Sentence | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | HABEAS CORPUS: | ☐ 730 Labor/Mgmt Reporting & Disclosure Act | |
| ☐ 240 Torts to Land | ☐ 444 Welfare | B☐ 530 General | ☐ 740 Railway Labor Act | FEDERAL TAX SUITS | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | A☐ 535 Death Penalty | ☐ 790 Other Labor Litigation | A☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | B☐ 540 Mandamus & Other | ☐ 791 Empl Ret Inc Security Act | A☐ 871 IRS - Third Party 26 USC 7609 | A OR B |
| | | B☐ 550 Civil Rights | | | |
| | | B☐ 555 Prison Condition | | | |

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

This claim arises under the Shipping Act, 1916, 46 U.S.C. Section 801, et seq., and the Shipping Act, 1984, 46 U.S.C. App. Section 1701, et seq., with respect to transportation services rendered under those Acts.

LENGTH OF TRIAL via ___ days estimated

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
**DEMAND** $169,076.00 CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☐ YES ☒ NO

**VIII. RELATED CASE(S) IF ANY** (See instructions): JUDGE _____ DOCKET NUMBER _____

**DATE** 7/29/06
**SIGNATURE OF ATTORNEY OF RECORD** Thomas Y. Halley Fla. Bar 0694363

FOR OFFICE USE ONLY
RECEIPT # 444832 AMOUNT $350.00 APPLYING IFP ___ JUDGE ___ MAG. JUDGE ___

08/08/06