**CROWLEY LINER SERVICES INC**

CROWLEY LINER SERVICES, INC.
REMIT TO: P.O. BOX 2684
CAROL STREAM, IL  60132-2684

(2) SHIPPER (Complete Name, Address, & Zip Code) Embarcador  **2492725-12**

TRANSTAINER CORP.
3200 NW 112TH AVE
MIAMI, FL 33172 US

(3) BOOKING NO. Reserva No.  CAT398499
(3c) SCAC Code
(3a) BILL OF LADING/INVOICE NO. Conocimiento de Embarque
(3b) DATE Fecha  14 APR 06
CAMN  JAXS6M036521
(4) EXPORT REFERENCES Referencias de Exportacion  REF NO. OCN0000460
FWDR. REF NO.

(5) CONSIGNEE (Complete Name, Address, & Zip Code) Consignado a: NOT NEGOTIABLE UNLESS CONSIGNED 'TO ORDER'  **2917467-05**

CONSOLIDACIONES DEL VALLE
CENTRAL
MALL EL DORADO
LOCAL #9
SAN JOSE,     CR

(6) FORWARDING AGENT Agente Embarcador - Referencias
FMC. NO.
CHB NO.

(7) NOTIFY PARTY (Complete Name, Address, & Zip Code) Dirigir Notificación de Llegada a:

(8) ALSO NOTIFY - ROUTING & INSTRUCTIONS Tambien Notificar - Ruta Doméstica/Instrucciones de Exportación

N

(9) VESSEL Nave   VOYAGE Viaje   FLAG Bandera
030S   MH
EXPRESS

(10) PLACE OF RECEIPT Carga Recibida en:  MIAMI, FL
(13) PORT OF LOADING Puerto de Carga  PORT EVERGLADES, FL

(18) BILL TO (Complete Name, Address, & Zip Code):
TRANSTAINER CORP.
3200 NW 112TH AVE
MIAMI, FL 33172 US

(16) PORT OF DISCHARGE Puerto de Descarga  PUERTO LIMON
(17) PLACE OF DELIVERY Lugar de Entrega de la carga  SAN JOSE, CR
2492725-12

**PARTICULARS FURNISHED BY SHIPPER**

| (19) MARKS & NO'S. / CONTAINER NO'S. Marcas y Números | (20) NO. OF PKGS./ CONTS. / PKGS./ No. de Furgones / Bultos | (21) HM | (22) DESCRIPTION OF CARGO Contenido Según Embarcador | (23) WEIGHT Libras/Kilos | (24) MEASUREMENT Medidas |
|---|---|---|---|---|---|
| | 1 40FT | Y | HC CONTAINER CMCU 4945171 SEAL NO. 280584 - 546510  TOTAL 166 PCS SLC FAK AS BLIND MATERIAL, PLASTIC LINER AND PAINTING RELATED MATERIAL

HAZARDOUS CLASS 3, UN1263 PG II 45 BOXES 4434 LBS

AES ITN. X2006041236744   -   X20060413042481

FREIGHT COLLECT

"CARRIER RESERVES THE RIGHT TO REQUEST A DEPOSIT FOR THE USE OF ITS EQUIPMENT BEYOND THE PORT"

SHIPPER LOAD AND COUNT | 20962L 9508K | 2210F 62.581M |

O

(25) **HAZARDOUS DECLARATION - THIS IS TO CERTIFY THAT THE ABOVE NAMED MATERIALS ARE PROPERLY PACKED, LOADED, CLASSIFIED, DESCRIBED, MARKED, LABELLED/PLACARDED, DESIGNATED AND ARE IN PROPER CONDITION FOR TRANSPORTATION ACCORDING TO ALL APPLICABLE REGULATIONS AS SPECIFIED IN CLAUSE 28. PROVIDE SHIPPER'S EMERGENCY RESPONSE CONTACT'S NAME AND TELEPHONE NUMBER INCLUDING AREA CODE IN THE SPACE PROVIDED.
CONTACT: CHEMTREC
TEL NO. 800-424-9300

| FREIGHT CHARGES Flete | RATED AS Flete Básico | PER | RATE Tarifa | TO BE PREPAID IN US DOLLARS Prepagado en Dolares U.S. | TO BE COLLECTED IN US DOLLARS A Cobrar en Dolares U.S. | FOREIGN CURRENCY Moneda Local |
|---|---|---|---|---|---|---|
| | | | | | | C |

| | TOTALS | | | | | |

# INVOICE / FACTURA
# NOT FOR
# CARGO RELEASE

PAGE  1 OF  2

PAYMENT DUE 30 DAYS AFTER VESSEL SAIL DATE
Invoice Number is listed in box 3A

E

VAI

CROWLEY LINER SERVICES INC

**CROWLEY LINER SERVICES, INC.**
REMIT TO: P.O. BOX 2684
CAROL STREAM, IL 60132-2684

| (2) SHIPPER (Complete Name, Address, & Zip Code) Embarcador | 2492725-12 | (3) BOOKING NO. Reserva No. CAT398499 | (3c) SCAC Code | (3a) BILL OF LADING/INVOICE NO. Conocimiento de Embarque |
|---|---|---|---|---|

TRANSTAINER CORP.
3200 NW 112TH AVE
MIAMI, FL 33172 US

(3b) DATE Fecha
**14 APR 06**   CAMN   JAXS6M036521

(4) EXPORT REFERENCES Referencias de Exportacion
REF NO. OCN0000460

FWDR. REF NO.

| (5) CONSIGNEE (Complete Name, Address, & Zip Code) Consignado a: NOT NEGOTIABLE UNLESS CONSIGNED 'TO ORDER' | 2917467-05 | (6) FORWARDING AGENT Agente Embarcador - Referencias | FMC. NO. | CHB NO. |
|---|---|---|---|---|

CONSOLIDACIONES DEL VALLE
CENTRAL
MALL EL DORADO
LOCAL #9
SAN JOSE,    CR

(7) NOTIFY PARTY (Complete Name, Address, & Zip Code) Dirigir Notificación de Llegada a:

(8) ALSO NOTIFY - ROUTING & INSTRUCTIONS Tambien Notificar - Ruta Doméstica/Instrucciones de Exportación

| (9) VESSEL Nave   VOYAGE Viaje   FLAG Bandera | (10) PLACE OF RECEIPT Carga Recibida en: | (18) BILL TO (Complete Name, Address, & Zip Code): |
|---|---|---|

030S   MH   MIAMI, FL

EXPRESS

(13) PORT OF LOADING Puerto de Carga
PORT EVERGLADES, FL

TRANSTAINER CORP.
3200 NW 112TH AVE
MIAMI, FL 33172 US

| (16) PORT OF DISCHARGE Puerto de Descarga | (17) PLACE OF DELIVERY Lugar de Entrega de la carga | |
|---|---|---|

PUERTO LIMON   SAN JOSE, CR   2492725-12

**PARTICULARS FURNISHED BY SHIPPER**

| (19) MARKS & NO'S. / CONTAINER NO'S. Marcas y Números | (20) NO. OF TRLS./ CONTS./ PKGS./ No. de Furgones | (21) HM | (22) DESCRIPTION OF CARGO Contenido Según Embarcador | (23) WEIGHT Libras/Kilos | (24) MEASUREMENT Medidas |
|---|---|---|---|---|---|
| SERVICE CONTRACT #: 0505-5292 | | | | | |
| D/R   EQUIP ID   SEAL# CMCU 4945171 280584   546510 | | | | WEIGHT 20962L | CUBE 2210F |

(25) **HAZARDOUS DECLARATION - THIS IS TO CERTIFY THAT THE ABOVE NAMED MATERIALS ARE PROPERLY PACKED, LOADED, CLASSIFIED, DESCRIBED, MARKED, LABELLED/PLACARDED, DESIGNATED AND ARE IN PROPER CONDITION FOR TRANSPORTATION ACCORDING TO ALL APPLICABLE REGULATIONS AS SPECIFIED IN CLAUSE 26. PROVIDE SHIPPER'S EMERGENCY RESPONSE CONTACT'S NAME AND TELEPHONE NUMBER INCLUDING AREA CODE IN THE SPACE PROVIDED.

CONTACT:   CHEMTREC   TEL NO. 800-424-9300

| FREIGHT CHARGES Flete | RATED AS Flete Básico | PER | RATE Tarifa | TO BE PREPAID IN US DOLLARS Prepagado en Dolares U.S. | TO BE COLLECTED IN US DOLLARS A cobrar en Dolares U.S. | FOREIGN CURRENCY Moneda Local |
|---|---|---|---|---|---|---|
| OCEAN FREIGHT | 1.000 | PTT | 1780.00 | 1780.00 | | |
| FUEL USAGE/ADJ | 1.000 | PTT | 360.00 | 360.00 | | |
| GRI | 1.000 | PTT | 35.00 | 35.00 | | |
| HAZ CRG SURCHAR | 1.000 | PTT | 150.00 | 150.00 | | |
| PRE-CARRIAGE | 1.000 | PTT | 300.00 | 300.00 | | |
| SECURITY/U.S. | 1.000 | PTT | 100.00 | 100.00 | | |
| TOTALS | | | | 2725.00 | | |

# INVOICE / FACTURA
# NOT FOR
# CARGO RELEASE

PAGE 2 OF 2

PAYMENT DUE 30 DAYS AFTER VESSEL SAIL DATE
Invoice Number is listed in box 3A

VAI

CROWLEY LINER SERVICES INC

**CROWLEY LINER SERVICES, INC.**
REMIT TO: P.O. BOX 2684
CAROL STREAM, IL  60132-2684

| (2) SHIPPER (Complete Name, Address, & Zip Code) Embarcador | 2492725-17 | (3) BOOKING NO. Reserva No. CAT398499 | (3c) SCAC Code | (3a) BILL OF LADING/INVOICE NO. Conocimiento de Embarque |
|---|---|---|---|---|

(2) SHIPPER (Complete Name, Address, & Zip Code) Embarcador

TRANSTAINER CORP.
3200 NW 112TH AVE
MIAMI, FL. 33172  US

(3) BOOKING NO. Reserva No.
CAT398499

(3b) DATE Fecha
14 APR 06     CAMN

(4) EXPORT REFERENCES Referencias de Exportación

0CN000457

(3a) BILL OF LADING/INVOICE NO.
JAXS6M036139

FWDR. REF NO.

(5) CONSIGNEE (Complete Name, Address, & Zip Code) Consignado a:
NOT NEGOTIABLE UNLESS CONSIGNED 'TO ORDER'       1270486-08

CONSOLIDACIONES DEL VALLE
CENTRAL
MALL EL DORADO
LOCAL #9
SAN JOSE,    CR

(6) FORWARDING AGENT
Agente Embarcador - Referencias

FMC. NO.

CHB NO.

(7) NOTIFY PARTY (Complete Name, Address, & Zip Code)
Dirigir Notificación de Llegada a:

(8) ALSO NOTIFY - ROUTING & INSTRUCTIONS
Tambien Notificar - Ruta Doméstica/Instrucciones de Exportación

SCN 0505-5292

N

(9) VESSEL Nave    VOYAGE Viaje    FLAG Bandera
     030S         MH
EXPRESS

(10) PLACE OF RECEIPT Carga Recibida en:
MIAMI, FL
(13) PORT OF LOADING Puerto de Carga
PORT EVERGLADES, FL

(18) BILL TO (Complete Name, Address, & Zip Code):

TRANSTAINER CORP.
3200 NW 112TH AVE
MIAMI, FL. 33172  US

(16) PORT OF DISCHARGE Puerto de Descarga
PUERTO LIMON

(17) PLACE OF DELIVERY Lugar de Entrega de la carga
SAN JOSE,COSTA RICA        2492725-17

**PARTICULARS FURNISHED BY SHIPPER**

| (19) MARKS & NO'S. / CONTAINER NO'S. Marcas y Números | (20) NO. OF TRLS./ CONTS./ PKGS./ No. de Furgones / Bultos | (21) HM | (22) DESCRIPTION OF CARGO Contenido Según Embarcador | (23) WEIGHT Libras/Kilos | (24) MEASUREMENT Medidas |
|---|---|---|---|---|---|
| CMCZ833943 | 1  45FT | | CONTAINER NO. CMCZ833943 SEAL NO. B02170604-281603 SLC: FAK AS BLIND MATERIAL, AUTO PARTS, SPORT ARTICLES AND FRAME MATERIAL TOTAL 237 PCS  AES ITN: X20060413005537 X20060413007980 X20060413007412  F R E I G H T   P R E P A I D  SHIPPER LOAD AND COUNT  "CARRIER RESERVES THE RIGHT TO REQUEST A DEPOSIT FOR THE USE OF ITS EQUIPMENT BEYOND THE PORT" | 40011L 18148.99K | |

O

| D/R | EQUIP ID | SEAL# | | | WEIGHT | CUBE |
|---|---|---|---|---|---|---|
| | CMCZ  833943 | B02170604  281603 | | | 40011L | |

(25) **HAZARDOUS DECLARATION - THIS IS TO CERTIFY THAT THE ABOVE NAMED MATERIALS ARE PROPERLY PACKED, LOADED, CLASSIFIED, DESCRIBED, MARKED, LABELLED/PLACARDED, DESIGNATED AND ARE IN PROPER CONDITION FOR TRANSPORTATION ACCORDING TO ALL APPLICABLE REGULATIONS AS SPECIFIED IN CLAUSE 28. PROVIDE SHIPPER'S EMERGENCY RESPONSE CONTACT'S NAME AND TELEPHONE NUMBER INCLUDING AREA CODE IN THE SPACE PROVIDED.

CONTACT:                TEL NO.

| FREIGHT CHARGES Flete | RATED AS Flete Básico | PER | RATE Tarifa | TO BE PREPAID IN US DOLLARS Prepagado en Dolares U.S. | TO BE COLLECTED IN US DOLLARS A cobrar en Dolares U.S. | FOREIGN CURRENCY Moneda Local |
|---|---|---|---|---|---|---|
| OCEAN FREIGHT | 1.000 | PTT | 1970.00 | 1970.00 | | |
| FUEL USAGE/ADJ | 1.000 | PTT | 410.00 | 410.00 | | |
| GRI | 1.000 | PTT | 35.00 | 35.00 | | |
| PRE-CARRIAGE | 1.000 | PTT | 300.00 | 300.00 | | |
| SECURITY/U.S. | 1.000 | PTT | 112.00 | 112.00 | | |

C

| | TOTALS | | | 2827.00 | | |

**INVOICE / FACTURA**
**NOT FOR**
**CARGO RELEASE**          PAGE  1 OF  1

E

PAYMENT DUE 30 DAYS AFTER VESSEL SAIL DATE
Invoice Number is listed in box 3A

VAI

**CROWLEY LINER SERVICES INC**

CROWLEY LINER SERVICES, INC.
REMIT TO: P.O. BOX 2684
CAROL STREAM, IL  60132-2684

| | | | |
|---|---|---|---|
| (2) SHIPPER (Complete Name, Address, & Zip Code) Embarcador | 2492725-12 | (3) BOOKING NO. Reserva No.<br>CAT218226 | (3c) SCAC<br>Code | (3A) BILL OF LADING/INVOICE NO.<br>Conocimiento de Embarque |

(2) SHIPPER (Complete Name, Address, & Zip Code) Embarcador
TRANSTAINER CORP.
3200 NW 112TH AVE
MIAMI, FL. 33172  US

(3b) DATE Fecha  14 APR 06   CAMN   JAXS6M036138

(4) EXPORT REFERENCES
Referencias de Exportacion
OCN0004458

FWDR.
REF NO.

(5) CONSIGNEE (Complete Name, Address, & Zip Code) Consignado a:
NOT NEGOTIABLE UNLESS CONSIGNED 'TO ORDER'       1270486-08

(6) FORWARDING AGENT
Agente Embarcador - Referencias      FMC.  NO.       CHB  NO.

CONSOLIDACIONES DEL VALLE
CENTRAL
MALL EL DORADO
LOCAL #9
SAN JOSE,    CR

(7) NOTIFY PARTY (Complete Name, Address, & Zip Code)
Dirigir Notificación de Llegada a:

(8) ALSO NOTIFY - ROUTING & INSTRUCTIONS
Tambien Notificar - Ruta Doméstica/Instrucciones de Exportación

SCN 0505-5292

(9) VESSEL Nave   VOYAGE Viaje   FLAG Bandera
030S       MH
EXPRESS

(10) PLACE OF RECEIPT *
Carga Recibida en:
MIAMI, FL
(13) PORT OF LOADING Puerto de Carga
PORT EVERGLADES, FL

(18) BILL TO (Complete Name, Address, & Zip Code):
TRANSTAINER CORP.
3200 NW 112TH AVE
MIAMI, FL. 33172  US

(16) PORT OF DISCHARGE Puerto de Descarga
PUERTO LIMON

(17) PLACE OF DELIVERY *
Lugar de Entrega de la carga
SAN JOSE,COSTA RICA      2492725-12

**PARTICULARS FURNISHED BY SHIPPER**

| (19) MARKS & NO'S. /<br>CONTAINER NO'S.<br>Marcas y Números | (20) NO. OF TRLR. /<br>CONTS. / PKGS. /<br>No. de Furgones<br>/ Bultos | (21)<br>HM<br>** | (22) DESCRIPTION OF CARGO Contenido Según Embarcador | (23) WEIGHT<br>Libras/Kilos | (24) MEASUREMENT<br>Medidas |
|---|---|---|---|---|---|
| .<br>CMCZ831913 | 1<br>45FT | | CONTAINER NO. CMCZ831913<br>SEAL NO. 01357890-02170072<br>SLC FAK AS SPARE PARTS, HARDWARE AND<br>POOL SUPPLIES<br>TOTAL 727 PIECES<br>.<br>NO SED REQUIRED UNDER SECT 30.55H<br>F R E I G H T    P R E P A I D<br><br>SHIPPER LOAD AND COUNT<br><br>"CARRIER RESERVES THE RIGHT TO REQUEST A DEPOSIT FOR THE USE OF ITS<br>EQUIPMENT BEYOND THE PORT" | 37297L<br>16918K | 3100F<br>87.784M |

| D/R | EQUIP ID<br>CMCZ 831913 | SEAL#<br>02170072   01357890 | | WEIGHT<br>37297L | CUBE<br>3100F |
|---|---|---|---|---|---|

(25) **HAZARDOUS DECLARATION - THIS IS TO CERTIFY THAT THE ABOVE NAMED MATERIALS ARE PROPERLY PACKED, LOADED, CLASSIFIED, DESCRIBED, MARKED, LABELLED/PLACARDED, DESIGNATED AND ARE IN PROPER CONDITION FOR TRANSPOR-TATION ACCORDING TO ALL APPLICABLE REGULATIONS AS SPECIFIED IN CLAUSE 26. PROVIDE SHIPPERS'S EMERG-ENCY RESPONSE CONTACT'S NAME AND TELEPHONE NUMBER INCLUDING AREA CODE IN THE SPACE PROVIDED.
CONTACT:        TEL NO.

| FREIGHT CHARGES Flete | RATED AS<br>Flete Básico | PER | RATE Tarifa | TO BE PREPAID IN US DOLLARS<br>Prepagado en Dolares U.S. | TO BE COLLECTED IN US DOLLARS<br>A Cobrar en Dolares U.S. | FOREIGN CURRENCY<br>Moneda Local |
|---|---|---|---|---|---|---|
| OCEAN FREIGHT | 1.000 | PTT | 1970.00 | 1970.00 | | |
| FUEL USAGE/ADJ | 1.000 | PTT | 410.00 | 410.00 | | |
| GRI | 1.000 | PTT | 35.00 | 35.00 | | |
| PRE-CARRIAGE | 1.000 | PTT | 300.00 | 300.00 | | |
| SECURITY/U.S. | 1.000 | PTT | 112.00 | 112.00 | | |
| | TOTALS | | | 2827.00 | | |

# INVOICE / FACTURA
# NOT FOR
# CARGO RELEASE

PAGE  1 OF  1

PAYMENT DUE 30 DAYS AFTER VESSEL SAIL DATE
Invoice Number is listed in box 3A

VAI

CROWLEY LINER SERVICES INC

**CROWLEY LINER SERVICES, INC.**
REMIT TO: P.O. BOX 2684
CAROL STREAM, IL  60132-2684

| (2) SHIPPER (Complete Name, Address, & Zip Code) Embarcador | 2492725-12 | (3) BOOKING NO. Reserva No. CAT237656 | (3c) SCAC Code | (3a) BILL OF LADING/INVOICE NO. Conocimiento de Embarque |
|---|---|---|---|---|

(2) SHIPPER (Complete Name, Address, & Zip Code) Embarcador

TRANSTAINER CORP.
3200 NW 112TH AVE
MIAMI, FL 33172 US

(3) BOOKING NO. Reserva No.
CAT237656

(3b) DATE Fecha
13 APR 06

(3c) SCAC Code
CAMN

(3a) BILL OF LADING/INVOICE NO. Conocimiento de Embarque
JAXS6M036140

(4) EXPORT REFERENCES Referencias de Exportacion
OCN0000456

FWDR. REF NO.

(5) CONSIGNEE (Complete Name, Address, & Zip Code) Consignado a:
NOT NEGOTIABLE UNLESS CONSIGNED 'TO ORDER'

4855566-01

GARSA
6A AVE 14-56 ZONA 8 DE MIXCO
CIUDAD SAN CRISTOBAL GUA

(6) FORWARDING AGENT
Agente Embarcador - Referencias

FMC. NO.

CHB NO.

(7) NOTIFY PARTY (Complete Name, Address, & Zip Code)
Dirigir Notificación de Llegada a:

(8) ALSO NOTIFY - ROUTING & INSTRUCTIONS
Tambien Notificar - Ruta Doméstica/Instrucciones de Exportación

SC# 0505-5292

N

(9) VESSEL Nave    VOYAGE Viaje    FLAG Bandera
759S    LR

CROWLEY AMERICAS

(10) PLACE OF RECEIPT - Carga Recibida en:
MIAMI, FL

(13) PORT OF LOADING Puerto de Carga
PORT EVERGLADES, FL

(18) BILL TO (Complete Name, Address, & Zip Code):
TRANSTAINER CORP.
3200 NW 112TH AVE
MIAMI, FL 33172 US

(16) PORT OF DISCHARGE Puerto de Descarga
SANTO TOMAS DE CASTILLA

(17) PLACE OF DELIVERY - Lugar de Entrega de la carga
GUATEMALA CITY

2492725-12

**PARTICULARS FURNISHED BY SHIPPER**

| (19) MARKS & NO'S. / CONTAINER NO'S. Marcas y Números | (20) NO. OF TRLS. / CONTS. / PKGS. / No. de Furgones / Bultos | (21) HM | (22) DESCRIPTION OF CARGO Contenido Según Embarcador | (23) WEIGHT Libras/Kilos | (24) MEASUREMENT Medidas |
|---|---|---|---|---|---|
| | 1 45FT | | 45 CONTAINER NO. CMCZ 834614 SEAL NO. 02169669 - 01897264 SLC. FAK AS AUTO PARTS, MUSICAL INSTRUMENTS AND PRINTING MATERIAL TOTAL 143 PIECES | 39663L 17991K | 2819F 79.827M |
| | | | FREIGHT PREPAID | | |
| | | | AES ITN X20060413001012 | | |
| | | | "CARRIER RESERVES THE RIGHT TO REQUEST A DEPOSIT FOR THE USE OF ITS EQUIPMENT BEYOND THE PORT" | | |

O

| D/R | EQUIP CMCZ | ID 834614 | SEAL# 02169669 | 01897264 | | WEIGHT 39663L | CUBE 2819F |
|---|---|---|---|---|---|---|---|

(25) **HAZARDOUS DECLARATION - THIS IS TO CERTIFY THAT THE ABOVE NAMED MATERIALS ARE PROPERLY PACKED, LOADED, CLASSIFIED, DESCRIBED, MARKED, LABELLED/PLACARDED, DESIGNATED AND ARE IN PROPER CONDITION FOR TRANSPOR-TATION ACCORDING TO ALL APPLICABLE REGULATIONS AS SPECIFIED IN CLAUSE 26. PROVIDE SHIPPER'S EMERG-ENCY RESPONSE CONTACT'S NAME AND TELEPHONE NUMBER INCLUDING AREA CODE IN THE SPACE PROVIDED.    CONTACT:    TEL NO.

| FREIGHT CHARGES Flete | RATED AS Flete Básico | PER | RATE Tarifa | TO BE PREPAID IN US DOLLARS Prepagado en Dolares U.S. | TO BE COLLECTED IN US DOLLARS A Cobrar en Dolares U.S. | FOREIGN CURRENCY Moneda Local |
|---|---|---|---|---|---|---|
| OCEAN FREIGHT | 1.000 | PTT | 2110.00 | 2110.00 | | |
| FUEL USAGE/ADJ | 1.000 | PTT | 410.00 | 410.00 | | |
| GRI | 1.000 | PTT | 75.00 | 75.00 | | |
| PRE-CARRIAGE | 1.000 | PTT | 300.00 | 300.00 | | |
| SECURITY/U.S. | 1.000 | PTT | 112.00 | 112.00 | | |

C

| | TOTALS | | | 3007.00 | | |

# INVOICE / FACTURA
# NOT FOR
# CARGO RELEASE

PAGE  1 OF  1

E

PAYMENT DUE 30 DAYS AFTER VESSEL SAIL DATE
Invoice Number is listed in box 3A

VAI

**CROWLEY LINER SERVICES INC**

CROWLEY LINER SERVICES, INC.
REMIT TO: P.O. BOX 2684
CAROL STREAM, IL  60132-2684

| (2) SHIPPER (Complete Name, Address, & Zip Code) Embarcador | | 2492725-12 | (3) BOOKING NO. Reserva No.<br>CAT765948 | (3c) SCAC<br>Code | (3a) BILL OF LADING/INVOICE NO.<br>Conocimiento de Embarque |
|---|---|---|---|---|---|
| TRANSTAINER CORP.<br>3200 NW 112TH AVE<br>MIAMI, FL. 33172  US | | | (3b) DATE Fecha<br>12 APR 06 | CAMN | JAXS6M035687<br>FWDR.<br>REF NO. |
| | | | (4) EXPORT REFERENCES<br>Referencias de Exportacion | | |
| | | | 0CN0000455 | | |

| (5) CONSIGNEE (Complete Name, Address, & Zip Code) Consignado a:<br>NOT NEGOTIABLE UNLESS CONSIGNED 'TO ORDER' | | 1270486-08 | (6) FORWARDING AGENT<br>Agente Embarcador - Referencias | FMC.<br>NO. | CHB<br>NO. |
|---|---|---|---|---|---|
| CONSOLIDACIONES DEL VALLE<br>CENTRAL<br>MALL EL DORADO<br>LOCAL #9<br>SAN JOSE,   CR | | | | | |

| (7) NOTIFY PARTY (Complete Name, Address, & Zip Code)<br>Dirigir Notificación de Llegada a: | (8) ALSO NOTIFY - ROUTING & INSTRUCTIONS<br>Tambien Notificar - Ruta Doméstica/Instrucciones de Exportación |
|---|---|
| | SCN 0505-5292 |

N

| (9) VESSEL Nave   VOYAGE Viaje   FLAG Bandera | (10) PLACE OF RECEIPT *<br>Carga Recibida en: | (18) BILL TO (Complete Name, Address, & Zip Code): |
|---|---|---|
| 029S    MH | MIAMI, FL | TRANSTAINER CORP.<br>3200 NW 112TH AVE<br>MIAMI, FL. 33172  US |
| CROWLEY UNIVERSE | (13) PORT OF LOADING Puerto de Carga<br>PORT EVERGLADES, FL | |
| (16) PORT OF DISCHARGE Puerto de Descarga | (17) PLACE OF DELIVERY *<br>Lugar de Entrega de la carga | |
| PUERTO LIMON | SAN JOSE,COSTA RICA | 2492725-12 |

### PARTICULARS FURNISHED BY SHIPPER

| (19) MARKS & NO'S. /<br>CONTAINER NO'S.<br>Marcas y Números | (20) NO. OF TRLS./<br>CONTS./PKGS./<br>No. de Furgones<br>/ Bultos | (21)<br>HM<br>** | (22)<br>DESCRIPTION OF CARGO Contenido Según Embarcador | (23) WEIGHT<br>Libras/Kilos | (24) MEASUREMENT<br>Medidas |
|---|---|---|---|---|---|
| ·<br>CMCZ834304 | 1<br>45FT | | CONTAINER NO. CMCZ834304<br>SEAL NO. 01498414-02169260<br>SLC:FAK AS SPARE PARTS, HARDWARE AND<br>COMPUTER PARTS TOTAL 1385 PIECES<br><br>· AES ITN:X20060412019429<br>        F R E I G H T    P R E P A I D<br><br>SHIPPER LOAD AND COUNT<br><br>"CARRIER RESERVES THE RIGHT TO REQUEST A DEPOSIT FOR THE USE OF ITS<br>EQUIPMENT BEYOND THE PORT" | 36477L<br>16546K | 2950F<br>83.536M |

| D/R | EQUIP<br>CMCZ | ID<br>834304 | SEAL#<br>02169260 | 01498414 | | WEIGHT<br>36477L | CUBE<br>2950F |
|---|---|---|---|---|---|---|---|

(25) **HAZARDOUS DECLARATION: THIS IS TO CERTIFY THAT THE ABOVE NAMED MATERIALS ARE PROPERLY PACKED, LOADED,
CLASSIFIED, DESCRIBED, MARKED, LABELLED/PLACARDED, DESIGNATED AND ARE IN PROPER CONDITION FOR TRANSPOR-
TATION ACCORDING TO ALL APPLICABLE REGULATIONS AS SPECIFIED IN CLAUSE 28. PROVIDE SHIPPER'S EMERG-
ENCY RESPONSE CONTACT'S NAME AND TELEPHONE NUMBER INCLUDING AREA CODE IN THE SPACE PROVIDED.     CONTACT:          TEL NO.

| FREIGHT CHARGES Flete | RATED AS<br>Flete Básico | PER | RATE Tarifa | TO BE PREPAID IN US DOLLARS<br>Prepagado en Dolares U.S. | TO BE COLLECTED IN US DOLLARS<br>A Cobrar en Dolares U.S. | FOREIGN CURRENCY<br>Moneda Local |
|---|---|---|---|---|---|---|
| OCEAN FREIGHT | 1.000 | PTT | 1970.00 | 1970.00 | | |
| FUEL USAGE/ADJ | 1.000 | PTT | 410.00 | 410.00 | | |
| GRI | 1.000 | PTT | 35.00 | 35.00 | | |
| PRE-CARRIAGE | 1.000 | PTT | 300.00 | 300.00 | | |
| SECURITY/U.S. | 1.000 | PTT | 112.00 | 112.00 | | |

C

| | TOTALS | | 2827.00 | | |
|---|---|---|---|---|---|

## INVOICE / FACTURA
## NOT FOR
## CARGO RELEASE

E

PAGE  1 OF  1

PAYMENT DUE 30 DAYS AFTER VESSEL SAIL DATE
Invoice Number is listed in box 3A

VAI

**CROWLEY LINER SERVICES INC**

CROWLEY LINER SERVICES, INC.
REMIT TO: P.O. BOX 2684
CAROL STREAM, IL 60132-2684

| (2) SHIPPER (Complete Name, Address, & Zip Code) Embarcador | 2492725-12 | (3) BOOKING NO. Reserva No. CAT905518 | (3c) SCAC Code | (3a) BILL OF LADING/INVOICE NO. Conocimiento de Embarque |
|---|---|---|---|---|

(2) SHIPPER (Complete Name, Address, & Zip Code) Embarcador

TRANSTAINER CORP.
3200 NW 112TH AVE
MIAMI, FL. 33172    US

2492725-12

(3) BOOKING NO. Reserva No.
CAT905518
(3b) DATE Fecha
06 APR 06
(4) EXPORT REFERENCES Referencias de Exportacion
REFERENCE NO.
OCN0000450

(3c) SCAC Code
CAMN

(3a) BILL OF LADING/INVOICE NO. Conocimiento de Embarque
JAXS6M033505
FWDR. REF NO.

(5) CONSIGNEE (Complete Name, Address, & Zip Code) Consignado a:
NOT NEGOTIABLE UNLESS CONSIGNED 'TO ORDER'

TRANSTAINER HONDURAS CORP.
EDIFICIO BANCO ATLANTIDA 10
PISO LOCAL NO. 1005
SAN PEDRO SULA    HONDURAS

2492725-14

(6) FORWARDING AGENT Agente Embarcador - Referencias
FMC. NO.
CHB NO.

(7) NOTIFY PARTY (Complete Name, Address, & Zip Code)
Dirigir Notificación de Llegada a:

(8) ALSO NOTIFY - ROUTING & INSTRUCTIONS
Tambien Notificar - Ruta Doméstica/Instrucciones de Exportación

SCN 0505-5292

N

(9) VESSEL Nave    VOYAGE Viaje    FLAG Bandera
755S    MH

CROWLEY AMERICAS

(16) PORT OF DISCHARGE Puerto de Descarga
PUERTO CORTES

(10) PLACE OF RECEIPT Carga Recibida en:
MIAMI, FL
(13) PORT OF LOADING Puerto de Carga
PORT EVERGLADES, FL
(17) PLACE OF DELIVERY Lugar de Entrega de la Carga
SAN PEDRO SULA

(18) BILL TO (Complete Name, Address, & Zip Code):

TRANSTAINER CORP.
3200 NW 112TH AVE
MIAMI, FL. 33172    US

2492725-12

**PARTICULARS FURNISHED BY SHIPPER**

| (19) MARKS & NO'S. / CONTAINER NO'S. Marcas y Números | (20) NO. OF TRLS./ CONTS./ PKGS./ No. de Furgones / Bultos | (21) H/M | (22) DESCRIPTION OF CARGO Contenido Según Embarcador | (23) WEIGHT Libras/Kilos | (24) MEASUREMENT Medidas |
|---|---|---|---|---|---|
| CMCU4939100 | 1 40FT | | HC CONTAINER CMCU4939100 SEAL NO. 001603/B02168746 SLC: FAK AS TONERS, SPARE PARTS, PROMOTIONAL MATERIAL TOTAL 122 PIECES    33622 LBS  15251 KGS | 33622L 15251K | |
| | | | NO SED REQUIRED UNDER SECT 30.55H F R E I G H T   P R E P A I D | | |
| | | | "CARRIER RESERVES THE RIGHT TO REQUEST A DEPOSIT FOR THE USE OF ITS EQUIPMENT BEYOND THE PORT" | | |

| D/R | EQUIP | ID | SEAL# | | | WEIGHT | CUBE |
|---|---|---|---|---|---|---|---|
| | CMCU | 4939100 | B02168746  001603 | | | 33622L | |

(25) **HAZARDOUS DECLARATION - THIS IS TO CERTIFY THAT THE ABOVE NAMED MATERIALS ARE PROPERLY PACKED, LOADED, CLASSIFIED, DESCRIBED, MARKED, LABELLED/PLACARDED, DESIGNATED AND ARE IN PROPER CONDITION FOR TRANSPOR- TATION ACCORDING TO ALL APPLICABLE REGULATIONS AS SPECIFIED IN CLAUSE 26. PROVIDE SHIPPER'S EMERG- ENCY RESPONSE CONTACT'S NAME AND TELEPHONE NUMBER INCLUDING AREA CODE IN THE SPACE PROVIDED.

CONTACT:                    TEL NO.

| FREIGHT CHARGES Flete | RATED AS Flete Básico | PER | RATE Tarifa | TO BE PREPAID IN US DOLLARS Prepagado en Dolares U.S. | TO BE COLLECTED IN US DOLLARS A cobrar en Dolares U.S. | FOREIGN CURRENCY Moneda Local |
|---|---|---|---|---|---|---|
| OCEAN FREIGHT | 1.000 | PTT | 1605.00 | 1605.00 | | |
| FUEL USAGE/ADJ | 1.000 | PTT | 360.00 | 360.00 | | |
| HN GAMMA RAY | 1.000 | PTT | 15.00 | 15.00 | | |
| GRI | 1.000 | PTT | 75.00 | 75.00 | | |
| PRE-CARRIAGE | 1.000 | PTT | 300.00 | 300.00 | | |
| SECURITY/NON US | 1.000 | PTT | 20.00 | 20.00 | | |
| SECURITY/U.S. | 1.000 | PTT | 100.00 | 100.00 | | |

C

| TOTALS | 2475.00 |
|---|---|

# INVOICE / FACTURA
# NOT FOR
# CARGO RELEASE

PAGE  1 OF  1

PAYMENT DUE 30 DAYS AFTER VESSEL SAIL DATE
Invoice Number is listed in box 3A

E

VAI

CROWLEY LINER SERVICES INC

CROWLEY LINER SERVICES, INC.
REMIT TO: P.O. BOX 2684
CAROL STREAM, IL  60132-2684

| (2) SHIPPER (Complete Name, Address, & Zip Code) Embarcador | 2492725-12 | (3) BOOKING NO. Reserva No. CAT905518 | (3c) SCAC Code | (3a) BILL OF LADING/INVOICE NO. Conocimiento de Embarque |
|---|---|---|---|---|

TRANSTAINER CORP.
3200 NW 112TH AVE
MIAMI, FL 33172 US

(3b) DATE Fecha
06 APR 06   CAMN   JAXS6M033722

(4) EXPORT REFERENCES Referencias de Exportacion
REF. NO. DCN0000451

FWDR. REF NO.

| (5) CONSIGNEE (Complete Name, Address, & Zip Code) Consignado a: NOT NEGOTIABLE UNLESS CONSIGNED 'TO ORDER' | 4942051-02 | (6) FORWARDING AGENT Agente Embarcador - Referencias | FMC. NO. | CHB N |
|---|---|---|---|---|

TRANSTAINER HONDURAS, S.A.
AVENIDA INDEPENDENCIA RESDIDENCIA
NO. 6001 ESQUINA OPUESTA DE JESUS
COLONIA 15 DE SEPTIEMBRE TEGUCIGALPA

(7) NOTIFY PARTY (Complete Name, Address, & Zip Code) Dirigir Notificación de Llegada a:

(8) ALSO NOTIFY - ROUTING & INSTRUCTIONS Tambien Notificar - Ruta Doméstica/Instrucciones de Exportación

N

| (9) VESSEL Nave   VOYAGE Viaje | FLAG Bandera | (10) PLACE OF RECEIPT Carga Recibida en: | (18) BILL TO (Complete Name, Address, & Zip Code): |
|---|---|---|---|

755S   MH

CROWLEY AMERICAS

MIAMI, FL
(13) PORT OF LOADING Puerto de Carga
PORT EVERGLADES, FL
(17) PLACE OF DELIVERY Lugar de Entrega de la carga

TRANSTAINER CORP.
3200 NW 112TH AVE
MIAMI, FL 33172 US

(16) PORT OF DISCHARGE Puerto de Descarga
PTO CORTES

TEGUCIGALPA,HN   2492725-12

PARTICULARS FURNISHED BY SHIPPER

| (19) MARKS & NO'S. / CONTAINER NO'S. Marcas y Números | (20) NO. OF TRLS./ CONTS./PKGS./ No. de Furgones / Bultos | (21) HM | (22) DESCRIPTION OF CARGO Contenido Según Embarcador | (23) WEIGHT Libras/Kilos | (24) MEASUREMENT Medidas |
|---|---|---|---|---|---|
| | 1 45FT | | CONTIANER CMCZ 833494 SEAL NO. 001628 - B02168393 SLC. FAK AS DECORATIVE ITEMS, GARDENS SUPPLIES, PLASTIC MATERIAL AND FURNITURE TOTAL 545 PIECES | 28010L 12705K | |

NO SED REQUIRED UNDER SECT 30.55H

FREIGHT PREPAID

SC# 0505-5282

O

| D/R | EQUIP CMCZ | ID 833494 | SEAL# 001628 | B02168393 | WEIGHT 28010L | CUBE |
|---|---|---|---|---|---|---|

(25) **HAZARDOUS DECLARATION - THIS IS TO CERTIFY THAT THE ABOVE NAMED MATERIALS ARE PROPERLY PACKED, LOADED, CLASSIFIED, DESCRIBED, MARKED, LABELLED/PLACARDED, DESIGNATED AND ARE IN PROPER CONDITION FOR TRANSPOR- TATION ACCORDING TO ALL APPLICABLE REGULATIONS AS SPECIFIED IN CLAUSE 28. PROVIDE SHIPPER'S EMERG- ENCY RESPONSE CONTACT'S NAME AND TELEPHONE NUMBER INCLUDING AREA CODE IN THE SPACE PROVIDED.   CONTACT:   TEL NO.

| FREIGHT CHARGES Flete | RATED AS Flete Básico | PER | RATE Tarifa | TO BE PREPAID IN US DOLLARS Prepagado en Dolares U.S. | TO BE COLLECTED IN US DOLLARS A Cobrar en Dolares U.S. | FOREIGN CURRENCY Moneda Local |
|---|---|---|---|---|---|---|
| OCEAN FREIGHT | 1.000 | PTT | 2085.00 | 2085.00 | | |
| FUEL USAGE/ADJ | 1.000 | PTT | 410.00 | 410.00 | | |
| HN GAMMA RAY | 1.000 | PTT | 15.00 | 15.00 | | |
| GRI | 1.000 | PTT | 75.00 | 75.00 | | |
| PRE-CARRIAGE | 1.000 | PTT | 300.00 | 300.00 | | |
| SECURITY/NON US | 1.000 | PTT | 20.00 | 20.00 | | |
| SECURITY/U.S. | 1.000 | PTT | 112.00 | 112.00 | | |

C

| | TOTALS | | | 3017.00 | | |

INVOICE / FACTURA
NOT FOR
CARGO RELEASE

PAGE  1 OF  1

E

PAYMENT DUE 30 DAYS AFTER VESSEL SAIL DATE
Invoice Number is listed in box 3A

VAI

**CROWLEY LINER SERVICES INC**

CROWLEY LINER SERVICES, INC.
REMIT TO: P.O. BOX 2684
CAROL STREAM, IL  60132-2684

| | |
|---|---|
| (2) SHIPPER (Complete Name, Address, & Zip Code) Embarcador | 2492725-12 |

(3) BOOKING NO. Reserva No.
CAT240913

(3c) SCAC Code

(3a) BILL OF LADING/INVOICE NO.
Conocimiento de Embarque

TRANSTAINER CORPORATION
3200 N.W. 112 AVE
MIAMI, FL 33172   US

(3b) DATE Fecha
03 APR 06   CAMN   JAXS6M032723

(4) EXPORT REFERENCES
Referencias de Exportación

FWDR.
REF NO.

0CN0000437

(5) CONSIGNEE (Complete Name, Address, & Zip Code) Consignado a:
NOT NEGOTIABLE UNLESS CONSIGNED 'TO ORDER'

3263789-06

(6) FORWARDING AGENT
Agente Embarcador - Referencias

FMC.
NO.

CHB
NO.

SEMANIC, S.A.
SEMAFORO DE PORTEZUELO
110 VARAS AL LAGO, EDIF. ALMEXSA
MANAGUA       NICARAGUA

(7) NOTIFY PARTY (Complete Name, Address, & Zip Code)
Dirigir Notificación de Llegada a:

(8) ALSO NOTIFY - ROUTING & INSTRUCTIONS
También Notificar - Ruta Domestica/Instrucciones de Exportación

SCN-0505-5292

N

(9) VESSEL Nave   VOYAGE Viaje   FLAG Bandera

754S   MH

CROWLEY AMBASSADOR

(10) PLACE OF RECEIPT
Carga Recibida en:
MIAMI, FL

(13) PORT OF LOADING Puerto de Carga
PORT EVERGLADES, FL

(18) BILL TO (Complete Name, Address, & Zip Code):

TRANSTAINER CORPORATION
3200 N.W. 112 AVE
MIAMI, FL 33172   US

(16) PORT OF DISCHARGE Puerto de Descarga
PUERTO CORTES

(17) PLACE OF DELIVERY
Lugar de Entrega de la carga
MANAGUA

2492725-12

**PARTICULARS FURNISHED BY SHIPPER**

| (19) MARKS & NO'S. / CONTAINER NO'S. Marcas y Números | (20) NO. OF PKGS./ CONTS./ PKGS./ No. de Furgones / Bultos | (21) H/M | (22) DESCRIPTION OF CARGO Contenido Según Embarcador | (23) WEIGHT Libras/Kilos | (24) MEASUREMENT Medidas |
|---|---|---|---|---|---|
| | 1 40FT | | HC CONTAINER NO. FSCU6120471 SEAL NO. 001623-B02168254 SLC:FAK AS GENERATORS, SPARE PARTS, AND MUSICAL INSTRUMENTS TOTAL 542 PIECES | 44133L 20018K | V |
| | | | AES ITN:X20060403028142 | | |
| | | | F R I E G H T   P R E P A I D | | O |
| | | | "CARRIER RESERVES THE RIGHT TO REQUEST A DEPOSIT FOR THE USE OF ITS EQUIPMENT BEYOND THE PORT" | | |

| D/R | EQUIP FSCU | ID 6120471 | SEAL# 001623 | B02168254 | WEIGHT 44133L | CUBE |
|---|---|---|---|---|---|---|

(25) **HAZARDOUS DECLARATION - THIS IS TO CERTIFY THAT THE ABOVE NAMED MATERIALS ARE PROPERLY PACKED, LOADED, CLASSIFIED, DESCRIBED, MARKED, LABELLED/PLACARDED, DESIGNATED AND ARE IN PROPER CONDITION FOR TRANSPORTATION ACCORDING TO ALL APPLICABLE REGULATIONS AS SPECIFIED IN CLAUSE 26. PROVIDE SHIPPER'S EMERGENCY RESPONSE CONTACT'S NAME AND TELEPHONE NUMBER INCLUDING AREA CODE IN THE SPACE PROVIDED.

CONTACT:                    TEL NO.

| FREIGHT CHARGES Flete | RATED AS Flete Básico | PER | RATE Tarifa | TO BE PREPAID IN US DOLLARS Prepagado en Dolares U.S. | TO BE COLLECTED IN US DOLLARS A cobrar en Dolares U.S. | FOREIGN CURRENCY Moneda Local |
|---|---|---|---|---|---|---|
| OCEAN FREIGHT | 1.000 | PTT | 2030.00 | 2030.00 | | |
| FUEL USAGE/ADJ | 1.000 | PTT | 360.00 | 360.00 | | |
| GRI | 1.000 | PTT | 75.00 | 75.00 | | |
| PRE-CARRIAGE | 1.000 | PTT | 300.00 | 300.00 | | |
| SECURITY/NON US | 1.000 | PTT | 20.00 | 20.00 | | |
| SECURITY/U.S. | 1.000 | PTT | 100.00 | 100.00 | | |

C

**INVOICE / FACTURA**
**NOT FOR**
**CARGO RELEASE**
PAYMENT DUE 30 DAYS AFTER VESSEL SAIL DATE
Invoice Number is listed in box 3A

TOTALS   2885.00

$2,940.00
SEE CORRECTOR
ATTACHED

PAGE  1 OF  1

E

VAI

CROWLEY LINER SERVICES INC

Page __1__ of __1__

CORRECTED FREIGHT BILL

FREIGHT CORRECTION NOTICE

Claim Number: __180125__
FCN Number: __1146015__
Date of Correction: __04/06/06__

Shipper CVIF # _____ 2492725-12 ___ Mail to [X]
TRANSTAINER CORPORATION
3200 N.W. 112 AVE
MIAMI, FL 33172   US

Consignee CVIF # _____ 3263789-06 ___ Mail to [ ]
SEMANIC, S.A.
SEMAFORO DE PORTEZUELO
110 VARAS AL LAGO, EDIF. ALMEXSA
MANAGUA       NICARAGUA

Forwarder 3rd Party  Notify Party
[ ]       [ ]       [ ]    CVIF# _____ Mail to [ ]

Vessel/Voyage:         NZV6754S
B/L Number:            JAXS6M032723
Booking Number:        CAT240913
Load Port:             FLPEV
Disch. Port:           NIMGA
Place of Receipt:      FLMIA
Destination:           NIMGA
Orig. B/L Date:        04/03/06
Shipper's Ref. #:      OCN0000437
Forwarder's Ref. #:
Requested By:          JI//SHIPPER
Tariff Code/Type/Item: ___ 908/I/9900-02-0041-0125
Tariff Code/Type/Item:
Tariff Code/Type/Item:
Explanation of Change:
RECEIVED CRMBL TO CORRECT PC COUNT TO 544

Reason Code: PCI    CAMN:____ Cust: XXX

| ORIGINALLY BILLED | |
|---|---|
| # Pieces | Commodity Description |
| 1 40FT | HC CONTAINER NO. FSCU6120471 SEAL NO. 001623-B02168254 SLC:FAK AS GENERATORS, SPARE PARTS, AND MUSICAL INSTRUMENTS TOTAL 542 PIECES |

| CORRECTION - SHOULD READ | |
|---|---|
| # Pieces | Commodity Description |
| 1 40FT | HC CONTAINER NO. FSCU6120471 SEAL NO. 001623-B02168254 SLC:FAK AS GENERATORS, SPARE PARTS, AND MUSICAL INSTRUMENTS TOTAL 544 PIECES |

| Charge Code | Wgt/Cube | Rate | Rate Base | Charge |
|---|---|---|---|---|
| OCN | 1.00 | 2030.00 | PTT | 2030.00 |
| FUS | 1.00 | 360.00 | PTT | 360.00 |
| GRI | 1.00 | 75.00 | PTT | 75.00 |
| PRE | 1.00 | 300.00 | PTT | 300.00 |
| SEC | 1.00 | 20.00 | PTT | 20.00 |
| SES | 1.00 | 100.00 | PTT | 100.00 |
|  |  |  | Total Prepaid | 2885.00 |
|  |  |  | Total Collect |  |

| Charge Code | Wgt/Cube | Rate | Rate Base | Charge | Accounts Receivable S/F/C | Accounts Receivable Variance |
|---|---|---|---|---|---|---|
| OCN | 1.00 | 2030.00 | PTT | 2030.00 | S BCF | 55.00 |
| FUS | 1.00 | 360.00 | PTT | 360.00 |  |  |
| GRI | 1.00 | 75.00 | PTT | 75.00 |  |  |
| PRE | 1.00 | 300.00 | PTT | 300.00 |  |  |
| SEC | 1.00 | 20.00 | PTT | 20.00 |  |  |
| SES | 1.00 | 100.00 | PTT | 100.00 |  |  |
| BCF | 1.00 | 55.00 | EAC | 55.00 |  |  |
|  |  | Total Prepaid |  | 2940.00 | Due | 55.00 |
|  |  | Total Collect |  |  | Credit |  |

Additional Charges: _____ 55.00
Credit Due:*
*Refund made only if total freight charges have been paid.

For Additional Information Contact:
CROWLEY CUSTOMER SERVICE
800-CROWLEY
(1-800-276-9539)

Please Remit To:
CROWLEY LINER SERVICES, INC.
P.O. BOX 2684
CAROL STREAM, IL  60132-2684

Preparer's Signature                    Date

Authorized Signature 1                  Date

Authorized Signature 2                  Date

**CROWLEY LINER SERVICES INC**

CROWLEY LINER SERVICES, INC.
REMIT TO: P.O. BOX 2684
CAROL STREAM, IL  60132-2684

| | 2492725-12 | (3c) SCAC Code | (3a) BILL OF LADING/INVOICE NO. Conocimiento de Embarque |
|---|---|---|---|
| (2) SHIPPER (Complete Name, Address, & Zip Code) Embarcador | | | |

(3) BOOKING NO. Reserva No.
CAT905847

(3b) DATE Fecha
01 APR 06   CAMN

JAXS6M032014

**TRANSTAINER CORP.**
**3200 NW 112TH AVE**
**MIAMI, FL. 33172 US**

(4) EXPORT REFERENCES
Referencias de Exportación

FWDR.
REF NO.

DCN0000446

(5) CONSIGNEE (Complete Name, Address, & Zip Code) Consignado a:
NOT NEGOTIABLE UNLESS CONSIGNED 'TO ORDER'    1270486-08

(6) FORWARDING AGENT
Agente Embarcador - Referencias

FMC.
NO.

CHB
NO.

**CONSOLIDACIONES DEL VALLE**
**CENTRAL**
**MALL EL DORADO**
**LOCAL #9**
**SAN JOSE,      CR**

(7) NOTIFY PARTY (Complete Name, Address, & Zip Code)
Dirigir Notificación de Llegada a:

(8) ALSO NOTIFY - ROUTING & INSTRUCTIONS
Tambien Notificar - Ruta Doméstica/Instrucciones de Exportación

SCN 0505-5292

N

(9) VESSEL Nave   VOYAGE Viaje   FLAG Bandera   (10) PLACE OF RECEIPT Carga Recibida en:

(18) BILL TO (Complete Name, Address, & Zip Code):

026S     MH     MIAMI, FL

**CROWLEY UNIVERSE**

(13) PORT OF LOADING Puerto de Carga

PORT EVERGLADES, FL

**TRANSTAINER CORP.**
**3200 NW 112TH AVE**
**MIAMI, FL. 33172 US**

(16) PORT OF DISCHARGE Puerto de Descarga   (17) PLACE OF DELIVERY Lugar de Entrega de la carga

**PUERTO LIMON**     SAN JOSE,COSTA RICA     2492725-12

**PARTICULARS FURNISHED BY SHIPPER**

| (19) MARKS & NO'S. / CONTAINER NO'S. Marcas y Números | (20) NO. OF TRLB./ CONTS./ PKGS./ No. de Furgones / Bultos | (21) H/M ** | (22) DESCRIPTION OF CARGO Contenido Según Embarcador | (23) WEIGHT Libras/Kilos | (24) MEASUREMENT Medidas |
|---|---|---|---|---|---|
| CMCU5532212 | 1 40FT | | NOR CONTAINER. NO. CMCU5532212 SEAL NO. 000545- B0216811 SLC:FAK AUTO PARTS, BATHROOM ACCESORIES AND TONER TOTAL 50 PIECES | 40281L 18271K | |
| | | | F R E I G H T   P R E P A I D NO SED REQUIRED UNDER SECT 30.55H | | |
| | | | SHIPPER LOAD AND COUNT | | |
| | | | "CARRIER RESERVES THE RIGHT TO REQUEST A DEPOSIT FOR THE USE OF ITS EQUIPMENT BEYOND THE PORT" | | |

O

| D/R | EQUIP ID CMCU | SEAL# 5532212 000545 | B02168115 | WEIGHT 40281L | CUBE |
|---|---|---|---|---|---|

(25) **HAZARDOUS DECLARATION - THIS IS TO CERTIFY THAT THE ABOVE NAMED MATERIALS ARE PROPERLY PACKED, LOADED, CLASSIFIED, DESCRIBED, MARKED, LABELLED/PLACARDED, DESIGNATED AND ARE IN PROPER CONDITION FOR TRANSPOR- TATION ACCORDING TO ALL APPLICABLE REGULATIONS AS SPECIFIED IN CLAUSE 26. PROVIDE SHIPPER'S EMERG- ENCY RESPONSE CONTACT'S NAME AND TELEPHONE NUMBER INCLUDING AREA CODE IN THE SPACE PROVIDED.

CONTACT:     TEL NO.

| FREIGHT CHARGES Flete | RATED AS Flete Básico | PER | RATE Tarifa | TO BE PREPAID IN US DOLLARS Prepagado en Dolares U.S. | TO BE COLLECTED IN US DOLLARS A Cobrar en Dolares U.S. | FOREIGN CURRENCY Moneda Local |
|---|---|---|---|---|---|---|
| OCEAN FREIGHT | 1.000 | PTT | 1555.00 | 1555.00 | | |
| FUEL USAGE/ADJ | 1.000 | PTT | 360.00 | 360.00 | | |
| GRI | 1.000 | PTT | 35.00 | 35.00 | | |
| SECURITY/U.S. | 1.000 | PTT | 100.00 | 100.00 | | |

C

| TOTALS | 2050.00 |
|---|---|

# INVOICE / FACTURA
# NOT FOR
# CARGO RELEASE

E

PAGE  1 OF  1

PAYMENT DUE 30 DAYS AFTER VESSEL SAIL DATE
Invoice Number is listed in box 3A

VAI

CROWLEY LINER SERVICES INC

**CROWLEY LINER SERVICES, INC.**
REMIT TO: P.O. BOX 2684
CAROL STREAM, IL  60132-2684

| (2) SHIPPER (Complete Name, Address, & Zip Code) Embarcador | 2492725-12 |
|---|---|

TRANSTAINER CORP.
3200 NW 112TH AVE
MIAMI, FL. 33172 US

(3) BOOKING NO. Reserva No.
CAT905847
(3b) DATE Fecha
01 APR 06
(4) EXPORT REFERENCES
Referencias de Exportacion
OCN0000445

(3c) SCAC Code
CAMN

(3a) BILL OF LADING/INVOICE NO.
Conocimiento de Embarque
JAXS6M031905
FWDR. REF NO.

| (5) CONSIGNEE (Complete Name, Address, & Zip Code) Consignado a: NOT NEGOTIABLE UNLESS CONSIGNED 'TO ORDER' | 1270486-08 |
|---|---|

CONSOLIDACIONES DEL VALLE
CENTRAL
MALL EL DORADO
LOCAL #9
SAN JOSE,      CR

(6) FORWARDING AGENT
Agente Embarcador - Referencias

FMC. NO.

CMB NO.

(7) NOTIFY PARTY (Complete Name, Address, & Zip Code)
Dirigir Notificación de Llegada a:

(8) ALSO NOTIFY - ROUTING & INSTRUCTIONS
Tambien Notificar - Ruta Doméstica/Instrucciones de Exportación
SCN 0505-5292

N

| (9) VESSEL Nave  VOYAGE Viaje  FLAG Bandera | (10) PLACE OF RECEIPT Carga Recibida en: |
|---|---|
| 026S    MH | MIAMI, FL |

CROWLEY UNIVERSE

(13) PORT OF LOADING Puerto de Carga
PORT EVERGLADES, FL

(16) PORT OF DISCHARGE Puerto de Descarga
PUERTO LIMON

(17) PLACE OF DELIVERY Lugar de Entrega de la carga
SAN JOSE,COSTA RICA

(18) BILL TO (Complete Name, Address, & Zip Code):
TRANSTAINER CORP.
3200 NW 112TH AVE
MIAMI, FL. 33172 US

2492725-12

**PARTICULARS FURNISHED BY SHIPPER**

| (19) MARKS & NO'S. / CONTIS / PKGS./ CONTAINER NO'S. Marcas y Números | (20) NO. OF TRLS./ CONTS./ PKGS./ No. de Furgones / Bultos | (21) HM | (22) DESCRIPTION OF CARGO Contenido Según Embarcador | (23) WEIGHT Libras/Kilos | (24) MEASUREMENT Medidas |
|---|---|---|---|---|---|
| | 1  45FT | | CONTAINER NO. CMCZ835136 SEAL NO. 000514-B02167699 SLC:FAK AS COPIER MACHINERY, AUTO PARTS AND AIR CONDITIONING UNITS TOTAL 162 PIECES | 36935L 16753K | |
| | | | AES ITN X20060331031573 X20060331030158 X20060331030596 X20060331030820 | | |
| | | | F R E I G H T    P R E P A I D | | |

SHIPPER LOAD AND COUNT

"CARRIER RESERVES THE RIGHT TO REQUEST A DEPOSIT FOR THE USE OF ITS
EQUIPMENT BEYOND THE PORT"

(25) **HAZARDOUS DECLARATION - THIS IS TO CERTIFY THAT THE ABOVE NAMED MATERIALS ARE PROPERLY PACKED, LOADED, CLASSIFIED, DESCRIBED, MARKED, LABELLED/PLACARDED, DESIGNATED AND ARE IN PROPER CONDITION FOR TRANSPORTATION ACCORDING TO ALL APPLICABLE REGULATIONS AS SPECIFIED IN CLAUSE 26. PROVIDE SHIPPER'S & EMERGENCY RESPONSE CONTACT'S NAME AND TELEPHONE NUMBER INCLUDING AREA CODE IN THE SPACE PROVIDED.

CONTACT:                    TEL NO.

| FREIGHT CHARGES Flete | RATED AS Flete Básico | PER | RATE Tarifa | TO BE PREPAID IN US DOLLARS Prepagado en Dolares U.S. | TO BE COLLECTED IN US DOLLARS A Cobrar en Dolares U.S. | FOREIGN CURRENCY Moneda Local |
|---|---|---|---|---|---|---|
| | | | | | | |

C

| | | TOTALS | |
|---|---|---|---|

# INVOICE / FACTURA
# NOT FOR
# CARGO RELEASE

PAGE  1 OF  2

PAYMENT DUE 30 DAYS AFTER VESSEL SAIL DATE
Invoice Number is listed in box 3A

E

VAI

CROWLEY LINER SERVICES INC

CROWLEY LINER SERVICES, INC.
REMIT TO: P.O. BOX 2684
CAROL STREAM, IL 60132-2684

| (2) SHIPPER (Complete Name, Address, & Zip Code) Embarcador | 2492725-12 | (8) BOOKING NO. Reserva No. CAT905847 | (3c) SCAC Code | (3a) BILL OF LADING/INVOICE NO. Conocimiento de Embarque |
|---|---|---|---|---|

TRANSTAINER CORP.
3200 NW 112TH AVE
MIAMI, FL. 33172 US

(3b) DATE Fecha
01 APR 06    CAMN    JAXS6M031905

(4) EXPORT REFERENCES Referencias de Exportación
0CN0000445

FWDR. REF NO.

(5) CONSIGNEE (Complete Name, Address, & Zip Code) Consignado a: NOT NEGOTIABLE UNLESS CONSIGNED 'TO ORDER'    1270486-08

CONSOLIDACIONES DEL VALLE
CENTRAL
MALL EL DORADO
LOCAL #9
SAN JOSE,    CR

(6) FORWARDING AGENT Agente Embarcador - Referencias    FMC. NO.    CHB N.

(7) NOTIFY PARTY (Complete Name, Address, & Zip Code) Dirigir Notificación de Llegada a:

(8) ALSO NOTIFY - ROUTING & INSTRUCTIONS Tambien Notificar - Ruta Doméstica/Instrucciones de Exportación
SCN 0505-5292

N

| (9) VESSEL Nave    VOYAGE Viaje    FLAG Bandera | (10) PLACE OF RECEIPT * Carga Recibida en: | (16) BILL TO (Complete Name, Address, & Zip Code): |
|---|---|---|

026S    MH    MIAMI, FL

CROWLEY UNIVERSE

(13) PORT OF LOADING Puerto de Carga
PORT EVERGLADES, FL

TRANSTAINER CORP.
3200 NW 112TH AVE
MIAMI, FL. 33172 US

(16) PORT OF DISCHARGE Puerto de Descarga
PUERTO LIMON

(17) PLACE OF DELIVERY * Lugar de Entrega de la carga
SAN JOSE,COSTA RICA    2492725-12

**PARTICULARS FURNISHED BY SHIPPER**

| (19) MARKS & NO'S. / CONTAINER NO'S. Marcas y Números | (20) NO. OF TRLS./ CONTS./ PKGS./ No. de Furgones / Bultos | (21) HM ** | (22) DESCRIPTION OF CARGO Contenido Según Embarcador | (23) WEIGHT Libras/Kilos | (24) MEASUREMENT Medidas |
|---|---|---|---|---|---|
| D/R    EQUIP | ID | SEAL# | | WEIGHT | CUBE |
| CMCZ | 835136 | 000514 | B02167699 | 36935L | |

V

O

(25) **HAZARDOUS DECLARATION - THIS IS TO CERTIFY THAT THE ABOVE NAMED MATERIALS ARE PROPERLY PACKED, LOADED, CLASSIFIED, DESCRIBED, MARKED, LABELLED/PLACARDED, DESIGNATED AND ARE IN PROPER CONDITION FOR TRANSPOR- TATION ACCORDING TO ALL APPLICABLE REGULATIONS AS SPECIFIED IN CLAUSE 26. PROVIDE SHIPPER'S EMERG- ENCY RESPONSE CONTACT'S NAME AND TELEPHONE NUMBER INCLUDING AREA CODE IN THE SPACE PROVIDED.

CONTACT:    TEL NO.

| FREIGHT CHARGES Flete | RATED AS Flete Básico | PER | RATE Tarifa | TO BE PREPAID IN US DOLLARS Prepagado en Dolares U.S. | TO BE COLLECTED IN US DOLLARS A Cobrar en Dolares U.S. | FOREIGN CURRENCY Moneda Local |
|---|---|---|---|---|---|---|
| OCEAN FREIGHT | 1.000 | PTT | 1970.00 | 1970.00 | | |
| FUEL USAGE/ADJ | 1.000 | PTT | 410.00 | 410.00 | | |
| GRI | 1.000 | PTT | 35.00 | 35.00 | | |
| PRE-CARRIAGE | 1.000 | PTT | 300.00 | 300.00 | | |
| SECURITY/U.S. | 1.000 | PTT | 112.00 | 112.00 | | |

C

| | TOTALS | | | 2827.00 | | |

**INVOICE / FACTURA**
**NOT FOR**
**CARGO RELEASE**

PAGE 2 OF 2

PAYMENT DUE 30 DAYS AFTER VESSEL SAIL DATE
Invoice Number is listed in box 3A

E

VAI

**CROWLEY LINER SERVICES INC**

CROWLEY LINER SERVICES, INC.
REMIT TO: P.O. BOX 2684
CAROL STREAM, IL  60132-2684

| (2) SHIPPER (Complete Name, Address, & Zip Code) Embarcador | 2492725-12 | (3) BOOKING NO. Reserva No. CAT908372 | (3c) SCAC Code | (3a) BILL OF LADING/INVOICE NO. Conocimiento de Embarque |

TRANSTAINER CORP
3200 NW 112TH AVENUE
MIAMI, FL 33172 US

(3b) DATE Fecha  01 APR 06  CAMN  JAXS6M031799

(4) EXPORT REFERENCES  Referencias de Exportacion
REF NO. OCN0000442   FWDR. REF NO.

(5) CONSIGNEE ... Consignado a:  4855566-01
GARSA
6A AVE 14-56 ZONA 8 DE MIXCO
CIUDAN SAN CRISTOBAL     GUA

(6) FORWARDING AGENT  FMC. NO.   CHB NO.

(7) NOTIFY PARTY ...

(8) ALSO NOTIFY - ROUTING & INSTRUCTIONS
SC# 0505-5292

(9) VESSEL Nave  VOYAGE Viaje  FLAG Bandera
753S   PA
CARIBE MERCHANT

(10) PLACE OF RECEIPT  MIAMI, FL
(13) PORT OF LOADING Puerto de Carga  PORT EVERGLADES, FL
(17) PLACE OF DELIVERY

(18) PORT OF DISCHARGE  SANTO TOMAS DE CASTILLA | GUATEMALA CITY

(18) BILL TO:
TRANSTAINER CORP
3200 NW 112TH AVENUE
MIAMI, FL 33172 US

2492725-12

**PARTICULARS FURNISHED BY SHIPPER**

| (19) MARKS & NO'S / CONTAINER NO'S | (20) NO. OF PKGS | (21) HM | (22) DESCRIPTION OF CARGO | (23) WEIGHT | (24) MEASUREMENT |
|---|---|---|---|---|---|
| | 1 40FT | | CONTAINER NO. CMCU 4929165 SEAL NO. 000581 - 02167754 SLC FAK AS SPARE PARTS, WATER TREATMENT MATERIAL AND AUTO PARTS TOTAL 64 PIECES | 46490L 21087K | |

NO SED REQUIRED UNDER SECT 30.55H

F R E I G H T   P R E P A I D

"CARRIER RESERVES THE RIGHT TO REQUEST A DEPOSIT FOR THE USE OF ITS EQUIPMENT BEYOND THE PORT"

| D/R | EQUIP ID CMCU | SEAL# 4929165 02167754   000581 | WEIGHT 46490L | CUBE |

(25) HAZARDOUS DECLARATION ...   CONTACT:   TEL NO.

| FREIGHT CHARGES Flete | RATED AS Flete Básico | PER | RATE Tarifa | TO BE PREPAID IN US DOLLARS | TO BE COLLECTED IN US DOLLARS | FOREIGN CURRENCY Moneda Local |
|---|---|---|---|---|---|---|
| OCEAN FREIGHT | 1.000 | PTT | 1815.00 | 1815.00 | | |
| FUEL USAGE/ADJ | 1.000 | PTT | 360.00 | 360.00 | | |
| GRI | 1.000 | PTT | 75.00 | 75.00 | | |
| PRE-CARRIAGE | 1.000 | PTT | 300.00 | 300.00 | | |
| SECURITY/U.S. | 1.000 | PTT | 100.00 | 100.00 | | |
| **TOTALS** | | | | **2650.00** | | |

# INVOICE / FACTURA
# NOT FOR
# CARGO RELEASE

PAGE  1 OF  1

PAYMENT DUE 30 DAYS AFTER VESSEL SAIL DATE
Invoice Number is listed in box 3A

VAI

CROWLEY LINER SERVICES INC

**CROWLEY LINER SERVICES, INC.**
REMIT TO: P.O. BOX 2684
CAROL STREAM, IL  60132-2684

| (2) SHIPPER (Complete Name, Address, & Zip Code) Embarcador | 2492725-12 | (3) BOOKING NO. Reserva No. CAT285612 | (3c) SCAC Code | (3a) BILL OF LADING/INVOICE NO. Conocimiento de Embarque |
|---|---|---|---|---|

TRANSTAINER CORP.
3200 NW 112TH AVE
MIAMI, FL 33172  US

(3b) DATE Fecha **31 MAR 06**  | CAMN | JAXS6M031811
(4) EXPORT REFERENCES Referencias de Exportacion
REF NO. OCN0000443  FWDR. REF NO.

| (5) CONSIGNEE (Complete Name, Address, & Zip Code) Consignado a: NOT NEGOTIABLE UNLESS CONSIGNED 'TO ORDER' | 2917467-05 | (6) FORWARDING AGENT Agente Embarcador - Referencias | FMC. NO. | CMB NO. |
|---|---|---|---|---|

CONSOLIDACIONES DEL VALLE
CENTRAL
MALL EL DORADO
LOCAL #9
SAN JOSE,     CR

(7) NOTIFY PARTY (Complete Name, Address, & Zip Code) Dirigir Notificación de Llegada a:

(8) ALSO NOTIFY - ROUTING & INSTRUCTIONS
Tambien Notificar - Ruta Doméstica/Instrucciones de Exportación
SC# 0505-5283

N

| (9) VESSEL Nave   VOYAGE Viaje   FLAG Bandera | (10) PLACE OF RECEIPT - Carga Recibida en: | (18) BILL TO (Complete Name, Address, & Zip Code): |
|---|---|---|

026S   MH   LAKELAND, FL
(13) PORT OF LOADING Puerto de Carga
CROWLEY UNIVERSE
PORT EVERGLADES, FL
(16) PORT OF DISCHARGE Puerto de Descarga   (17) PLACE OF DELIVERY - Lugar de Entrega de la Carga

TRANSTAINER CORP.
3200 NW 112TH AVE
MIAMI, FL 33172  US

PUERTO LIMON   SAN JOSE, CR   2492725-12

**PARTICULARS FURNISHED BY SHIPPER**

| (19) MARKS & NO'S. / CONTAINER NO'S. Marcas y Numeros | (20) NO. OF TRLS./ CONTS./ PKGS./ No. de Furgones / Bultos | (21) HM ** | (22) DESCRIPTION OF CARGO Contenido Según Embarcador | (23) WEIGHT Libras/Kilos | (24) MEASUREMENT Medidas |
|---|---|---|---|---|---|
| | 2 45FT | | HC CONTAINER NO CMCU 4515611 SEAL NO. 02167734 - 10675 SLC. 122 ROLLS MATRESS TICKING | 28904L 13110.85K | |
| | | | HC CONTAINER NO CMCU 4529683 SEAL NO. 02167785 - 10678 SLC. 124 ROLLS MATRESS TICKING | | |
| FREIGHT PREPAID | | | | | |
| AES ITN. X20060331018206 | | | | | |
| SHIPPER LOAD AND COUNT | | | | | |
| "CARRIER RESERVES THE RIGHT TO REQUEST A DEPOSIT FOR THE USE OF ITS EQUIPMENT BEYOND THE PORT" | | | | | |

O

(25) **HAZARDOUS DECLARATION- THIS IS TO CERTIFY THAT THE ABOVE NAMED MATERIALS ARE PROPERLY PACKED, LOADED, CLASSIFIED, DESCRIBED, MARKED, LABELLED/PLACARDED, DESIGNATED AND ARE IN PROPER CONDITION FOR TRANSPORTATION ACCORDING TO ALL APPLICABLE REGULATIONS AS SPECIFIED IN CLAUSE 28. PROVIDE SHIPPER'S EMERGENCY RESPONSE CONTACT'S NAME AND TELEPHONE NUMBER INCLUDING AREA CODE IN THE SPACE PROVIDED.   CONTACT:   TEL NO.

| FREIGHT CHARGES Flete | RATED AS Flete Básico | PER | RATE Tarifa | TO BE PREPAID IN US DOLLARS Prepagado en Dolares U.S. | TO BE COLLECTED IN US DOLLARS A Cobrar en Dolares U.S. | FOREIGN CURRENCY Moneda Local |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | C |
| TOTALS | | | | | | |

# INVOICE / FACTURA
# NOT FOR
# CARGO RELEASE

PAGE  1 OF  2

E

PAYMENT DUE 30 DAYS AFTER VESSEL SAIL DATE
Invoice Number is listed in box 3A

VAI

CROWLEY LINER SERVICES INC

**CROWLEY LINER SERVICES, INC.**
REMIT TO: P.O. BOX 2684
CAROL STREAM, IL 60132-2684

| (2) SHIPPER (Complete Name, Address, & Zip Code) Embarcador | 2492725-12 | (3) BOOKING NO. Reserva No. | (3c) SCAC Code | (3a) BILL OF LADING/INVOICE NO. Conocimiento de Embarque |
|---|---|---|---|---|
| TRANSTAINER CORP. 3200 NW 112TH AVE MIAMI, FL 33172 US | | CAT285612 | | |

(3b) DATE Fecha **31 MAR 06**  CAMN  JAXS6M031811

(4) EXPORT REFERENCES Referencias de Exportacion
**REF NO. OCN0000443**  FWDR. REF NO.

(5) CONSIGNEE (Complete Name, Address, & Zip Code) Consignado a:
NOT NEGOTIABLE UNLESS CONSIGNED 'TO ORDER'  **2917467-05**

**CONSOLIDACIONES DEL VALLE
CENTRAL
MALL EL DORADO
LOCAL #9
SAN JOSE,    CR**

(6) FORWARDING AGENT Agente Embarcador - Referencias  FMC. NO.  CMB N.

(7) NOTIFY PARTY (Complete Name, Address, & Zip Code) Dirigir Notificación de Llegada a:

(8) ALSO NOTIFY - ROUTING & INSTRUCTIONS Tambien Notificar - Ruta Doméstica/Instrucciones de Exportación
**SC# 0505-5283**

N

| (9) VESSEL Nave    VOYAGE Viaje    FLAG Bandera | (10) PLACE OF RECEIPT Carga Recibida en: | (18) BILL TO (Complete Name, Address, & Zip Code): |
|---|---|---|
| 026S    MH | LAKELAND, FL | TRANSTAINER CORP. 3200 NW 112TH AVE MIAMI, FL 33172 US |
| CROWLEY UNIVERSE | (13) PORT OF LOADING Puerto de Carga PORT EVERGLADES, FL | |

(16) PORT OF DISCHARGE Puerto de Descarga
**PUERTO LIMON**

(17) PLACE OF DELIVERY Lugar de Entrega de la carga
**SAN JOSE, CR**    2492725-12

**PARTICULARS FURNISHED BY SHIPPER**

| (19) MARKS & NO'S / CONTAINER NO'S. Marcas y Números | (20) NO. OF TRLS./ CONTS. / PKGS./ No. de Furgones / Bultos | (21) HM | (22) DESCRIPTION OF CARGO Contenido Según Embarcador | (23) WEIGHT Libras/Kilos | (24) MEASUREMENT Medidas |
|---|---|---|---|---|---|
| D/R EQUIP ID CMCU 4515611 CMCU 4529683 | SEAL# 02167734 02167785 | 10675 10678 | | WEIGHT 14237L 14667L | CUBE |

O

(25) **HAZARDOUS DECLARATION - THIS IS TO CERTIFY THAT THE ABOVE NAMED MATERIALS ARE PROPERLY PACKED, LOADED, CLASSIFIED, DESCRIBED, MARKED, LABELLED/PLACARDED, DESIGNATED AND ARE IN PROPER CONDITION FOR TRANSPORTATION ACCORDING TO ALL APPLICABLE REGULATIONS AS SPECIFIED IN CLAUSE 28. PROVIDE SHIPPER'S EMERGENCY RESPONSE CONTACT'S NAME AND TELEPHONE NUMBER INCLUDING AREA CODE IN THE SPACE PROVIDED.
CONTACT:    TEL NO.

| FREIGHT CHARGES Flete | RATED AS Flete Básico | PER | RATE Tarifa | TO BE PREPAID IN US DOLLARS Prepagado en Dolares U.S. | TO BE COLLECTED IN US DOLLARS A cobrar en Dolares U.S. | FOREIGN CURRENCY Moneda Local |
|---|---|---|---|---|---|---|
| OCEAN FREIGHT | 2.000 | PTT | 1490.00 | 2980.00 | | |
| FUEL USAGE/ADJ | 2.000 | PTT | 410.00 | 820.00 | | |
| GRI | 2.000 | PTT | 35.00 | 70.00 | | |
| INTERMODAL SCHG | 2.000 | PTT | 150.00 | 300.00 | | |
| PRE-CARRIAGE | 2.000 | PTT | 600.00 | 1200.00 | | |
| SECURITY/U.S. | 2.000 | PTT | 112.00 | 224.00 | | |

C

| | TOTALS | | | 5594.00 | | |

# INVOICE / FACTURA
# NOT FOR
# CARGO RELEASE

PAGE 2 OF 2

PAYMENT DUE 30 DAYS AFTER VESSEL SAIL DATE
Invoice Number is listed in box 3A

E

VAI

**CROWLEY LINER SERVICES INC**

CROWLEY LINER SERVICES, INC.
REMIT TO: P.O. BOX 2684
CAROL STREAM, IL 60132-2684

| (2) SHIPPER (Complete Name, Address, & Zip Code) Embarcador | 2492725-12 | (3) BOOKING NO. Reserva No. CAT905497 | (3c) SCAC Code | (3a) BILL OF LADING/INVOICE NO. Conocimiento de Embarque |

TRANSTAINER CORP.
3200 NW 112TH AVE
MIAMI, FL. 33172 US

(3b) DATE Fecha
**31 MAR 06** | CAMN | JAXS6M031904

(4) EXPORT REFERENCES Referencias de Exportacion
OCN0000444

FWDR. REF NO.

| (5) CONSIGNEE (Complete Name, Address, & Zip Code) Consignado a: NOT NEGOTIABLE UNLESS CONSIGNED 'TO ORDER' | 1270486-08 | (6) FORWARDING AGENT Agente Embarcador - Referencias | FMC. NO. | CHB NO. |

CONSOLIDACIONES DEL VALLE
CENTRAL
MALL EL DORADO
LOCAL #9
SAN JOSE,        CR

(7) NOTIFY PARTY (Complete Name, Address, & Zip Code) Dirigir Notificación de Llegada a:

(8) ALSO NOTIFY - ROUTING & INSTRUCTIONS Tambien Notificar - Ruta Doméstica/Instrucciones de Exportación
SCN 0505-5292

**N**

| (9) VESSEL Nave   VOYAGE Viaje   FLAG Bandera | (10) PLACE OF RECEIPT Carga Recibida en: | (18) BILL TO (Complete Name, Address, & Zip Code): |

026S      MH
CROWLEY UNIVERSE

MIAMI, FL
(13) PORT OF LOADING Puerto de Carga
PORT EVERGLADES, FL

TRANSTAINER CORP.
3200 NW 112TH AVE
MIAMI, FL. 33172 US

(16) PORT OF DISCHARGE Puerto de Descarga
PUERTO LIMON

(17) PLACE OF DELIVERY Lugar de Entrega de la carga
SAN JOSE, COSTA RICA | 2492725-12

### PARTICULARS FURNISHED BY SHIPPER

| (19) MARKS & NO'S. / CONTAINER NO'S. Marcas y Números | (20) NO. OF TRLS./ CONTS./ PKGS./ No. de Furgones / Bultos | (21) HM | (22) DESCRIPTION OF CARGO Contenido Según Embarcador | (23) WEIGHT Libras/Kilos | (24) MEASUREMENT Medidas |
|---|---|---|---|---|---|
| | 1 45FT | | CONTAINER CMCZ833310 SEAL NO. 01357848-B02168113 SLC FAK AS POOL SUPPLIES, HARDWARE AND SPARE PARTS TOTAL 315 PIECES | 35435L 16073K | |
| | | | AES ITN:X20060331042440 | | |
| | | | F R E I G H T    P R E P A I D | | |
| | | | SHIPPER LOAD AND COUNT | | |
| | | | "CARRIER RESERVES THE RIGHT TO REQUEST A DEPOSIT FOR THE USE OF ITS EQUIPMENT BEYOND THE PORT" | | |

**O**

| D/R | EQUIP CMCZ | ID 833310 | SEAL# 01357848 | B02168113 | | WEIGHT 35435L | CUBE |

(25) **HAZARDOUS DECLARATION - THIS IS TO CERTIFY THAT THE ABOVE NAMED MATERIALS ARE PROPERLY PACKED, LOADED, CLASSIFIED, DESCRIBED, MARKED, LABELLED/PLACARDED, DESIGNATED AND ARE IN PROPER CONDITION FOR TRANSPOR-TATION ACCORDING TO ALL APPLICABLE REGULATIONS AS SPECIFIED IN CLAUSE 28. PROVIDE SHIPPER'S EMERG-ENCY RESPONSE CONTACT'S NAME AND TELEPHONE NUMBER INCLUDING AREA CODE IN THE SPACE PROVIDED.

CONTACT:        TEL NO.

| FREIGHT CHARGES Flete | RATED AS Flete Básico | PER | RATE Tarifa | TO BE PREPAID IN US DOLLARS Prepagado en Dolares U.S. | TO BE COLLECTED IN US DOLLARS A Cobrar en Dolares U.S. | FOREIGN CURRENCY Moneda Local |
|---|---|---|---|---|---|---|
| OCEAN FREIGHT | 1.000 | PTT | 1970.00 | 1970.00 | | |
| FUEL USAGE/ADJ | 1.000 | PTT | 410.00 | 410.00 | | |
| GRI | 1.000 | PTT | 35.00 | 35.00 | | |
| PRE-CARRIAGE | 1.000 | PTT | 300.00 | 300.00 | | |
| SECURITY/U.S. | 1.000 | PTT | 112.00 | 112.00 | | |

**C**

| | | TOTALS | 2827.00 | | |

# INVOICE / FACTURA
# NOT FOR
# CARGO RELEASE

PAGE 1 OF 1

PAYMENT DUE 30 DAYS AFTER VESSEL SAIL DATE
Invoice Number is listed in box 3A

**E**

VAI

**CROWLEY LINER SERVICES INC**

CROWLEY LINER SERVICES, INC.
REMIT TO: P.O. BOX 2684
CAROL STREAM, IL  60132-2684

| (2) SHIPPER (Complete Name, Address, & Zip Code) Embarcador | 2492725-12 | (3) BOOKING NO. Reserva No. CAT496429 | (3c) SCAC Code | (3a) BILL OF LADING/INVOICE NO. Conocimiento de Embarque |
|---|---|---|---|---|

(2) SHIPPER (Complete Name, Address, & Zip Code) Embarcador
TRANSTAINER CORP.
3200 NW 112TH AVE
MIAMI, FL. 33172 US

(3) BOOKING NO. Reserva No.
CAT496429
(3b) DATE Fecha
29 MAR 06  CAMN  JAXS6M030945
(4) EXPORT REFERENCES Referencias de Exportacion
OCN0000438

(5) CONSIGNEE (Complete Name, Address, & Zip Code) Consignado a: NOT NEGOTIABLE UNLESS CONSIGNED 'TO ORDER'
1270486-08

CONSOLIDACIONES DEL VALLE
CENTRAL
MALL EL DORADO
LOCAL #9
SAN JOSE, CR

(6) FORWARDING AGENT Agente Embarcador - Referencias

(7) NOTIFY PARTY (Complete Name, Address, & Zip Code) Dirigir Notificación de Llegada a:

(8) ALSO NOTIFY - ROUTING & INSTRUCTIONS Tambien Notificar - Ruta Domestica/Instrucciones de Exportación
SCN 0505-5283

**N**

(9) VESSEL Nave  VOYAGE Viaje  FLAG Bandera
025S  MH

CROWLEY SENATOR

(10) PLACE OF RECEIPT Carga Recibida en:
LAKELAND, FL
(13) PORT OF LOADING Puerto de Carga
PORT EVERGLADES, FL

(18) BILL TO (Complete Name, Address, & Zip Code):
TRANSTAINER CORP.
3200 NW 112TH AVE
MIAMI, FL. 33172 US

(16) PORT OF DISCHARGE Puerto de Descarga
PUERTO LIMON

(17) PLACE OF DELIVERY Lugar de Entrega de la carga
SAN JOSE,COSTA RICA

2492725-12

**PARTICULARS FURNISHED BY SHIPPER**

| (19) MARKS & NO'S. / CONTAINER NO'S. Marcas y Números | (20) NO. OF PKGS / CONTS. / PKGS. / No. de Furgones / Bultos | (21) HM | (22) DESCRIPTION OF CARGO Contenido Según Embarcador | (23) WEIGHT Libras/Kilos | (24) MEASUREMENT Medidas |
|---|---|---|---|---|---|
| CMCU4505378 | 1 45FT | | CONTAINER NO. CMCU4505378 SEAL NO. 10691-B02166606 SLC: 138 PIECES MATTRESS TICKING AES ITN:X20060329027956 F R E I G H T   P R E P A I D "CARRIER RESERVES THE RIGHT TO REQUEST A DEPOSIT FOR THE USE OF ITS EQUIPMENT BEYOND THE PORT" SHIPPER LOAD AND COUNT | 16105L 7305K | |

| D/R | EQUIP ID CMCU | 4505378 | SEAL# 10691 | B02166606 | | WEIGHT 16105L | CUBE |
|---|---|---|---|---|---|---|---|

**O**

(25) **HAZARDOUS DECLARATION - THIS IS TO CERTIFY THAT THE ABOVE NAMED MATERIALS ARE PROPERLY PACKED, LOADED, CLASSIFIED, DESCRIBED, MARKED, LABELLED/PLACARDED, DESIGNATED AND ARE IN PROPER CONDITION FOR TRANSPORTATION ACCORDING TO ALL APPLICABLE REGULATIONS AS SPECIFIED IN CLAUSE 26. PROVIDE SHIPPER'S EMERGENCY RESPONSE CONTACT'S NAME AND TELEPHONE NUMBER INCLUDING AREA CODE IN THE SPACE PROVIDED.    CONTACT:    TEL NO.

| FREIGHT CHARGES Flete | RATED AS Flete Básico | PER | RATE Tarifa | TO BE PREPAID IN US DOLLARS Prepagado en Dolares U.S. | TO BE COLLECTED IN US DOLLARS A Cobrar en Dolares U.S. | FOREIGN CURRENCY Moneda Local |
|---|---|---|---|---|---|---|
| OCEAN FREIGHT | 1.000 | PTT | 1490.00 | 1490.00 | | |
| FUEL USAGE/ADJ | 1.000 | PTT | 410.00 | 410.00 | | |
| GRI | 1.000 | PTT | 35.00 | 35.00 | | |
| INTERMODAL SCHG | 1.000 | PTT | 150.00 | 150.00 | | |
| PRE-CARRIAGE | 1.000 | PTT | 600.00 | 600.00 | | |
| SECURITY/U.S. | 1.000 | PTT | 112.00 | 112.00 | | |

**C**

| | TOTALS | | 2797.00 | | |
|---|---|---|---|---|---|

# INVOICE / FACTURA
# NOT FOR
# CARGO RELEASE

PAGE  1 OF  1

**E**

PAYMENT DUE 30 DAYS AFTER VESSEL SAIL DATE
Invoice Number is listed in box 3A

VAI

CROWLEY LINER SERVICES INC

**CROWLEY LINER SERVICES, INC.**
REMIT TO: P.O. BOX 2684
CAROL STREAM, IL  60132-2684

| (2) SHIPPER (Complete Name, Address, & Zip Code) Embarcador | 2492725-12 | (3) BOOKING NO. Reserva No. CAT905507 | (3c) SCAC Code | (3a) BILL OF LADING/INVOICE NO. Conocimiento de Embarque |
|---|---|---|---|---|

(2) SHIPPER (Complete Name, Address, & Zip Code) Embarcador

TRANSTAINER CORP.
3200 NW 112TH AVE
MIAMI, FL. 33172 US

| (3b) DATE Fecha 25 MAR 06 | CAMN | JAXS6M029316 |
|---|---|---|

(4) EXPORT REFERENCES
Referencias de Exportacion

FWDR.
REF NO.

0CN0000427

(5) CONSIGNEE (Complete Name, Address, & Zip Code) Consignado a:
NOT NEGOTIABLE UNLESS CONSIGNED 'TO ORDER'   4855566-01

(6) FORWARDING AGENT
Agente Embarcador - Referencias

FMC.
NO.

CHB
N

GARSA
6A AVE 14-56 ZONA 8 DE MIXCO
CIUDAD SAN CRISTOBAL        GUA

(7) NOTIFY PARTY (Complete Name, Address, & Zip Code)
Dirigir Notificación de Llegada a:

(8) ALSO NOTIFY - ROUTING & INSTRUCTIONS
Tambien Notificar - Ruta Domèstica/Instrucciones de Exportación

SCN 0505-5292

N

| (9) VESSEL Nave   VOYAGE Viaje   FLAG Bandera | (10) PLACE OF RECEIPT Carga Recibida en: | (18) BILL TO (Complete Name, Address, & Zip Code): |
|---|---|---|

749S    PA

MIAMI, FL

(13) PORT OF LOADING Puerto de Carga

CARIBE MERCHANT

PORT EVERGLADES, FL

TRANSTAINER CORP.
3200 NW 112TH AVE
MIAMI, FL. 33172 US

(16) PORT OF DISCHARGE Puerto de Descarga

(17) PLACE OF DELIVERY
Lugar de Entrega de la carga

SANTO TOMAS

GUATEMALA CITY, GT        2492725-12

**PARTICULARS FURNISHED BY SHIPPER**

| (19) MARKS & NO'S. / CONTAINER NO'S. Marcas y Números | (20) NO. OF PKGS. / CONTS. / PKGS./ No. de Furgones / Bultos | (21) H/M | (22) DESCRIPTION OF CARGO Contenido Según Embarcador | (23) WEIGHT Libras/Kilos | (24) MEASUREMENT Medidas |
|---|---|---|---|---|---|
| CMCU4918427 | 1 40FT | | HC CONTAINER NO.CMCU4918427 SEAL NO. 000593-B02167361 SLC; FAK AS SPARE PARTS, AUTO PARTS, WATER TREATMENT  MATERIAL TOTAL 194 PIECES  AES ITN;20060323018575        F R E I G H T   P R E P A I D  "CARRIER RESERVES THE RIGHT TO REQUEST A DEPOSIT FOR THE USE OF ITS EQUIPMENT BEYOND THE PORT" | 43169L 19581.46K | |

O

| D/R | EQUIP CMCU | ID 4918427 | SEAL# 000593 | B02167361 | WEIGHT 43169L | CUBE |
|---|---|---|---|---|---|---|

(25) **HAZARDOUS DECLARATION - THIS IS TO CERTIFY THAT THE ABOVE NAMED MATERIALS ARE PROPERLY PACKED, LOADED, CLASSIFIED, DESCRIBED, MARKED, LABELLED/PLACARDED, DESIGNATED AND ARE IN PROPER CONDITION FOR TRANSPOR- TATION ACCORDING TO ALL APPLICABLE REGULATIONS AS SPECIFIED IN CLAUSE 26. PROVIDE SHIPPER'S EMERG- ENCY RESPONSE CONTACT'S NAME AND TELEPHONE NUMBER INCLUDING AREA CODE IN THE SPACE PROVIDED.

CONTACT:        TEL NO.

| FREIGHT CHARGES Flete | RATED AS Flete Básico | PER | RATE Tarifa | TO BE PREPAID IN US DOLLARS Prepagado en Dolares U.S. | TO BE COLLECTED IN US DOLLARS A cobrar en Dolares U.S. | FOREIGN CURRENCY Moneda Local |
|---|---|---|---|---|---|---|
| OCEAN FREIGHT | 1.000 | PTT | 1815.00 | 1815.00 | | |
| FUEL USAGE/ADJ | 1.000 | PTT | 360.00 | 360.00 | | |
| GRI | 1.000 | PTT | 75.00 | 75.00 | | |
| PRE-CARRIAGE | 1.000 | PTT | 300.00 | 300.00 | | |
| SECURITY/U.S. | 1.000 | PTT | 100.00 | 100.00 | | |

C

TOTALS        2650.00

# INVOICE / FACTURA
# NOT FOR
# CARGO RELEASE

PAGE  1 OF  1

E

PAYMENT DUE 30 DAYS AFTER VESSEL SAIL DATE
Invoice Number is listed in box 3A

VAI

**CROWLEY LINER SERVICES INC**

CROWLEY LINER SERVICES, INC.
REMIT TO: P.O. BOX 2684
CAROL STREAM, IL  60132-2684

| (2) SHIPPER (Complete Name, Address, & Zip Code) Embarcador | 2492725-12 | (3) BOOKING NO. Reserva No. | (3c) SCAC Code | (3a) BILL OF LADING/INVOICE NO. Conocimiento de Embarque |
|---|---|---|---|---|
| TRANSTAINER CORP.<br>3200 NW 112TH AVE<br>MIAMI, FL. 33172 US | | CAT907858<br>(3b) DATE Fecha<br>25 MAR 06<br>(4) EXPORT REFERENCES Referencias de Exportacion<br>OCN000043 | CAMN | JAXS6M029548<br>FWDR. REF NO. |

| (5) CONSIGNEE (Complete Name, Address, & Zip Code) Consignado a: NOT NEGOTIABLE UNLESS CONSIGNED 'TO ORDER' | 1270486-08 | (6) FORWARDING AGENT Agente Embarcador - Referencias | FMC. NO. | CHB No. |
|---|---|---|---|---|
| CONSOLIDACIONES DEL VALLE<br>CENTRAL<br>MALL EL DORADO<br>LOCAL #9<br>SAN JOSE, CR | | | | |

| (7) NOTIFY PARTY (Complete Name, Address, & Zip Code) Dirigir Notificación de Llegada a: | | (8) ALSO NOTIFY - ROUTING & INSTRUCTIONS Tambien Notificar - Ruta Doméstica/Instrucciones de Exportación |
|---|---|---|
| | | SCN 0505-5292 |

N

| (9) VESSEL Nave   VOYAGE Viaje | FLAG Bandera | (10) PLACE OF RECEIPT Carga Recibida en: | (18) BILL TO (Complete Name, Address, & Zip Code): |
|---|---|---|---|
| 024S        MH | | MIAMI, FL | TRANSTAINER CORP. |
| EXPRESS | | (13) PORT OF LOADING Puerto de Carga | 3200 NW 112TH AVE |
| | | PORT EVERGLADES, FL | MIAMI, FL. 33172 US |
| (16) PORT OF DISCHARGE Puerto de Descarga | | (17) PLACE OF DELIVERY Lugar de Entrega de la carga | |
| PUERTO LIMON | | SAN JOSE, CR | 2492725-12 |

**PARTICULARS FURNISHED BY SHIPPER**

| (19) MARKS & NO'S. / CONTS, / PKGS. / CONTAINER NO'S. Marcas y Números | (20) NO. OF TRLS. / No. de Furgones / Bultos | (21) HM ** | (22) DESCRIPTION OF CARGO Contenido Según Embarcador | (23) WEIGHT Libras/Kilos | (24) MEASUREMENT Medidas |
|---|---|---|---|---|---|
| CAXU4811421 | 1<br>40FT | | 40 HC CONTAINER NO. CAXU4811421<br>SEAL NO. 000543-B02167159<br>SLC:FAK AS TIRE MAKING MATERIAL, BLIND<br>MATERIAL COPIER MACHINERY<br>TOTAL 202 PIECES<br><br>AES ITN.<br>X20060324011528<br>X20060324012386<br>X20060324015353<br>X20060324016572<br><br>F R E I G H T   P R E P A I D<br><br>"CARRIER RESERVES THE RIGHT TO REQUEST A DEPOSIT FOR THE USE OF ITS<br>EQUIPMENT BEYOND THE PORT"<br><br>SHIPPER LOAD AND COUNT | 42385L<br>19225.84K | |

O

| (25) **HAZARDOUS DECLARATION - THIS IS TO CERTIFY THAT THE ABOVE NAMED MATERIALS ARE PROPERLY PACKED, LOADED, CLASSIFIED, DESCRIBED, MARKED, LABELLED/PLACARDED, DESIGNATED AND ARE IN PROPER CONDITION FOR TRANSPORTATION ACCORDING TO ALL APPLICABLE REGULATIONS AS SPECIFIED IN CLAUSE 28. PROVIDE SHIPPER'S EMERGENCY RESPONSE CONTACT'S NAME AND TELEPHONE NUMBER INCLUDING AREA CODE IN THE SPACE PROVIDED. | | | | CONTACT: | | TEL NO. | |
|---|---|---|---|---|---|---|---|
| FREIGHT CHARGES Flete | RATED AS Flete Básico | PER | RATE Tarifa | TO BE PREPAID IN US DOLLARS Prepagado en Dolares U.S. | TO BE COLLECTED IN US DOLLARS A Cobrar en Dolares U.S. | FOREIGN CURRENCY Moneda Local |
| | | | | | | |

C

| | | TOTALS | | | |
|---|---|---|---|---|---|

# INVOICE / FACTURA
# NOT FOR
# CARGO RELEASE

PAGE  1 OF  2

PAYMENT DUE 30 DAYS AFTER VESSEL SAIL DATE
Invoice Number is listed in box 3A

E

VAI

CROWLEY LINER SERVICES INC

**CROWLEY LINER SERVICES, INC.**
REMIT TO: P.O. BOX 2684
CAROL STREAM, IL  60132-2684

| (2) SHIPPER (Complete Name, Address, & Zip Code) Embarcador | 2492725-12 |
|---|---|

TRANSTAINER CORP.
3200 NW 112TH AVE
MIAMI, FL. 33172 US

| (5) BOOKING NO. Reserva No. | (3c) SCAC Code | (3a) BILL OF LADING/INVOICE NO. Conocimiento de Embarque |
|---|---|---|
| CAT907858 | | |
| (5b) DATE Fecha | | |
| 25 MAR 06 | CAMN | JAXS6M029548 |
| (4) EXPORT REFERENCES Referencias de Exportación | | FWDR. REF NO. |
| 0CN000043 | | |

| (6) CONSIGNEE (Complete Name, Address, & Zip Code) Consignado a: NOT NEGOTIABLE UNLESS CONSIGNED 'TO ORDER' | 1270486-08 |
|---|---|

CONSOLIDACIONES DEL VALLE
CENTRAL
MALL EL DORADO
LOCAL #9
SAN JOSE, CR

| (6) FORWARDING AGENT Agente Embarcador - Referencias | FMC. NO. | CHB NO. |
|---|---|---|

| (7) NOTIFY PARTY (Complete Name, Address, & Zip Code) Dirigir Notificación de Llegada a: |
|---|

| (8) ALSO NOTIFY - ROUTING & INSTRUCTIONS Tambien Notificar - Ruta Doméstica/Instrucciones de Exportación |
|---|
| SCN 0505-5292 |

**N**

| (9) VESSEL Nave | VOYAGE Viaje | FLAG Bandera | (10) PLACE OF RECEIPT * Carga Recibida en: |
|---|---|---|---|
| 024S | MH | | MIAMI, FL |
| EXPRESS | | | (13) PORT OF LOADING Puerto de Carga |
| | | | PORT EVERGLADES, FL |

| (16) PORT OF DISCHARGE Puerto de Descarga | (17) PLACE OF DELIVERY * Lugar de Entrega de la carga |
|---|---|
| PUERTO LIMON | SAN JOSE, CR |

| (18) BILL TO (Complete Name, Address, & Zip Code): |
|---|
| TRANSTAINER CORP. 3200 NW 112TH AVE MIAMI, FL. 33172 US |
| 2492725-12 |

**PARTICULARS FURNISHED BY SHIPPER**

| (19) MARKS & NO'S. / CONTAINER NO'S. Marcas y Números | (20) NO. OF TRLS./ CONTS. / PKGS./ No. de Furgones / Bultos | (21) HM | (22) DESCRIPTION OF CARGO Contenido Según Embarcador | (23) WEIGHT Libras/Kilos | (24) MEASUREMENT Medidas |
|---|---|---|---|---|---|
| D/R EQUIP ID SEAL# | | | | WEIGHT | CUBE |
| CAXU 4811421 000543 | | | B02167159 | 42385L | |

**O**

| (25) **HAZARDOUS DECLARATION - THIS IS TO CERTIFY THAT THE ABOVE NAMED MATERIALS ARE PROPERLY PACKED, LOADED, CLASSIFIED, DESCRIBED, MARKED, LABELLED/PLACARDED, DESIGNATED AND ARE IN PROPER CONDITION FOR TRANSPORTATION ACCORDING TO ALL APPLICABLE REGULATIONS AS SPECIFIED IN CLAUSE 28. PROVIDE SHIPPER'S EMERGENCY RESPONSE CONTACT'S NAME AND TELEPHONE NUMBER INCLUDING AREA CODE IN THE SPACE PROVIDED. | CONTACT: | | TEL NO. |
|---|---|---|---|

| FREIGHT CHARGES Flete | RATED AS Flete Básico | PER | RATE Tarifa | TO BE PREPAID IN US DOLLARS Prepagado en Dolares U.S. | TO BE COLLECTED IN US DOLLARS A Cobrar en Dolares U.S. | FOREIGN CURRENCY Moneda Local |
|---|---|---|---|---|---|---|
| OCEAN FREIGHT | 1.000 | PTT | 1780.00 | 1780.00 | | |
| FUEL USAGE/ADJ | 1.000 | PTT | 360.00 | 360.00 | | |
| GRI | 1.000 | PTT | 35.00 | 35.00 | | |
| PRE-CARRIAGE | 1.000 | PTT | 300.00 | 300.00 | | |
| SECURITY/U.S. | 1.000 | PTT | 100.00 | 100.00 | | |

**C**

| | TOTALS | 2575.00 | |
|---|---|---|---|

# INVOICE / FACTURA
## NOT FOR
# CARGO RELEASE

PAGE  2 OF  2

PAYMENT DUE 30 DAYS AFTER VESSEL SAIL DATE
Invoice Number is listed in box 3A

**E**

VAI

CROWLEY LINER SERVICES, INC.

CROWLEY LINER SERVICES INC

REMIT TO: P.O. BOX 2684
CAROL STREAM, IL  60132-2684

| (2) SHIPPER (Complete Name, Address, & Zip Code) Embarcador | 2492725-12 | (3) BOOKING NO. Reserva No. CAT337035 | (3c) SCAC Code | (3a) BILL OF LADING/INVOICE NO. Conocimiento de Embarque |
|---|---|---|---|---|
| TRANSTAINER CORP. 3200 NW 112TH AVE MIAMI, FL 33172  US | | (3b) DATE Fecha 25 MAR 06 | CAMN | JAXS6M029562 |
| | | (4) EXPORT REFERENCES Referencias de Exportacion REF NO. OCN0000433 | FWDR. REF NO. | |

| (5) CONSIGNEE (Complete Name, Address, & Zip Code) Consignado a: NOT NEGOTIABLE UNLESS CONSIGNED 'TO ORDER' | 2492725-14 | (6) FORWARDING AGENT Agente Embarcador - Referencias | FMC. NO. | CHB NO. |
|---|---|---|---|---|
| TRANSTAINER HONDURAS CORP. EDIFICIO BANCO ATLANTIDA 10 PISO LOCAL NO 1005 SAN PEDRO SULA HONDURAS | | | | |

| (7) NOTIFY PARTY (Complete Name, Address, & Zip Code) Dirigir Notificación de Llegada a: | (8) ALSO NOTIFY - ROUTING & INSTRUCTIONS Tambien Notificar - Ruta Doméstica/Instrucciones de Exportación |
|---|---|
| | SC# 0505-5292 |

N

| (9) VESSEL Nave   VOYAGE Viaje   FLAG Bandera | (10) PLACE OF RECEIPT Carga Recibida en: | (18) BILL TO (Complete Name, Address, & Zip Code): |
|---|---|---|
| 749S      PA | MIAMI, FL | TRANSTAINER CORP. |
| CARIBE MERCHANT | (13) PORT OF LOADING Puerto de Carga | 3200 NW 112TH AVE MIAMI, FL 33172  US |
| | PORT EVERGLADES, FL | |
| (16) PORT OF DISCHARGE Puerto de Descarga | (17) PLACE OF DELIVERY Lugar de Entrega de la carga | |
| PTO CORTES | SAN PEDRO SULA,HN | 2492725-12 |

PARTICULARS FURNISHED BY SHIPPER

| (19) MARKS & NO'S. / CONTS. / PKGS./ CONTAINER NO'S. Marcas y Números | (20) NO. OF TRLS./ No. de Furgones / Bultos | (21) H/M ** | (22) DESCRIPTION OF CARGO Contenido Según Embarcador | (23) WEIGHT Libras/Kilos | (24) MEASUREMENT Medidas |
|---|---|---|---|---|---|
| | 1 45FT | | CONTAINER NO. CMCZ 834085 SEAL NO. 000576 - B02167148 FAK AS COMPUTER PARTS, AUTO PARTS, TONERS, AND TEXTILES, TOTAL 106 PIECES | 39090L 17731.22K | 2410F 68.245M |
| | | | F R E I G H T  P R E P A I D | | |
| | | | "CARRIER RESERVES THE RIGHT TO REQUEST A DEPOSIT FOR THE USE OF ITS EQUIPMENT BEYOND THE PORT" | | |
| | | | SHIPPER LOAD AND COUNT | | |
| | | | AES ITN: X20060324014488 X20060324014886 X20060324015153 X20060324015541 X20060324015753 | | |

O

| (25) **HAZARDOUS DECLARATION - THIS IS TO CERTIFY THAT THE ABOVE NAMED MATERIALS ARE PROPERLY PACKED, LOADED, CLASSIFIED, DESCRIBED, MARKED, LABELLED/PLACARDED, DESIGNATED AND ARE IN PROPER CONDITION FOR TRANSPOR- TATION ACCORDING TO ALL APPLICABLE REGULATIONS AS SPECIFIED IN CLAUSE 26. PROVIDE SHIPPER'S EMERG- ENCY RESPONSE CONTACT'S NAME AND TELEPHONE NUMBER INCLUDING AREA CODE IN THE SPACE PROVIDED. | | | CONTACT: | | TEL NO. | |
|---|---|---|---|---|---|---|
| FREIGHT CHARGES Flete | RATED AS Flete Básico | PER | RATE Tarifa | TO BE PREPAID IN US DOLLARS Prepagado en Dolares U.S. | TO BE COLLECTED IN US DOLLARS A cobrar en Dolares U.S. | FOREIGN CURRENCY Moneda Local |
| | | | | | | C |

| | TOTALS | | | |
|---|---|---|---|---|

# INVOICE / FACTURA
# NOT FOR
# CARGO RELEASE

PAGE  1 OF  2

E

PAYMENT DUE 30 DAYS AFTER VESSEL SAIL DATE
Invoice Number is listed in box 3A

VAI

CROWLEY LINER SERVICES INC

CROWLEY LINER SERVICES, INC.
REMIT TO: P.O. BOX 2684
CAROL STREAM, IL  60132-2684

| (2) SHIPPER (Complete Name, Address, & Zip Code) Embarcador | 2492725-12 | (5) BOOKING NO. Reserva No. CAT337035 | (3c) SCAC Code | (3a) BILL OF LADING/INVOICE NO. Conocimiento de Embarque |
|---|---|---|---|---|
| TRANSTAINER CORP. 3200 NW 112TH AVE MIAMI, FL 33172  US | | (3b) DATE Fecha 25 MAR 06 | CAMN | JAXS6M029562 |
| | | (4) EXPORT REFERENCES Referencias de Exportación REF NO. 0CN0000433 | | FWDR. REF NO. |

| (5) CONSIGNEE (Complete Name, Address, & Zip Code) Consignado a: NOT NEGOTIABLE UNLESS CONSIGNED 'TO ORDER' | 2492725-14 | (6) FORWARDING AGENT Agente Embarcador - Referencias | FMC. NO. | CHB NO. |
|---|---|---|---|---|
| TRANSTAINER HONDURAS CORP. EDIFICIO BANCO ATLANTIDA 10 PISO LOCAL NO 1005 SAN PEDRO SULA HONDURAS | | | | |

| (7) NOTIFY PARTY (Complete Name, Address, & Zip Code) Dirigir Notificación de Llegada a: | | (8) ALSO NOTIFY - ROUTING & INSTRUCTIONS Tambien Notificar - Ruta Doméstica/Instrucciones de Exportación SC# 0505-5292 |
|---|---|---|

| (9) VESSEL Nave  VOYAGE Viaje  FLAG Bandera | (10) PLACE OF RECEIPT Carga Recibida en: | (18) BILL TO (Complete Name, Address, & Zip Code): |
|---|---|---|
| 749S     PA | MIAMI, FL | TRANSTAINER CORP. 3200 NW 112TH AVE MIAMI, FL 33172  US |
| CARIBE MERCHANT | (13) PORT OF LOADING Puerto de Carga PORT EVERGLADES, FL | |
| (16) PORT OF DISCHARGE Puerto de Descarga | (17) PLACE OF DELIVERY Lugar de Entrega de la carga | |
| PTO CORTES | SAN PEDRO SULA,HN | 2492725-12 |

PARTICULARS FURNISHED BY SHIPPER

| (19) MARKS & NO'S. / CONTAINER NO'S. Marcas y Números | (20) NO. OF TRLS./ CONTS./ PKGS./ No. de Furgones / Bultos | (21) HM | (22) DESCRIPTION OF CARGO Contenido Según Embarcador | (23) WEIGHT Libras/Kilos | (24) MEASUREMENT Medidas |
|---|---|---|---|---|---|
| D/R     EQUIP ID SEAL# CMCZ  834085 000576 | | | B02167148 | WEIGHT 39090L | CUBE 2410F |

(25) **HAZARDOUS DECLARATION - THIS IS TO CERTIFY THAT THE ABOVE NAMED MATERIALS ARE PROPERLY PACKED, LOADED, CLASSIFIED, DESCRIBED, MARKED, LABELLED/PLACARDED, DESIGNATED AND ARE IN PROPER CONDITION FOR TRANSPORTATION ACCORDING TO ALL APPLICABLE REGULATIONS AS SPECIFIED IN CLAUSE 28. PROVIDE SHIPPER'S EMERGENCY RESPONSE CONTACT'S NAME AND TELEPHONE NUMBER INCLUDING AREA CODE IN THE SPACE PROVIDED.    CONTACT:          TEL NO.

| FREIGHT CHARGES Flete | RATED AS Flete Básico | PER | RATE Tarifa | TO BE PREPAID IN US DOLLARS Prepagado en Dolares U.S. | TO BE COLLECTED IN US DOLLARS A Cobrar en Dolares U.S. | FOREIGN CURRENCY Moneda Local |
|---|---|---|---|---|---|---|
| OCEAN FREIGHT | 1.000 | PTT | 1885.00 | 1885.00 | | |
| FUEL USAGE/ADJ | 1.000 | PTT | 410.00 | 410.00 | | |
| HN GAMMA RAY | 1.000 | PTT | 15.00 | 15.00 | | |
| GRI | 1.000 | PTT | 75.00 | 75.00 | | |
| PRE-CARRIAGE | 1.000 | PTT | 300.00 | 300.00 | | |
| SECURITY/NON US | 1.000 | PTT | 20.00 | 20.00 | | |
| SECURITY/U.S. | 1.000 | PTT | 112.00 | 112.00 | | |
| TOTALS | | | | 2817.00 | | |

# INVOICE / FACTURA
# NOT FOR
# CARGO RELEASE

PAGE  2 OF  2

PAYMENT DUE 30 DAYS AFTER VESSEL SAIL DATE
Invoice Number is listed in box 3A

VAI

CROWLEY LINER SERVICES INC

**CROWLEY LINER SERVICES, INC.**
REMIT TO: P.O. BOX 2684
CAROL STREAM, IL  60132-2684

| (2) SHIPPER (Complete Name, Address, & Zip Code) Embarcador | 2492725-12 | (3c) SCAC Code | (3a) BILL OF LADING/INVOICE NO. Conocimiento de Embarque |
|---|---|---|---|
| | (3) BOOKING NO. Reserva No. CAT906974 | | |

TRANSTAINER CORP.
3200 NW 112TH AVE
MIAMI, FL. 33172 US

(3b) DATE Fecha **25 MAR 06**   CAMN   JAXS6M029565

(4) EXPORT REFERENCES Referencias de Exportacion
OCN000432
FWDR. REF NO.

| (5) CONSIGNEE (Complete Name, Address, & Zip Code) Consignado a: NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER | 1270486-08 | (6) FORWARDING AGENT Agente Embarcador - Referencias | FMC. NO. | CHB NO. |
|---|---|---|---|---|

CONSOLIDACIONES DEL VALLE
CENTRAL
MALL EL DORADO
LOCAL #9
SAN JOSE, CR

(7) NOTIFY PARTY (Complete Name, Address, & Zip Code) Dirigir Notificación de Llegada a:

(8) ALSO NOTIFY - ROUTING & INSTRUCTIONS Tambien Notificar - Ruta Doméstica/Instrucciones de Exportación
SCN 0505-5292

**N**

| (9) VESSEL Nave | VOYAGE Viaje | FLAG Bandera | (10) PLACE OF RECEIPT Carga Recibida en: | (18) BILL TO (Complete Name, Address, & Zip Code): |
|---|---|---|---|---|
| EXPRESS | 024S | MH | MIAMI, FL | TRANSTAINER CORP. 3200 NW 112TH AVE MIAMI, FL. 33172 US |

(13) PORT OF LOADING Puerto de Carga
PORT EVERGLADES, FL

| (16) PORT OF DISCHARGE Puerto de Descarga | (17) PLACE OF DELIVERY Lugar de Entrega de la carga | |
|---|---|---|
| PUERTO LIMON | SAN JOSE, CR | 2492725-12 |

**PARTICULARS FURNISHED BY SHIPPER**

| (19) MARKS & NO'S. / CONTAINER NO'S. Marcas y Números | (20) NO. OF TRLS./ CONTS./ PKGS./ No. de Furgones / Bultos | (21) HM | (22) DESCRIPTION OF CARGO Contenido Según Embarcador | (23) WEIGHT Libras/Kilos | (24) MEASUREMENT Medidas |
|---|---|---|---|---|---|
| CMCU5523400 | 1 40FT | | NOR CONTAINER NO. CMCU5523400 SEAL NO. 01357849-B02167144 SLC: FAK AS POOL SUPPLIES, HARDWARE AND COMPUTER PARTS TOTAL 540 PCS | 16565L 7513.88K | |
| | | | AES ITN:X20060324036456 | | |
| | | | F R E I G H T   P R E P A I D | | |
| | | | "CARRIER RESERVES THE RIGHT TO REQUEST A DEPOSIT FOR THE USE OF ITS EQUIPMENT BEYOND THE PORT" | | |
| | | | SHIPPER LOAD AND COUNT | | |

| D/R | EQUIP CMCU | ID 5523400 | SEAL# 01357849 | B02167144 | | WEIGHT 16565L | CUBE |
|---|---|---|---|---|---|---|---|

(25) **HAZARDOUS DECLARATION - THIS IS TO CERTIFY THAT THE ABOVE NAMED MATERIALS ARE PROPERLY PACKED, LOADED, CLASSIFIED, DESCRIBED, MARKED, LABELLED/PLACARDED, DESIGNATED AND ARE IN PROPER CONDITION FOR TRANSPORTATION ACCORDING TO ALL APPLICABLE REGULATIONS AS SPECIFIED IN CLAUSE 26. PROVIDE SHIPPERS & EMERGENCY RESPONSE CONTACT'S NAME AND TELEPHONE NUMBER INCLUDING AREA CODE IN THE SPACE PROVIDED.   CONTACT:         TEL NO.

| FREIGHT CHARGES Flete | RATED AS Flete Básico | PER | RATE Tarifa | TO BE PREPAID IN US DOLLARS Prepagado en Dolares U.S. | TO BE COLLECTED IN US DOLLARS A cobrar en Dolares U.S. | FOREIGN CURRENCY Moneda Local |
|---|---|---|---|---|---|---|
| OCEAN FREIGHT | 1.000 | PTT | 1555.00 | 1555.00 | | |
| FUEL USAGE/ADJ | 1.000 | PTT | 360.00 | 360.00 | | |
| GRI | 1.000 | PTT | 35.00 | 35.00 | | |
| SECURITY/U.S. | 1.000 | PTT | 100.00 | 100.00 | | |

**C**

| | TOTALS | 2050.00 | |
|---|---|---|---|

# INVOICE / FACTURA
# NOT FOR
# CARGO RELEASE

**E**

PAGE  1 OF  1

PAYMENT DUE 30 DAYS AFTER VESSEL SAIL DATE
Invoice Number is listed in box 3A

VAI

**CROWLEY LINER SERVICES INC**

**CROWLEY LINER SERVICES, INC.**
REMIT TO: P.O. BOX 2684
CAROL STREAM, IL  60132-2684

(2) SHIPPER (Complete Name, Address, & Zip Code) Embarcador: **2492725-12**

TRANSTAINER CORP.
3200 NW 112TH AVE
MIAMI, FL 33172  US

(3) BOOKING NO. Reserva No.: **CAT905819**
(3b) DATE Fecha: **24 MAR 06**  CAMN
(3a) BILL OF LADING/INVOICE NO.: **JAXS6M028845**
(4) EXPORT REFERENCES: **REF NO. 0CN0000419**
(3c) SCAC Code

(5) CONSIGNEE (Complete Name, Address, & Zip Code) Consignado a: **3263789-05**
SEMANIC, S.A.
SEMAFORO DE PORTEZUELO
110 VARAS AL LAGO, EDIF. ALMEXSA
MANAGUA   NICARAGUA

(6) FORWARDING AGENT

(7) NOTIFY PARTY

(8) ALSO NOTIFY - ROUTING & INSTRUCTIONS
SC# 0505-5292

(9) VESSEL Nave  VOYAGE Viaje: **748S**  FLAG: **MH**
MAR CARIBE
(10) PLACE OF RECEIPT: **MIAMI, FL**
(13) PORT OF LOADING: **PORT EVERGLADES, FL**
(16) PORT OF DISCHARGE: **PUERTO CORTES, HONDURAS**
(17) PLACE OF DELIVERY: **MANAGUA, NICARAGUA**

(18) BILL TO:
TRANSTAINER CORP.
3200 NW 112TH AVE
MIAMI, FL 33172  US
**2492725-12**

**PARTICULARS FURNISHED BY SHIPPER**

(19) MARKS & NO'S: **1**  (20) NO. OF TRLS/PKGS: **45FT**

DESCRIPTION OF CARGO:
CONTAINER NO. CMCZ 834217
SEAL NO. 001950 - B02166314
FAK AS AUTO PARTS, HARDWARE, OFFICE
SUPPLIES AND BLIND MATERIAL
TOTAL 142 PIECES

FREIGHT PREPAID

"CARRIER RESERVES THE RIGHT TO REQUEST A DEPOSIT FOR THE USE OF ITS
EQUIPMENT BEYOND THE PORT"

SHIPPER LOAD AND COUNT

AES ITN: X20060322031397

(23) WEIGHT: 42480L / 19269K
(24) MEASUREMENT: 2712F / 76.797M

D/R  EQUIP: CMCZ  ID: 834217  SEAL#: 001950  B02166314
WEIGHT: 42480L   CUBE: 2712F

| FREIGHT CHARGES Flete | RATED AS | PER | RATE Tarifa | TO BE PREPAID IN US DOLLARS | TO BE COLLECTED | FOREIGN CURRENCY |
|---|---|---|---|---|---|---|
| OCEAN FREIGHT | 1.000 | PTT | 2335.00 | 2335.00 | | |
| FUEL USAGE/ADJ | 1.000 | PTT | 410.00 | 410.00 | | |
| GRI | 1.000 | PTT | 75.00 | 75.00 | | |
| PRE-CARRIAGE | 1.000 | PTT | 300.00 | 300.00 | | |
| SECURITY/NON US | 1.000 | PTT | 20.00 | 20.00 | | |
| SECURITY/U.S. | 1.000 | PTT | 112.00 | 112.00 | | |
| TOTALS | | | | 3252.00 | | |

# INVOICE / FACTURA
# NOT FOR
# CARGO RELEASE
PAYMENT DUE 30 DAYS AFTER VESSEL SAIL DATE
Invoice Number is listed in box 3A

PAGE 1 OF 1

VAI

CROWLEY LINER SERVICES INC

CROWLEY LINER SERVICES, INC.
REMIT TO: P.O. BOX 2684
CAROL STREAM, IL  60132-2684

| | | |
|---|---|---|
| (2) SHIPPER (Complete Name, Address, & Zip Code) Embarcador | 2492725-12 | (3) BOOKING NO. Reserva No. CAT908087 |

TRANSTAINER CORP.
3200 NW 112TH AVE
MIAMI, FL. 33172 US

(3a) BILL OF LADING/INVOICE NO.
Conocimiento de Embarque

(3b) DATE Fecha  22 MAR 06   CAMN   JAXS6M028755

(4) EXPORT REFERENCES  Referencias de Exportacion
FWDR. REF NO.

OCN0000429

(5) CONSIGNEE (Complete Name, Address, & Zip Code) Consignado a:
NOT NEGOTIABLE UNLESS CONSIGNED 'TO ORDER'

1270486-08

CONSOLIDACIONES DEL VALLE
CENTRAL
MALL EL DORADO
LOCAL #9
SAN JOSE, CR

(6) FORWARDING AGENT  Agente Embarcador - Referencias
FMC. NO.
CHB NO.

(7) NOTIFY PARTY (Complete Name, Address, & Zip Code)
Dirigir Notificación de Llegada a:

(8) ALSO NOTIFY - ROUTING & INSTRUCTIONS
Tambien Notificar - Ruta Domestica/Instrucciones de Exportación

SCN 0505-5292

N

(9) VESSEL Nave   VOYAGE Viaje   FLAG Bandera

023S   MH

CROWLEY UNIVERSE

(10) PLACE OF RECEIPT *  Carga Recibida en:
MIAMI, FL

(13) PORT OF LOADING Puerto de Carga
PORT EVERGLADES, FL

(16) PORT OF DISCHARGE Puerto de Descarga
PUERTO LIMON

(17) PLACE OF DELIVERY *  Lugar de Entrega de la carga
SAN JOSE, CR

(18) BILL TO (Complete Name, Address, & Zip Code):

TRANSTAINER CORP.
3200 NW 112TH AVE
MIAMI, FL. 33172 US

2492725-12

PARTICULARS FURNISHED BY SHIPPER

| (19) MARKS & NO'S. / CONTAINER NO'S. Marcas y Números | (20) NO. OF TRLS. / CONTS. / PKGS./ No. de Furgones / Bultos | (21) H/M | (22) DESCRIPTION OF CARGO Contenido Según Embarcador | (23) WEIGHT Libras/Kilos | (24) MEASUREMENT Medidas |
|---|---|---|---|---|---|
| CMCZ832882 | 1 45FT | | CONTAINER CMCZ832882 SEAL NO. 000642-B02166531 SLC:FAK AS BLIND MATERIAL, FOAM AND PROMOTIONAL MATERIAL TOTAL 184 PIECES X20060322014564 X20060322015253 X20060322016950 X20060322015813 F R E I G H T  P R E P A I D "CARRIER RESERVES THE RIGHT TO REQUEST A DEPOSIT FOR THE USE OF ITS EQUIPMENT BEYOND THE PORT" SHIPPER LOAD AND COUNT | 46489L 21087K | 2773F 78.524M |

O

| D/R | EQUIP ID | SEAL# | | WEIGHT | CUBE |
|---|---|---|---|---|---|
| | CMCZ 832882 | 000642 | B02166531 | 46489L | 2773F |

(25) **HAZARDOUS DECLARATION - THIS IS TO CERTIFY THAT THE ABOVE NAMED MATERIALS ARE PROPERLY PACKED, LOADED, CLASSIFIED, DESCRIBED, MARKED, LABELLED/PLACARDED, DESIGNATED, AND ARE IN PROPER CONDITION FOR TRANSPOR- TATION ACCORDING TO ALL APPLICABLE REGULATIONS AS SPECIFIED IN CLAUSE 26. PROVIDE SHIPPER'S EMERG- ENCY RESPONSE CONTACT'S NAME AND TELEPHONE NUMBER INCLUDING AREA CODE IN THE SPACE PROVIDED.
CONTACT:
TEL NO.

| FREIGHT CHARGES Flete | RATED AS Flete Básico | PER | RATE Tarifa | TO BE PREPAID IN US DOLLARS Prepagado en Dolares U.S. | TO BE COLLECTED IN US DOLLARS A Cobrar en Dolares U.S. | FOREIGN CURRENCY Moneda Local |
|---|---|---|---|---|---|---|
| OCEAN FREIGHT | 1.000 | PTT | 1970.00 | 1970.00 | | |
| FUEL USAGE/ADJ | 1.000 | PTT | 410.00 | 410.00 | | |
| GRI | 1.000 | PTT | 35.00 | 35.00 | | |
| PRE-CARRIAGE | 1.000 | PTT | 300.00 | 300.00 | | |
| SECURITY/U.S. | 1.000 | PTT | 112.00 | 112.00 | | |
| STOP-OFF CHRG | 1.000 | EAC | 150.00 | 150.00 | | |

C

| | TOTALS | |
|---|---|---|
| | | 2977.00 |

# INVOICE / FACTURA
# NOT FOR
# CARGO RELEASE

PAGE  1 OF  1

E

PAYMENT DUE 30 DAYS AFTER VESSEL SAIL DATE
Invoice Number is listed in box 3A

VAI

CROWLEY LINER SERVICES INC

**CROWLEY LINER SERVICES, INC.**
REMIT TO: P.O. BOX 2684
CAROL STREAM, IL  60132-2684

| (2) SHIPPER (Complete Name, Address, & Zip Code) Embarcador | 2492725-12 | (3) BOOKING NO. Reserva No. CAT553568 | (3c) SCAC Code | (3a) BILL OF LADING/INVOICE NO. Conocimiento de Embarque |
|---|---|---|---|---|
| TRANSTAINER CORP.<br>3200 NW 112TH AVE<br>MIAMI, FL 33172  US | | (3b) DATE Fecha<br>22 MAR 06 | CAMN | JAXS6M028548 |
| | | (4) EXPORT REFERENCES Referencias de Exportacion<br>REF NO. 0CN0000428 | | FWDR.<br>REF NO. |

| (5) CONSIGNEE (Complete Name, Address, & Zip Code) Consignado a: NOT NEGOTIABLE UNLESS CONSIGNED 'TO ORDER' | 2917467-05 | (6) FORWARDING AGENT Agente Embarcador - Referencias | FMC.<br>NO. | CHB<br>NO. |
|---|---|---|---|---|
| CONSOLIDACIONES DEL VALLE<br>CENTRAL<br>MALL EL DORADO<br>LOCAL #9<br>SAN JOSE,   CR | | | | |

| (7) NOTIFY PARTY (Complete Name, Address, & Zip Code) Dirigir Notificación de Llegada a: | | (8) ALSO NOTIFY - ROUTING & INSTRUCTIONS Tambien Notificar - Ruta Doméstica/Instrucciones de Exportación |
|---|---|---|
| | | SC# 0505-5292 |

**N**

| (9) VESSEL Nave   VOYAGE Viaje   FLAG Bandera | (10) PLACE OF RECEIPT Carga Recibida en: | (18) BILL TO (Complete Name, Address, & Zip Code): |
|---|---|---|
| 023S   MH | MIAMI, FL | TRANSTAINER CORP. |
| CROWLEY UNIVERSE | (13) PORT OF LOADING Puerto de Carga | 3200 NW 112TH AVE<br>MIAMI, FL 33172  US |
| (16) PORT OF DISCHARGE Puerto de Descarga | PORT EVERGLADES, FL | |
| PUERTO LIMON | (17) PLACE OF DELIVERY Lugar de Entrega de la carga | |
| | SAN JOSE, COSTA RICA | 2492725-12 |

**PARTICULARS FURNISHED BY SHIPPER**

| (19) MARKS & NO'S. / CONTAINER NO'S. Marcas y Números | (20) NO. OF TRLS./ CONTS./ PKGS./ No. de Furgones / Bultos | (21) I/M | (22) DESCRIPTION OF CARGO Contenido Según Embarcador | (23) WEIGHT Libras/Kilos | (24) MEASUREMENT Medidas |
|---|---|---|---|---|---|
| | 1<br>40FT | ** | NOR CONTAINER NO. CMCU 553906-9<br>SEAL NO. 01357888 - B02166530<br>FAK AS POOL SUPPLIES, HARDWARE AND<br>ELECTRICAL SUPPLIES<br>TOTAL 403 PIECES<br><br>F R E I G H T  P R E P A I D<br><br>"CARRIER RESERVES THE RIGHT TO REQUEST A DEPOSIT FOR THE USE OF ITS<br>EQUIPMENT BEYOND THE PORT"<br><br>SHIPPER LOAD AND COUNT<br><br>AES ITN: X20060322020274 | 25587L<br>11606K | 1740F<br>49.272M |

**O**

| D/R | EQUIP CMCU | ID 5539069 | SEAL# 01357888 | B02166530 | WEIGHT 25587L | CUBE 1740F |
|---|---|---|---|---|---|---|

| (25) **HAZARDOUS DECLARATION - THIS IS TO CERTIFY THAT THE ABOVE NAMED MATERIALS ARE PROPERLY PACKED, LOADED, CLASSIFIED, DESCRIBED, MARKED, LABELLED/PLACARDED, DESIGNATED AND ARE IN PROPER CONDITION FOR TRANSPORTATION ACCORDING TO ALL APPLICABLE REGULATIONS AS SPECIFIED IN CLAUSE 26. PROVIDE SHIPPER'S EMERGENCY RESPONSE CONTACT'S NAME AND TELEPHONE NUMBER INCLUDING AREA CODE IN THE SPACE PROVIDED. | | CONTACT: | | TEL NO. | | |
|---|---|---|---|---|---|---|
| **FREIGHT CHARGES** Flete | RATED AS Flete Básico | PER | RATE Tarifa | TO BE PREPAID IN US DOLLARS Prepagado en Dolares U.S. | TO BE COLLECTED IN US DOLLARS A Cobrar en Dolares U.S. | FOREIGN CURRENCY Moneda Local |
| OCEAN FREIGHT | 1.000 | PTT | 1555.00 | 1555.00 | | |
| FUEL USAGE/ADJ | 1.000 | PTT | 360.00 | 360.00 | | |
| GRI | 1.000 | PTT | 35.00 | 35.00 | | |
| SECURITY/U.S. | 1.000 | PTT | 100.00 | 100.00 | | |

**C**

| | TOTALS | | | 2050.00 | | |
|---|---|---|---|---|---|---|

# INVOICE / FACTURA
# NOT FOR
# CARGO RELEASE

**E**

PAGE  1 OF  1

PAYMENT DUE 30 DAYS AFTER VESSEL SAIL DATE
Invoice Number is listed in box 3A

VAI

CROWLEY LINER SERVICES INC

CROWLEY LINER SERVICES, INC.
REMIT TO: P.O. BOX 2684
CAROL STREAM, IL  60132-2684

| | | | |
|---|---|---|---|
| (2) SHIPPER (Complete Name, Address, & Zip Code) Embarcador | 2492725-12 | (5) BOOKING NO. Reserva No. CAT906983 | (3c) SCAC Code | (3a) BILL OF LADING/INVOICE NO. Conocimiento de Embarque |

(2) SHIPPER (Complete Name, Address, & Zip Code) Embarcador

TRANSTAINER CORP.
3200 NW 112TH AVE
MIAMI, FL. 33172  US

(5) BOOKING NO. Reserva No.
CAT906983

(3b) DATE Fecha
18 MAR 06   CAMN

JAXS6M027138

(3c) SCAC Code

(4) EXPORT REFERENCES Referencias de Exportacion
OCN0000416

FWDR.
REF NO.

(5) CONSIGNEE (Complete Name, Address, & Zip Code) Consignado a:
NOT NEGOTIABLE UNLESS CONSIGNED 'TO ORDER'   1270486-08

CONSOLIDACIONES DEL VALLE
CENTRAL
MALL EL DORADO
LOCAL #9
SAN JOSE,   CR

(6) FORWARDING AGENT
Agente Embarcador - Referencias

FMC. NO.

CMB N.

(7) NOTIFY PARTY (Complete Name, Address, & Zip Code)
Dirigir Notificación de Llegada a:

(8) ALSO NOTIFY - ROUTING & INSTRUCTIONS
Tambien Notificar - Ruta Doméstica/Instrucciones de Exportación

SCN 0505-5292

N

(9) VESSEL Nave   VOYAGE Viaje   FLAG Bandera

022S      PA

CROWLEY SENATOR

(10) PLACE OF RECEIPT *
Carga Recibida en:
MIAMI, FL
(13) PORT OF LOADING Puerto de Carga
PORT EVERGLADES, FL

(18) BILL TO (Complete Name, Address, & Zip Code):

TRANSTAINER CORP.
3200 NW 112TH AVE
MIAMI, FL. 33172  US

(16) PORT OF DISCHARGE Puerto de Descarga

PUERTO LIMON

(17) PLACE OF DELIVERY *
Lugar de Entrega de la carga
SAN JOSE, CR

2492725-12

PARTICULARS FURNISHED BY SHIPPER

| (19) MARKS & NO'S. / CONTAINER NO'S. Marcas y Números | (20) NO. OF TRLS / CONTS. / PKGS. / No. de Furgones / Bultos | (21) HM | (22) DESCRIPTION OF CARGO Contenido Según Embarcador | (23) WEIGHT Libras/Kilos | (24) MEASUREMENT Medidas |
|---|---|---|---|---|---|
| CMCU4525939 | 1 45FT | | CONTAINER NO. CMCU4525939 SEAL NO 01357887-B02165769 SLC: FAK AS POOL SUPPLIES, HARDWARE AND COMPUTERS PARTS TOTAL 526 PIECES  AES ITN:X20060317055556   F R E I G H T     P R E P A I D  SHIPPER LOAD AND COUNT  "CARRIER RESERVES THE RIGHT TO REQUEST A DEPOSIT FOR THE USE OF ITS EQUIPMENT BEYOND THE PORT" | 29953L 13586K | |

V

O

| D/R | EQUIP CMCU | ID 4525939 | SEAL# 01357887   B02165769 | | WEIGHT 29953L | CUBE |
|---|---|---|---|---|---|---|

(25) **HAZARDOUS DECLARATION - THIS IS TO CERTIFY THAT THE ABOVE NAMED MATERIALS ARE PROPERLY PACKED, LOADED, CLASSIFIED, DESCRIBED, MARKED, LABELLED/PLACARDED, DESIGNATED AND ARE IN PROPER CONDITION FOR TRANSPOR-TATION ACCORDING TO ALL APPLICABLE REGULATIONS AS SPECIFIED IN CLAUSE 28. PROVIDE SHIPPERS'S EMERG-ENCY RESPONSE CONTACT'S NAME AND TELEPHONE NUMBER INCLUDING AREA CODE IN THE SPACE PROVIDED.

CONTACT:          TEL NO.

| FREIGHT CHARGES Flete | RATED AS Flete Básico | PER | RATE Tarifa | TO BE PREPAID IN US DOLLARS Prepagado en Dolares U.S. | TO BE COLLECTED IN US DOLLARS A Cobrar en Dolares U.S. | FOREIGN CURRENCY Moneda Local |
|---|---|---|---|---|---|---|
| OCEAN FREIGHT | 1.000 | PTT | 1970.00 | 1970.00 | | |
| FUEL USAGE/ADJ | 1.000 | PTT | 410.00 | 410.00 | | |
| GRI | 1.000 | PTT | 35.00 | 35.00 | | |
| PRE-CARRIAGE | 1.000 | PTT | 300.00 | 300.00 | | |
| SECURITY/U.S. | 1.000 | PTT | 112.00 | 112.00 | | |

C

| TOTALS | | 2827.00 | |
|---|---|---|---|

# INVOICE / FACTURA
# NOT FOR
# CARGO RELEASE

E

PAGE  1 OF  1

PAYMENT DUE 30 DAYS AFTER VESSEL SAIL DATE
Invoice Number is listed in box 3A

VAI

CROWLEY LINER SERVICES INC

CROWLEY LINER SERVICES, INC.
REMIT TO: P.O. BOX 2684
CAROL STREAM, IL  60132-2684

| (2) SHIPPER (Complete Name, Address, & Zip Code) Embarcador | 2492725-12 | (3) BOOKING NO. Reserva No. | (3c) SCAC Code | (3a) BILL OF LADING/INVOICE NO. Conocimiento de Embarque |
|---|---|---|---|---|

TRANSTAINER CORP.
3200 NW 112TH AVE
MIAMI, FL 33172  US

(3) BOOKING NO. Reserva No. **CAT905490**
(3b) DATE Fecha **18 MAR 06**  CAMN  **JAXS6M027105**
(4) EXPORT REFERENCES Referencias de Exportacion  FWDR. REF NO.
**0CN0000420**

| (5) CONSIGNEE (Complete Name, Address, & Zip Code) Consignado a: NOT NEGOTIABLE UNLESS CONSIGNED 'TO ORDER' | 2492725-15 | (6) FORWARDING AGENT Agente Embarcador - Referencias | FMC. NO. | CMB N. |
|---|---|---|---|---|

TRANSTAINER HONDURAS, S.A.
3ERA. Y 4TA. AVENIDA 7MA CALLE
RESIDENCIA NO. 1603
COLONIA 15 DE SEPTIEMBRE
TEGUCIGALPA        HN

(7) NOTIFY PARTY (Complete Name, Address, & Zip Code) Dirigir Notificación de Llegada a:

(8) ALSO NOTIFY - ROUTING & INSTRUCTIONS Tambien Notificar - Ruta Doméstica/Instrucciones de Exportación

N

| (9) VESSEL Nave  VOYAGE Viaje  FLAG Bandera | (10) PLACE OF RECEIPT * Carga Recibida en: |
|---|---|

**745S      MH**

CARIBE MERCHANT

(13) PORT OF LOADING Puerto de Carga
**PORT EVERGLADES, FL**
(17) PLACE OF DELIVERY * Lugar de Entrega de la Carga

(16) PORT OF DISCHARGE Puerto de Descarga

(18) BILL TO (Complete Name, Address, & Zip Code):

TRANSTAINER CORP.
3200 NW 112TH AVE
MIAMI, FL 33172  US

| PTO CORTES | TEGUCIGALPA,HN | 2492725-12 |
|---|---|---|

**PARTICULARS FURNISHED BY SHIPPER**

| (19) MARKS & NO'S. / CONTAINER NO'S. Marcas y Números | (20) NO. OF TRLS./CONTS./PKGS./ No. de Furgones / Bultos | (21) HM | (22) DESCRIPTION OF CARGO Contenido Según Embarcador | (23) WEIGHT Libras/Kilos | (24) MEASUREMENT Medidas |
|---|---|---|---|---|---|
| | 1 | | CONTAINER NO. CMCZ 835202 | 24671L | |
| | 45FT | | SEAL NO. 001908 - B02165329 | 11191K | |
| | | | SLC: FAK AS SHOES, COMPUTERS PARTS AND | | |
| | | | SUPER MARKET ACCESORIES | | |
| | | | TOTAL 493 PIECES | | |

AES ITN: X20060317015236
F R E I G H T   P R E P A I D

"CARRIER RESERVES THE RIGHT TO REQUEST A DEPOSIT FOR THE USE OF ITS
EQUIPMENT BEYOND THE PORT"

SC# 0505-5292

O

| D/R | EQUIP ID | SEAL# | | WEIGHT | CUBE |
|---|---|---|---|---|---|
| | CMCZ  835202 | 001908 | B02165329 | 24671L | |

(25) **HAZARDOUS DECLARATION - THIS IS TO CERTIFY THAT THE ABOVE NAMED MATERIALS ARE PROPERLY PACKED, LOADED, CLASSIFIED, DESCRIBED, MARKED, LABELLED/PLACARDED, DESIGNATED AND ARE IN PROPER CONDITION FOR TRANSPOR- TATION ACCORDING TO ALL APPLICABLE REGULATIONS AS SPECIFIED IN CLAUSE 26. PROVIDE SHIPPER'S EMERG- ENCY RESPONSE CONTACT'S NAME AND TELEPHONE NUMBER INCLUDING AREA CODE IN THE SPACE PROVIDED.    CONTACT:             TEL NO.

| FREIGHT CHARGES Flete | RATED AS Flete Básico | PER | RATE Tarifa | TO BE PREPAID IN US DOLLARS Prepagado en Dolares U.S. | TO BE COLLECTED IN US DOLLARS A Cobrar en Dolares U.S. | FOREIGN CURRENCY Moneda Local |
|---|---|---|---|---|---|---|
| OCEAN FREIGHT | 1.000 | PTT | 2085.00 | 2085.00 | | |
| FUEL USAGE/ADJ | 1.000 | PTT | 410.00 | 410.00 | | |
| HN GAMMA RAY | 1.000 | PTT | 15.00 | 15.00 | | |
| GRI | 1.000 | PTT | 75.00 | 75.00 | | |
| PRE-CARRIAGE | 1.000 | PTT | 300.00 | 300.00 | | |
| SECURITY/NON US | 1.000 | PTT | 20.00 | 20.00 | | |
| SECURITY/U.S. | 1.000 | PTT | 112.00 | 112.00 | | |

C

| | TOTALS | | |
|---|---|---|---|
| | | 3017.00 | |

# INVOICE / FACTURA
# NOT FOR
# CARGO RELEASE

E

PAGE  1 OF  1

PAYMENT DUE 30 DAYS AFTER VESSEL SAIL DATE
Invoice Number is listed in box 3A

VAI

CROWLEY LINER SERVICES INC

CROWLEY LINER SERVICES, INC.
REMIT TO: P.O. BOX 2684
CAROL STREAM, IL  60132-2684

| (2) SHIPPER (Complete Name, Address, & Zip Code) Embarcador | 2492725-12 | (3) BOOKING NO. Reserva No.<br>CAT904892 | (3c) SCAC<br>Code | (3a) BILL OF LADING/INVOICE NO.<br>Conocimiento de Embarque |
|---|---|---|---|---|

TRANSTAINER CORP.
3200 NW 112TH AVE
MIAMI, FL 33172  US

(3b) DATE Fecha
**18 MAR 06**    CAMN    JAXS6M027135

(4) EXPORT REFERENCES    FWDR.
Referencias de Exportacion    REF NO.
NO. OCN0000422

| (5) CONSIGNEE (Complete Name, Address, & Zip Code) Consignado a:<br>NOT NEGOTIABLE UNLESS CONSIGNED 'TO ORDER' | 2917467-05 | (6) FORWARDING AGENT<br>Agente Embarcador - Referencias | FMC.<br>NO. | CHB<br>N |
|---|---|---|---|---|

CONSOLIDACIONES DEL VALLE
CENTRAL
MALL EL DORADO
LOCAL #9
SAN JOSE,    CR

(7) NOTIFY PARTY (Complete Name, Address, & Zip Code)
Dirigir Notificación de Llegada a:

(8) ALSO NOTIFY - ROUTING & INSTRUCTIONS
Tambien Notificar - Ruta Doméstica/Instrucciones de Exportación

SC# 0505-5292

**N**

| (9) VESSEL Nave   VOYAGE Viaje   FLAG Bandera | (10) PLACE OF RECEIPT *<br>Carga Recibida en: | (18) BILL TO (Complete Name, Address, & Zip Code): |
|---|---|---|

022S    PA    MIAMI, FL

CROWLEY SENATOR

(13) PORT OF LOADING Puerto de Carga
PORT EVERGLADES, FL

TRANSTAINER CORP.
3200 NW 112TH AVE
MIAMI, FL 33172  US

(16) PORT OF DISCHARGE Puerto de Descarga

PUERTO LIMON

(17) PLACE OF DELIVERY *
Lugar de Entrega de la carga
SAN JOSE, CR

2492725-12

**PARTICULARS FURNISHED BY SHIPPER**

| (19) MARKS & NO'S. /<br>CONTAINER NO'S.<br>Marcas y Números | (20) NO. OF TRLRS /<br>CONTS. / PKGS. /<br>No. de Furgones<br>/ Bultos | (21)<br>HM<br>** | (22) | DESCRIPTION OF CARGO Contenido Según Embarcador | (23) WEIGHT<br>Libras/Kilos | (24) MEASUREMENT<br>Medidas |
|---|---|---|---|---|---|---|
| | 1<br>40FT | | | HC CONTAINER, CMCU 4919418<br>SEAL NO. 001901 - B02165772<br>SLC. FAK AS AUTO PARTS, PLASTIC SHEETS<br>FILTERS, BLIND MATERIAL AND ACRYLIC<br>TOTAL 222 PIECES | 42408L<br>19236K | |

AES ITN:
X20060317007666
X20060317007752
X20060317012241
X20060317012045
X20060317011784
X20060317011636

**O**

F R E I G H T  P R E P A I D

"CARRIER RESERVES THE RIGHT TO REQUEST A DEPOSIT FOR THE USE OF ITS
EQUIPMENT BEYOND THE PORT"

SHIPPER LOAD AND COUNT

(25) **HAZARDOUS DECLARATION - THIS IS TO CERTIFY THAT THE ABOVE NAMED MATERIALS ARE PROPERLY PACKED, LOADED,
CLASSIFIED, DESCRIBED, MARKED, LABELLED/PLACARDED, DESIGNATED AND ARE IN PROPER CONDITION FOR TRANSPOR-
TATION ACCORDING TO ALL APPLICABLE REGULATIONS AS SPECIFIED IN CLAUSE 28. PROVIDE SHIPPER'S & EMERG-
ENCY RESPONSE CONTACT'S NAME AND TELEPHONE NUMBER INCLUDING AREA CODE IN THE SPACE PROVIDED.**    CONTACT:    TEL NO.

| FREIGHT CHARGES Flete | RATED AS<br>Flete Básico | PER | RATE Tarifa | TO BE PREPAID IN US DOLLARS<br>Prepagado en Dolares U.S. | TO BE COLLECTED IN US DOLLARS<br>A cobrar en Dolares U.S. | FOREIGN CURRENCY<br>Moneda Local |
|---|---|---|---|---|---|---|
| | | | | | | |

**C**

| | | TOTALS | | | | |

# INVOICE / FACTURA
# NOT FOR
# CARGO RELEASE

**E**

PAGE  1 OF  2

PAYMENT DUE 30 DAYS AFTER VESSEL SAIL DATE
Invoice Number is listed in box 3A

VAI

CROWLEY LINER SERVICES INC

**CROWLEY LINER SERVICES, INC.**
REMIT TO: P.O. BOX 2684
CAROL STREAM, IL  60132-2684

| (2) SHIPPER (Complete Name, Address, & Zip Code) Embarcador | 2492725-12 |
|---|---|

TRANSTAINER CORP.
3200 NW 112TH AVE
MIAMI, FL 33172  US

| (5) BOOKING NO. Reserva No. | (3c) SCAC Code | (3a) BILL OF LADING/INVOICE NO. Conocimiento de Embarque |
|---|---|---|
| CAT904892 | | |
| (5b) DATE Fecha | CAMN | JAXS6M027135 |
| 18 MAR 06 | | FWDR. REF NO. |
| (4) EXPORT REFERENCES Referencias de Exportación | | |
| NO. OCN0000422 | | |

| (5) CONSIGNEE (Complete Name, Address, & Zip Code) Consignado a: NOT NEGOTIABLE UNLESS CONSIGNED 'TO ORDER' | 2917467-05 |
|---|---|

CONSOLIDACIONES DEL VALLE
CENTRAL
MALL EL DORADO
LOCAL #9
SAN JOSE,    CR

| (6) FORWARDING AGENT Agente Embarcador - Referencias | FMC. NO. | CMB NO. |
|---|---|---|

| (7) NOTIFY PARTY (Complete Name, Address, & Zip Code) Dirigir Notificación de Llegada a: | | (8) ALSO NOTIFY - ROUTING & INSTRUCTIONS Tambien Notificar - Ruta Doméstica/Instrucciones de Exportación |
|---|---|---|

SC# 0505-5292

N

| (9) VESSEL Nave   VOYAGE Viaje | FLAG Bandera | (10) PLACE OF RECEIPT * Carga Recibida en: | (18) BILL TO (Complete Name, Address, & Zip Code): |
|---|---|---|---|
| 022S | PA | MIAMI, FL | TRANSTAINER CORP. |
| CROWLEY SENATOR | | (13) PORT OF LOADING Puerto de Carga | 3200 NW 112TH AVE MIAMI, FL 33172  US |
| | | PORT EVERGLADES, FL | |
| (16) PORT OF DISCHARGE Puerto de Descarga | | (17) PLACE OF DELIVERY * Lugar de Entrega de la carga | |
| PUERTO LIMON | | SAN JOSE, CR | 2492725-12 |

**PARTICULARS FURNISHED BY SHIPPER**

| (19) MARKS & NO'S. / CONTAINER NO'S. Marcas y Números | (20) NO. OF TRLS / CONTS. / PKGS./ No. de Furgones / Bultos | (21) HM ** | (22) DESCRIPTION OF CARGO Contenido Según Embarcador | (23) WEIGHT Libras/Kilos | (24) MEASUREMENT Medidas |
|---|---|---|---|---|---|
| . | | | | | |
| D/R       EQUIP | ID | SEAL# | | WEIGHT | CUBE |
| CMCU | 4919418 | 0019D1 | B02165772 | 42408L | |
| | | | | | O |

(25) **HAZARDOUS DECLARATION- THIS IS TO CERTIFY THAT THE ABOVE NAMED MATERIALS ARE PROPERLY PACKED, LOADED, CLASSIFIED, DESCRIBED, MARKED, LABELLED/PLACARDED, DESIGNATED AND ARE IN PROPER CONDITION FOR TRANSPOR- TATION ACCORDING TO ALL APPLICABLE REGULATIONS AS SPECIFIED IN CLAUSE 2B. PROVIDE SHIPPER'S EMERG- ENCY RESPONSE CONTACT'S NAME AND TELEPHONE NUMBER INCLUDING AREA CODE IN THE SPACE PROVIDED.    CONTACT:        TEL NO.

| FREIGHT CHARGES Flete | RATED AS Flete Básico | PER | RATE Tarifa | TO BE PREPAID IN US DOLLARS Prepagado en Dolares U.S. | TO BE COLLECTED IN US DOLLARS A Cobrar en Dolares U.S. | FOREIGN CURRENCY Moneda Local |
|---|---|---|---|---|---|---|
| OCEAN FREIGHT | 1.000 | PTT | 1780.00 | 1780.00 | | |
| FUEL USAGE/ADJ | 1.000 | PTT | 360.00 | 360.00 | | |
| GRI | 1.000 | PTT | 35.00 | 35.00 | | |
| PRE-CARRIAGE | 1.000 | PTT | 300.00 | 300.00 | | |
| SECURITY/U.S. | 1.000 | PTT | 100.00 | 100.00 | | |
| | | | | | | C |
| | TOTALS | | | 2575.00 | | |

# INVOICE / FACTURA
# NOT FOR
# CARGO RELEASE

E

PAGE  2 OF  2

PAYMENT DUE 30 DAYS AFTER VESSEL SAIL DATE
Invoice Number is listed in box 3A

VAI

CROWLEY LINER SERVICES INC

**CROWLEY LINER SERVICES, INC.**
REMIT TO: P.O. BOX 2684
CAROL STREAM, IL  60132-2684

| (2) SHIPPER (Complete Name, Address, & Zip Code) Embarcador | 2492725-12 | (3) BOOKING NO. Reserva No. CAT904892 | (3c) SCAC Code | (3a) BILL OF LADING/INVOICE NO. Conocimiento de Embarque |
|---|---|---|---|---|

(2) SHIPPER (Complete Name, Address, & Zip Code) Embarcador

TRANSTAINER CORP.
3200 NW 112TH AVE
MIAMI, FL. 33172  US

(3) BOOKING NO. Reserva No.
CAT904892

(3b) DATE Fecha
**18 MAR 06**  CAMN  JAXS6M027136

(4) EXPORT REFERENCES Referencias de Exportación
PWDR. REF NO.

OCN0000423

(5) CONSIGNEE (Complete Name, Address, & Zip Code) Consignado a:
NOT NEGOTIABLE UNLESS CONSIGNED 'TO ORDER'
1270486-08

CONSOLIDACIONES DEL VALLE
CENTRAL
MALL EL DORADO
LOCAL #9
SAN JOSE,   CR

(6) FORWARDING AGENT
Agente Embarcador - Referencias
FMC. NO.
CHB N

(7) NOTIFY PARTY (Complete Name, Address, & Zip Code)
Dirigir Notificación de Llegada a:

(8) ALSO NOTIFY - ROUTING & INSTRUCTIONS
Tambien Notificar - Ruta Doméstica/Instrucciones de Exportación

SCN 0505-5292

N

| (9) VESSEL Nave | VOYAGE Viaje | FLAG Bandera | (10) PLACE OF RECEIPT Carga Recibida en: | (18) BILL TO (Complete Name, Address, & Zip Code): |
|---|---|---|---|---|
| 022S | PA | MIAMI, FL | | TRANSTAINER CORP. |

CROWLEY SENATOR

(13) PORT OF LOADING Puerto de Carga
PORT EVERGLADES, FL

TRANSTAINER CORP.
3200 NW 112TH AVE
MIAMI, FL. 33172  US

(16) PORT OF DISCHARGE Puerto de Descarga
PUERTO LIMON

(17) PLACE OF DELIVERY -
Lugar de Entrega de la carga
SAN JOSE, CR

2492725-12

**PARTICULARS FURNISHED BY SHIPPER**

| (19) MARKS & NO'S. / CONTAINER NO'S. Marcas y Números | (20) NO. OF TRLS / CONTS / PKGS / No. de Furgones / Bultos | (21) HM | (22) DESCRIPTION OF CARGO Contenido Según Embarcador | (23) WEIGHT Libras/Kilos | (24) MEASUREMENT Medidas |
|---|---|---|---|---|---|
| CMCZ833143 | 1  45FT | | CONTAINER NO. CMCZ833143 SEAL NO 001927-B02165768 SLC:FAK AS COPIERS MACHINERY PARTS PLASTIC SHEETS, AND BLINDS MATERIAL TOTAL 79 PIECES | 47000L 21319K | |

AES ITN:
X20060317053178
X20060317013521
X20060317013860

F R E I G H T     P R E P A I D

SHIPPER LOAD AND COUNT

"CARRIER RESERVES THE RIGHT TO REQUEST A DEPOSIT FOR THE USE OF ITS
EQUIPMENT BEYOND THE PORT"

V

O

(25) **HAZARDOUS DECLARATION - THIS IS TO CERTIFY THAT THE ABOVE NAMED MATERIALS ARE PROPERLY PACKED, LOADED, CLASSIFIED, DESCRIBED, MARKED, LABELLED/PLACARDED, DESIGNATED AND ARE IN PROPER CONDITION FOR TRANSPORTATION ACCORDING TO ALL APPLICABLE REGULATIONS AS SPECIFIED IN CLAUSE 28. PROVIDE SHIPPER'S EMERGENCY RESPONSE CONTACT'S NAME AND TELEPHONE NUMBER INCLUDING AREA CODE IN THE SPACE PROVIDED.
CONTACT:
TEL NO.

| FREIGHT CHARGES Flete | RATED AS Flete Básico | PER | RATE Tarifa | TO BE PREPAID IN US DOLLARS Prepagado en Dolares U.S. | TO BE COLLECTED IN US DOLLARS A cobrar en Dolares U.S. | FOREIGN CURRENCY Moneda Local |
|---|---|---|---|---|---|---|
| | | | | | | |

C

| | TOTALS | | | | | |

# INVOICE / FACTURA
# NOT FOR
# CARGO RELEASE

PAGE  1 OF  2

E

PAYMENT DUE 30 DAYS AFTER VESSEL SAIL DATE
Invoice Number is listed in box 3A

VAI

**CROWLEY LINER SERVICES INC**

CROWLEY LINER SERVICES, INC.
REMIT TO: P.O. BOX 2684
CAROL STREAM, IL  60132-2684

| (2) SHIPPER (Complete Name, Address, & Zip Code) Embarcador | 2492725-12 | (3) BOOKING NO. Reserva No. CAT904892 | (3c) SCAC Code | (3a) BILL OF LADING/INVOICE NO. Conocimiento de Embarque |

TRANSTAINER CORP.
3200 NW 112TH AVE
MIAMI, FL. 33172  US

(3b) DATE Fecha **18 MAR 06**   CAMN   JAXS6M027136

(4) EXPORT REFERENCES Referencias de Exportación

FWDR. REF NO.

0CN0000423

| (5) CONSIGNEE (Complete Name, Address, & Zip Code) Consignado a: NOT NEGOTIABLE UNLESS CONSIGNED 'TO ORDER' | 1270486-08 |

CONSOLIDACIONES DEL VALLE
CENTRAL
MALL EL DORADO
LOCAL #9
SAN JOSE,   CR

(6) FORWARDING AGENT Agente Embarcador - Referencias   FMC. NO.   CHB NO.

(7) NOTIFY PARTY (Complete Name, Address, & Zip Code) Dirigir Notificación de Llegada a:

(8) ALSO NOTIFY - ROUTING & INSTRUCTIONS Tambien Notificar - Ruta Doméstica/Instrucciones de Exportación

SCN 0505-5292

N

| (9) VESSEL Nave   VOYAGE Viaje   FLAG Bandera | (110) PLACE OF RECEIPT • Carga Recibida en: | (18) BILL TO (Complete Name, Address, & Zip Code): |

022S   PA

CROWLEY SENATOR

MIAMI, FL
(13) PORT OF LOADING Puerto de Carga

PORT EVERGLADES, FL

TRANSTAINER CORP.
3200 NW 112TH AVE
MIAMI, FL. 33172  US

(16) PORT OF DISCHARGE Puerto de Descarga

PUERTO LIMON

(17) PLACE OF DELIVERY • Lugar de Entrega de la Carga

SAN JOSE, CR

2492725-12

**PARTICULARS FURNISHED BY SHIPPER**

| (19) MARKS & NO'S. / CONTAINER NO'S. Marcas y Números | (20) NO. OF TRLS./CONTS./PKGS./ No. de Furgones / Bultos | (21) HM | (22) | DESCRIPTION OF CARGO Contenido Según Embarcador | (23) WEIGHT Libras/Kilos | (24) MEASUREMENT Medidas |
|---|---|---|---|---|---|---|
| D/R   EQUIP   ID   SEAL# | CMCZ   833143   001927 | | | B02165768 | WEIGHT 47000L | CUBE |

O

(25) **HAZARDOUS DECLARATION - THIS IS TO CERTIFY THAT THE ABOVE NAMED MATERIALS ARE PROPERLY PACKED, LOADED, CLASSIFIED, DESCRIBED, MARKED, LABELLED/PLACARDED, DESIGNATED AND ARE IN PROPER CONDITION FOR TRANSPOR-TATION ACCORDING TO ALL APPLICABLE REGULATIONS AS SPECIFIED IN CLAUSE 28. PROVIDE SHIPPER'S EMERG-ENCY RESPONSE CONTACT'S NAME AND TELEPHONE NUMBER INCLUDING AREA CODE IN THE SPACE PROVIDED.   CONTACT:                   TEL NO.

| FREIGHT CHARGES Flete | RATED AS Flete Básico | PER | RATE Tarifa | TO BE PREPAID IN US DOLLARS Prepagado en Dolares U.S. | TO BE COLLECTED IN US DOLLARS A Cobrar en Dolares U.S. | FOREIGN CURRENCY Moneda Local |
|---|---|---|---|---|---|---|
| OCEAN FREIGHT | 1.000 | PTT | 1970.00 | 1970.00 | | |
| FUEL USAGE/ADJ | 1.000 | PTT | 410.00 | 410.00 | | |
| GRI | 1.000 | PTT | 35.00 | 35.00 | | |
| PRE-CARRIAGE | 1.000 | PTT | 300.00 | 300.00 | | |
| SECURITY/U.S. | 1.000 | PTT | 112.00 | 112.00 | | |
| STOP-OFF CHRG | 1.000 | EAC | 150.00 | 150.00 | | |

C

| | TOTALS | 2977.00 | |

# INVOICE / FACTURA
# NOT FOR
# CARGO RELEASE

E

PAYMENT DUE 30 DAYS AFTER VESSEL SAIL DATE
Invoice Number is listed in box 3A

PAGE  2 OF  2

VAI

CROWLEY LINER SERVICES INC

**CROWLEY LINER SERVICES, INC.**
REMIT TO: P.O. BOX 2684
CAROL STREAM, IL  60132-2684

| | | | |
|---|---|---|---|
| **(2) SHIPPER (Complete Name, Address, & Zip Code)** Embarcador | 2492725-12 | **(5) BOOKING NO. Reserva No.** CAT319600 | **(3c) SCAC Code** | **(3a) BILL OF LADING/INVOICE NO.** Conocimiento de Embarque |

**(2) SHIPPER (Complete Name, Address, & Zip Code)** Embarcador

TRANSTAINER CORPORATION
3200 N.W. 112 AVENUE
MIAMI, FL 33172 USA

**(5) BOOKING NO. Reserva No.**
CAT319600

**(3b) DATE Fecha**
18 MAR 06   CAMN

**(3c) SCAC Code**

**(3a) BILL OF LADING/INVOICE NO.** Conocimiento de Embarque
JAXS6M027100

2492725-12

**(4) EXPORT REFERENCES** Referencias de Exportacion
MCN6025

FWDR. REF NO.

**(5) CONSIGNEE (Complete Name, Address, & Zip Code)** Consignado a:
NOT NEGOTIABLE UNLESS CONSIGNED 'TO ORDER'

3263789-05

SEMANIC S.A.
ENTRADA A PORTEZUELO
110 VARAS AL LAGO
EDIFICIO ALMEXSA
MANAGUA, D.N      NICARAGUA

**(6) FORWARDING AGENT**
Agente Embarcador - Referencias

**FMC** 2723
**NO.**

**CMB No.**

AIR-OCEANIC SERVICES INC.
3200 N.W. 112 AVENUE
MIAMI, FL 33172

**(7) NOTIFY PARTY (Complete Name, Address, & Zip Code)**
Dirigir Notificación de Llegada a:

**(8) ALSO NOTIFY - ROUTING & INSTRUCTIONS**
Tambien Notificar - Ruta Doméstica/Instrucciones de Exportación

SEMANIC S.A.
ENTRADA A PORTEZUELO
110 VARAS AL LAGO
EDIFICIO ALMEXSA
MANAGUA, D.N      NICARAGUA

N

**(9) VESSEL** Nave      **VOYAGE** Viaje      **FLAG** Bandera

745S      MH

CARIBE MERCHANT

**(10) PLACE OF RECEIPT** Carga Recibida en:
MIAMI, FL

**(13) PORT OF LOADING** Puerto de Carga
PORT EVERGLADES, FL

**(16) PORT OF DISCHARGE** Puerto de Descarga
PUERTO CORTES, HONDURAS

**(17) PLACE OF DELIVERY** Lugar de Entrega de la carga
MANAGUA, NICARAGUA

**(18) BILL TO (Complete Name, Address, & Zip Code):**

TRANSTAINER CORPORATION
3200 N.W. 112 AVENUE
MIAMI, FL 33172 USA

2492725-12

**PARTICULARS FURNISHED BY SHIPPER**

| **(19) MARKS & NO'S. / CONTAINER NO'S.** Marcas y Números | **(20) NO. OF TRLS. / CONTS. / PKGS. /** No. de Furgones / Bultos | **(21) HM** | **(22)** DESCRIPTION OF CARGO Contenido Según Embarcador | **(23) WEIGHT** Libras/Kilos | **(24) MEASUREMENT** Medidas |
|---|---|---|---|---|---|
| . SEMANIC MANAGUA NICARAGUA . | 1 40FT | | CONTAINER S.L.A.C. FAK 205 BUNDLES SL.C. F.A.K. RESTAURANT SUPPLIES, PLASTIC ARTICLES, HOUSEHOLD GOODS, PERSONAL EFECTS, BUILDING MATERIAL, ENGINES FLANGE, HAND TOOLS, AND OTHER ARTICLES AND PRODUCTS ============================================= 1X40 HC CONTAINER CMCU4902478 SEAL NO. 001949-B02165739 S.L.C. 205 BULTOS FA EQUIPOS PARA RESTAURANTES, ARTICULOS PLASTICOS, EFECTOS PERSONALES, MATERIAL DE CONSTRUCCION, MOTORES, REPUESTOS, HERRAMIENTAS Y OTROS AR ARTICULOS Y PRODUCTOS VARIOS 22038 LBS  1851 CFT 9996 KGS  52.415CBM . | 22038L 9996K | 1851F 52.415M |
| AES XTN | | | | | |

**(25) **HAZARDOUS DECLARATION - THIS IS TO CERTIFY THAT THE ABOVE NAMED MATERIALS ARE PROPERLY PACKED, LOADED,** CLASSIFIED, DESCRIBED, MARKED, LABELLED/PLACARDED, DESIGNATED AND ARE IN PROPER CONDITION FOR TRANSPOR-TATION ACCORDING TO ALL APPLICABLE REGULATIONS AS SPECIFIED IN CLAUSE 26. PROVIDE SHIPPER'S EMERG-ENCY RESPONSE CONTACT'S NAME AND TELEPHONE NUMBER INCLUDING AREA CODE IN THE SPACE PROVIDED.

CONTACT:         TEL NO.

| FREIGHT CHARGES Flete | RATED AS Flete Básico | PER | RATE Tarifa | TO BE PREPAID IN US DOLLARS Prepagado en Dolares U.S. | TO BE COLLECTED IN US DOLLARS A cobrar en Dolares U.S. | FOREIGN CURRENCY Moneda Local |
|---|---|---|---|---|---|---|
| | | | | | | |

C

| | | TOTALS | | |
|---|---|---|---|---|

# INVOICE / FACTURA
# NOT FOR
# CARGO RELEASE         PAGE  1 OF  2

PAYMENT DUE 30 DAYS AFTER VESSEL SAIL DATE
Invoice Number is listed in box 3A

E

VAI

CROWLEY LINER SERVICES INC

CROWLEY LINER SERVICES, INC.
REMIT TO: P.O. BOX 2684
CAROL STREAM, IL  60132-2684

| | | |
|---|---|---|
| (2) SHIPPER (Complete Name, Address, & Zip Code) Embarcador | 2492725-12 | (3) BOOKING NO. Reserva No. CAT319600 |

TRANSTAINER CORPORATION
3200 N.W. 112 AVENUE
MIAMI, FL 33172 USA

(3b) DATE Fecha **18 MAR 06**   CAMN

(3c) SCAC Code

(3a) BILL OF LADING/INVOICE NO. Conocimiento de Embarque
**JAXS6M027100**

FWDR. REF NO.

(4) EXPORT REFERENCES Referencias de Exportacion
MCN6025

(5) CONSIGNEE (Complete Name, Address, & Zip Code) Consignado a: NOT NEGOTIABLE UNLESS CONSIGNED 'TO ORDER'      3263789-05

SEMANIC S.A.
ENTRADA A PORTEZUELO
110 VARAS AL LAGO
EDIFICIO ALMEXSA
MANAGUA, D.N    NICARAGUA

(6) FORWARDING AGENT Agente Embarcador - Referencias
FMC:2723   CHB No.

AIR-OCEANIC SERVICES INC.
3200 N.W. 112 AVENUE
MIAMI, FL 33172

(7) NOTIFY PARTY (Complete Name, Address, & Zip Code) Dirigir Notificación de Llegada a:

(8) ALSO NOTIFY - ROUTING & INSTRUCTIONS Tambien Notificar - Ruta Doméstica/Instrucciones de Exportación

SEMANIC S.A.
ENTRADA A PORTEZUELO
110 VARAS AL LAGO
EDIFICIO ALMEXSA
MANAGUA, D.N    NICARAGUA

N

| (9) VESSEL Nave   VOYAGE Viaje   FLAG Bandera | (10) PLACE OF RECEIPT Carga Recibida en: |
|---|---|
| 745S   MH | MIAMI, FL |
| CARIBE MERCHANT | (13) PORT OF LOADING Puerto de Carga PORT EVERGLADES, FL |

(16) PORT OF DISCHARGE Puerto de Descarga
PUERTO CORTES,HONDURAS

(17) PLACE OF DELIVERY Lugar de Entrega de la carga
MANAGUA, NICARAGUA

(18) BILL TO (Complete Name, Address, & Zip Code):
TRANSTAINER CORPORATION
3200 N.W. 112 AVENUE
MIAMI, FL 33172 USA

2492725-12

**PARTICULARS FURNISHED BY SHIPPER**

| (19) MARKS & NO'S. / CONTAINER NO'S. Mercas y Números | (20) NO. OF TRLS./ CONTS./ PKGS./ No. de Furgones / Bultos | (22) DESCRIPTION OF CARGO Contenido Según Embarcador | (23) WEIGHT Libras/Kilos | (24) MEASUREMENT Medidas |
|---|---|---|---|---|
| NO REQ SED AS PER SEC 30:55 (H) | | | | |

THESE COMMODITIES, TECHNOLOGY OR SOFTWARE WERE EXPORTED FROM THE UNITED
STATES IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS. DIVERSION
CONTRARY TO U.S. LAW PROHIBITED.

"CARRIER RESERVES THE RIGHT TO REQUEST A DEPOSIT FOR THE USE OF ITS
EQUIPMENT BEYOND THE PORT"

S.C. 0505-5292

F R E I G H T   P R E P A I D

O

| D/R | EQUIP CMCU | ID 4902478 | SEAL# 001969 | B02165739 | WEIGHT 22038L | CUBE 1851F |
|---|---|---|---|---|---|---|

(25) **HAZARDOUS DECLARATION - THIS IS TO CERTIFY THAT THE ABOVE NAMED MATERIALS ARE PROPERLY PACKED, LOADED, CLASSIFIED, DESCRIBED, MARKED, LABELLED/PLACARDED, DESIGNATED AND ARE IN PROPER CONDITION FOR TRANSPOR-TATION ACCORDING TO ALL APPLICABLE REGULATIONS AS SPECIFIED IN CLAUSE 26. PROVIDE SHIPPER'S EMERG-ENCY RESPONSE CONTACT'S NAME AND TELEPHONE NUMBER INCLUDING AREA CODE IN THE SPACE PROVIDED.

CONTACT:          TEL NO.

| FREIGHT CHARGES Flete | RATED AS Flete Básico | PER | RATE Tarifa | TO BE PREPAID IN US DOLLARS Prepagado en Dolares U.S. | TO BE COLLECTED IN US DOLLARS A cobrar en Dolares U.S. | FOREIGN CURRENCY Moneda Local |
|---|---|---|---|---|---|---|
| OCEAN FREIGHT | 1.000 | PTT | 2030.00 | 2030.00 | | |
| FUEL USAGE/ADJ | 1.000 | PTT | 360.00 | 360.00 | | |
| GRI | 1.000 | PTT | 75.00 | 75.00 | | |
| PRE-CARRIAGE | 1.000 | PTT | 300.00 | 300.00 | | |
| SECURITY/NON US | 1.000 | PTT | 20.00 | 20.00 | | |
| SECURITY/U.S. | 1.000 | PTT | 100.00 | 100.00 | | |

C

TOTALS          2885.00

E

# INVOICE / FACTURA
# NOT FOR
# CARGO RELEASE

PAGE 2 OF 2

PAYMENT DUE 30 DAYS AFTER VESSEL SAIL DATE
Invoice Number is listed in box 3A

VAI

CROWLEY LINER SERVICES INC

**CROWLEY LINER SERVICES, INC.**
REMIT TO: P.O. BOX 2684
CAROL STREAM, IL  60132-2684

| (2) SHIPPER (Complete Name, Address, & Zip Code) Embarcador | 2492725-12 | (3) BOOKING NO. Reserva No. CAT905819 | (3c) SCAC Code | (3a) BILL OF LADING/INVOICE NO. Conocimiento de Embarque |
|---|---|---|---|---|

TRANSTAINER CORP.
3200 N.W. 112 AVE
MIAMI, FL 33172 US

(3b) DATE Fecha **17 MAR 06**  CAMN  JAXS6M026887

(4) EXPORT REFERENCES Referencias de Exportación

FWDR. REF NO.

0CN0000418

| (5) CONSIGNEE (Complete Name, Address, & Zip Code) Consignado a: NOT NEGOTIABLE UNLESS CONSIGNED 'TO ORDER' | 3263789-06 | (6) FORWARDING AGENT Agente Embarcador - Referencias | FMC. NO. | CHB N. |
|---|---|---|---|---|

SEMANIC, S.A.
SEMAFORO DE PORTEZUELO
110 VARAS AL LAGO, EDIF. ALMEXSA
MANAGUA    NICARAGUA

N

(7) NOTIFY PARTY (Complete Name, Address, & Zip Code)
Dirigir Notificación de Llegada a:

(8) ALSO NOTIFY - ROUTING & INSTRUCTIONS
Tambien Notificar - Ruta Doméstica/Instrucciones de Exportación

SCN 0505-5292

| (9) VESSEL Nave | VOYAGE Viaje | FLAG Bandera | (10) PLACE OF RECEIPT * Carga Recibida en: | (18) BILL TO (Complete Name, Address, & Zip Code): |
|---|---|---|---|---|
| | 744S | MH | MIAMI, FL | |

MAR CARIBE

(13) PORT OF LOADING Puerto de Carga
PORT EVERGLADES, FL

TRANSTAINER CORP.
3200 N.W. 112 AVE
MIAMI, FL 33172 US

(16) PORT OF DISCHARGE Puerto de Descarga

(17) PLACE OF DELIVERY * Lugar de Entrega de la carga

PUERTO CORTES    MANAGUA    2492725-12

V

**PARTICULARS FURNISHED BY SHIPPER**

| (19) MARKS & NO'S. / CONTAINER NO'S. Marcas y Números | (20) NO. OF TRLS / CONTS. / PKGS. / No. de Furgones / Bultos | (21) HM | (22) DESCRIPTION OF CARGO Contenido Según Embarcador | (23) WEIGHT Libras/Kilos | (24) MEASUREMENT Medidas |
|---|---|---|---|---|---|
| . . TRLU4953728 | 1 40FT | | HC CONTAINER NO. TRLU4953728 SEAL NO. 000502-B02166126 SLC:FAK AS AUTO PARTS, SPARE PARTS, FILTERS AND LUBRICANTS 41 PCS | 47084L 21357K | 2224F 62.978M |
| | | | . AES ITN:X20060316016828 | | |
| | | | F R E I G H T   P R E P A I D | | O |
| . | | | "CARRIER RESERVES THE RIGHT TO REQUEST A DEPOSIT FOR THE USE OF ITS EQUIPMENT BEYOND THE PORT" | | |

| D/R | EQUIP TRLU | ID 4953728 | SEAL# 000502 | B02166126 | WEIGHT 47084L | CUBE 2224F |
|---|---|---|---|---|---|---|

(25) **HAZARDOUS DECLARATION - THIS IS TO CERTIFY THAT THE ABOVE NAMED MATERIALS ARE PROPERLY PACKED, LOADED, CLASSIFIED, DESCRIBED, MARKED, LABELED/PLACARDED, DESIGNATED AND ARE IN PROPER CONDITION FOR TRANSPORTATION ACCORDING TO ALL APPLICABLE REGULATIONS AS SPECIFIED IN CLAUSE 28. PROVIDE SHIPPER'S & EMERGENCY RESPONSE CONTACT'S NAME AND TELEPHONE NUMBER INCLUDING AREA CODE IN THE SPACE PROVIDED.

CONTACT:          TEL NO.

| FREIGHT CHARGES Flete | RATED AS Flete Básico | PER | RATE Tarifa | TO BE PREPAID IN US DOLLARS Prepagado en Dolares U.S. | TO BE COLLECTED IN US DOLLARS A Cobrar en Dolares U.S. | FOREIGN CURRENCY Moneda Local |
|---|---|---|---|---|---|---|
| OCEAN FREIGHT | 1.000 | PTT | 2030.00 | 2030.00 | | |
| FUEL USAGE/ADJ | 1.000 | PTT | 360.00 | 360.00 | | |
| GRI | 1.000 | PTT | 75.00 | 75.00 | | |
| PRE-CARRIAGE | 1.000 | PTT | 300.00 | 300.00 | | |
| SECURITY/NON US | 1.000 | PTT | 20.00 | 20.00 | | |
| SECURITY/U.S. | 1.000 | PTT | 100.00 | 100.00 | | |

C

| TOTALS | | 2885.00 | |
|---|---|---|---|

# INVOICE / FACTURA
# NOT FOR
# CARGO RELEASE

PAGE  1 OF  1

E

PAYMENT DUE 30 DAYS AFTER VESSEL SAIL DATE
Invoice Number is listed in box 3A

VAI

CROWLEY LINER SERVICES INC

CROWLEY LINER SERVICES, INC.
REMIT TO: P.O. BOX 2684
CAROL STREAM, IL  60132-2684

| (2) SHIPPER (Complete Name, Address, & Zip Code) Embarcador | 2492725-12 |
|---|---|

TRANSTAINER CORP.
3200 NW 112TH AVE
MIAMI, FL. 33172   US

(3) BOOKING NO. Reserva No. **CAT811677**
(3b) DATE Fecha **17 MAR 06**
(3c) SCAC Code **CAMN**
(3a) BILL OF LADING/INVOICE NO. Conocimiento de Embarque **JAXS6M026769**
(4) EXPORT REFERENCES **REFERENCE NO. OCN0000421**

| (5) CONSIGNEE Consignado a: NOT NEGOTIABLE UNLESS CONSIGNED 'TO ORDER' | 2492725-14 |
|---|---|

TRANSTAINER HONDURAS CORP.
EDIFICIO BANCO ATLANTIDA 10
PISO LOCAL NO. 1005
SAN PEDRO SULA   HONDURAS

(6) FORWARDING AGENT

(7) NOTIFY PARTY

(8) ALSO NOTIFY - ROUTING & INSTRUCTIONS
SCN 0505-5292

N

(9) VESSEL Nave VOYAGE Viaje **745S** FLAG Bandera **MH**
(10) PLACE OF RECEIPT **OPA-LOCKA, FL**
CARIBE MERCHANT
(13) PORT OF LOADING **PORT EVERGLADES, FL**
(16) PORT OF DISCHARGE **PTO CORTES**
(17) PLACE OF DELIVERY

(18) BILL TO:
TRANSTAINER CORP.
3200 NW 112TH AVE
MIAMI, FL. 33172   US

2492725-12

**PARTICULARS FURNISHED BY SHIPPER**

| (19) MARKS & NO'S. CMCZ 834969 | (20) NO. 1 | (21) 45FT | DESCRIPTION OF CARGO | (23) WEIGHT 17700L 8028.72K | (24) MEASUREMENT 8029F 227.356M |
|---|---|---|---|---|---|

CONTAINER NO. CMCZ 834969
SEAL NO. 1429475/B02163681
SLC: FAK AS USED TIRES, SPARE PARTS
AND HARDWARE
TOTAL 108 PIECES    17700 LBS  8029 KGS

NO SED REQUIRED UNDER SECT 30.55H
    F R E I G H T    P R E P A I D

"CARRIER RESERVES THE RIGHT TO REQUEST A DEPOSIT FOR THE USE OF ITS
EQUIPMENT BEYOND THE PORT"

| D/R | EQUIP CMCZ | ID 834969 | SEAL# 1429475 | PADLOC | B02163681 | WEIGHT 17700L | CUBE 8029F |
|---|---|---|---|---|---|---|---|

(26) HAZARDOUS DECLARATION

| FREIGHT CHARGES Flete | RATED AS Flete Básico | PER | RATE Tarifa | TO BE PREPAID IN US DOLLARS | TO BE COLLECTED | FOREIGN CURRENCY |
|---|---|---|---|---|---|---|
| OCEAN FREIGHT | 1.000 | PTT | 1810.00 | 1810.00 | | |
| FUEL USAGE/ADJ | 1.000 | PTT | 410.00 | 410.00 | | |
| HN GAMMA RAY | 1.000 | PTT | 15.00 | 15.00 | | |
| GRI | 1.000 | PTT | 75.00 | 75.00 | | |
| PRE-CARRIAGE | 1.000 | PTT | 300.00 | 300.00 | | |
| SECURITY/NON US | 1.000 | PTT | 20.00 | 20.00 | | |
| SECURITY/U.S. | 1.000 | PTT | 112.00 | 112.00 | | |

TOTALS  2742.00

INVOICE / FACTURA
NOT FOR
CARGO RELEASE
PAYMENT DUE 30 DAYS AFTER VESSEL SAIL DATE
Invoice Number is listed in box 3A

PAGE  1 OF  1

VAI

**CROWLEY LINER SERVICES INC**

CROWLEY LINER SERVICES, INC.
REMIT TO: P.O. BOX 2684
CAROL STREAM, IL  60132-2684

| | | |
|---|---|---|
| (2) SHIPPER (Complete Name, Address, & Zip Code) Embarcador | 2492725-12 | (3) BOOKING NO. Reserva No. **CAT319600** | (3c) SCAC Code | (3a) BILL OF LADING/INVOICE NO. Conocimiento de Embarque |

TRANSTAINER CORPORATION
3200 N.W. 112 AVENUE
MIAMI, FL 33122  USA

(3b) DATE Fecha **17 MAR 06**   CAMN   JAXS6M027101   FWDR. REF NO.

(4) EXPORT REFERENCES Referencias de Exportacion
MCN6023

(5) CONSIGNEE (Complete Name, Address, & Zip Code) Consignado a:
NOT NEGOTIABLE UNLESS CONSIGNED 'TO ORDER'    3263789-05

SEMANIC S.A.
ENTRADA A PORTEZUELO
110 VARAS AL LAGO
EDIFICIO ALMEXSA
MANAGUA, D.N.    NICARAGUA

(6) FORWARDING AGENT
Agente Embarcador - Referencias    FMC·2723    CHB N.

AIR-OCEANIC SERVICES, INC.
3200 N.W. 112 AVENUE
MIAMI, FL 33172

(7) NOTIFY PARTY (Complete Name, Address, & Zip Code)
Dirigir Notificación de Llegada a:

(8) ALSO NOTIFY - ROUTING & INSTRUCTIONS
Tambien Notificar - Ruta Doméstica/Instrucciones de Exportación

SEMANIC S.A.
ENTRADA A PORTEZUELO
110 VARAS AL LAGO
EDIFICIO ALMEXSA
MANAGUA, D.N.    NICARAGUA

N

(9) VESSEL Nave   VOYAGE Viaje   FLAG Bandera

745S    MH

CARIBE MERCHANT

(10) PLACE OF RECEIPT · Carga Recibida en:
MIAMI, FL
(13) PORT OF LOADING Puerto de Carga
PORT EVERGLADES, FL
(17) PLACE OF DELIVERY · Lugar de Entrega de la carga

(18) BILL TO (Complete Name, Address, & Zip Code):

TRANSTAINER CORPORATION
3200 N.W. 112 AVENUE
MIAMI, FL 33122  USA

(16) PORT OF DISCHARGE Puerto de Descarga

PUERTO CORTES, HONDURAS   MANAGUA, NICARAGUA   2492725-12

**PARTICULARS FURNISHED BY SHIPPER**

| (19) MARKS & NO'S. / CONTAINER NO'S. Marcas y Números | (20) NO. OF TRLS./ CONTS./PKGS./ No. de Furgones / Bultos | (21) HM | (22) DESCRIPTION OF CARGO Contenido Según Embarcador | (23) WEIGHT Libras/Kilos | (24) MEASUREMENT Medidas |
|---|---|---|---|---|---|
| SEMANIC MANAGUA NICARAGUA | 1 45FT | | S.L.A.C. FAK S.L.C. 188 BUNDLES S.L.C. RETREADING MATERIAL, HOSEHOLD GOODS, CABLE TV PARTS AND ACCESSORIES, NOZZLES AND OTHER ARTICLES AND PRODUCTS | 44375L 20128K | 3079F 87.189M |
| | | | CONTAINER# CMCZ 832733 SEAL# 1994-B02165322 S.L.C. FAK MATERIAL DE REENCAUCHE,ARTICULOS PARA EL HOGAR, PARTES Y ACCESORIOS PARA CABLE TV, REPUESTOS Y OTROS PRODUCTOS VARIOS | | |

F R E I G H T   P R E P A I D
THESE COMMODITIES, TECHNOLOGY OR SOFTWARE WERE EXPORTED FROM THE UNITED
STATES IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS. DIVERSION
CONTRARY TO U.S. LAW PROHIBITED.

"CARRIER RESERVES THE RIGHT TO REQUEST A DEPOSIT FOR THE USE OF ITS
EQUIPMENT BEYOND THE PORT"

AES DIRECT XTN 2006317045404

O

(25) **HAZARDOUS DECLARATION- THIS IS TO CERTIFY THAT THE ABOVE NAMED MATERIALS ARE PROPERLY PACKED, LOADED, CLASSIFIED, DESCRIBED, MARKED, LABELLED/PLACARDED, DESIGNATED AND ARE IN PROPER CONDITION FOR TRANSPOR- TATION ACCORDING TO ALL APPLICABLE REGULATIONS AS SPECIFIED IN CLAUSE 28. PROVIDE SHIPPER'S EMERG- ENCY RESPONSE CONTACT'S NAME AND TELEPHONE NUMBER INCLUDING AREA CODE IN THE SPACE PROVIDED.   CONTACT:   TEL NO.

| FREIGHT CHARGES Flete | RATED AS Flete Básico | PER | RATE Tarifa | TO BE PREPAID IN US DOLLARS Prepagado en Dolares U.S. | TO BE COLLECTED IN US DOLLARS A cobrar en Dolares U.S. | FOREIGN CURRENCY Moneda Local |
|---|---|---|---|---|---|---|
| | | | | | | |

C

| | TOTALS | | |
|---|---|---|---|

# INVOICE / FACTURA
# NOT FOR
# CARGO RELEASE

PAGE  1 OF  2

E

PAYMENT DUE 30 DAYS AFTER VESSEL SAIL DATE
Invoice Number is listed in box 3A

VAI

CROWLEY LINER SERVICES, INC.
REMIT TO: P.O. BOX 2684
CAROL STREAM, IL  60132-2684

CROWLEY LINER SERVICES INC

| | |
|---|---|
| (2) SHIPPER (Complete Name, Address, & Zip Code) Embarcador  2492725-12 | (3) BOOKING NO. Reserva No. CAT319600  (3c) SCAC Code  (3a) BILL OF LADING/INVOICE NO. Conocimiento de Embarque |

TRANSTAINER CORPORATION
3200 N.W. 112 AVENUE
MIAMI, FL 33122  USA

(3b) DATE Fecha
**17 MAR 06**   CAMN   JAXS6M027101

(4) EXPORT REFERENCES Referencias de Exportacion
MCN6023
FWDR. REF NO.

| (5) CONSIGNEE (Complete Name, Address, & Zip Code) Consignado a: NOT NEGOTIABLE UNLESS CONSIGNED 'TO ORDER'  3263789-05 | (6) FORWARDING AGENT Agente Embarcador - Referencias  FMC 2723 NO.  CMB N |
|---|---|

SEMANIC S.A.
ENTRADA A PORTEZUELO
110 VARAS AL LAGO
EDIFICIO ALMEXSA
MANAGUA, D.N.    NICARAGUA

AIR-OCEANIC SERVICES, INC.
3200 N.W. 112 AVENUE
MIAMI, FL 33172

(7) NOTIFY PARTY (Complete Name, Address, & Zip Code) Dirigir Notificación de Llegada a:

(8) ALSO NOTIFY - ROUTING & INSTRUCTIONS Tambien Notificar - Ruta Doméstica/Instrucciones de Exportación

SEMANIC S.A.
ENTRADA A PORTEZUELO
110 VARAS AL LAGO
EDIFICIO ALMEXSA
MANAGUA, D.N.    NICARAGUA

N

| (9) VESSEL Nave  VOYAGE Viaje  FLAG Bandera | (10) PLACE OF RECEIPT * Carga Recibida en: | (18) BILL TO (Complete Name, Address, & Zip Code): |
|---|---|---|
| 745S       MH | MIAMI, FL | TRANSTAINER CORPORATION |

CARIBE MERCHANT

(13) PORT OF LOADING Puerto de Carga
PORT EVERGLADES, FL

3200 N.W. 112 AVENUE
MIAMI, FL 33122  USA

(16) PORT OF DISCHARGE Puerto de Descarga

(17) PLACE OF DELIVERY * Lugar de Entrega de la carga

PUERTO CORTES, HONDURAS  MANAGUA, NICARAGUA  2492725-12

**PARTICULARS FURNISHED BY SHIPPER**

| (19) MARKS & NO'S. / CONTAINER NO'S. Marcas y Números | (20) NO. OF TRLS./ CONTS. / PKGS./ No. de Furgones / Bultos | (21) HM | (22) DESCRIPTION OF CARGO Contenido Según Embarcador | (23) WEIGHT Libras/Kilos | (24) MEASUREMENT Medidas |
|---|---|---|---|---|---|
| SC# 0505-5292 | | | | | |
| D/R    EQUIP  ID    SEAL# CMCZ  832733 001994 | | | B02165322 | WEIGHT 44375L | CUBE 3079F |

O

(25) **HAZARDOUS DECLARATION - THIS IS TO CERTIFY THAT THE ABOVE NAMED MATERIALS ARE PROPERLY PACKED, LOADED, CLASSIFIED, DESCRIBED, MARKED, LABELLED/PLACARDED, DESIGNATED AND ARE IN PROPER CONDITION FOR TRANSPOR- TATION ACCORDING TO ALL APPLICABLE REGULATIONS AS SPECIFIED IN CLAUSE 26. PROVIDE SHIPPER'S EMERG- ENCY RESPONSE CONTACT'S NAME AND TELEPHONE NUMBER INCLUDING AREA CODE IN THE SPACE PROVIDED.
CONTACT:                     TEL NO.

| FREIGHT CHARGES Flete | RATED AS Flete Básico | PER | RATE Tarifa | TO BE PREPAID IN US DOLLARS Prepagado en Dolares U.S. | TO BE COLLECTED IN US DOLLARS A cobrar en Dolares U.S. | FOREIGN CURRENCY Moneda Local |
|---|---|---|---|---|---|---|
| OCEAN FREIGHT | 1.000 | PTT | 2335.00 | 2335.00 | | |
| FUEL USAGE/ADJ | 1.000 | PTT | 410.00 | 410.00 | | |
| GRI | 1.000 | PTT | 75.00 | 75.00 | | |
| PRE-CARRIAGE | 1.000 | PTT | 300.00 | 300.00 | | |
| SECURITY/NON US | 1.000 | PTT | 20.00 | 20.00 | | |
| SECURITY/U.S. | 1.000 | PTT | 112.00 | 112.00 | | |

C

| | TOTALS | |
|---|---|---|
| | 3252.00 | |

# INVOICE / FACTURA
# NOT FOR
# CARGO RELEASE     PAGE 2 OF 2

E

PAYMENT DUE 30 DAYS AFTER VESSEL SAIL DATE
Invoice Number is listed in box 3A

VAI

CROWLEY LINER SERVICES INC

**CROWLEY LINER SERVICES, INC.**
REMIT TO: P.O. BOX 2684
CAROL STREAM, IL  60132-2684

| (2) SHIPPER (Complete Name, Address, & Zip Code) Embarcador | 2492725-12 | (3) BOOKING NO. Reserva No. | (3c) SCAC Code | (3a) BILL OF LADING/INVOICE NO. Conocimiento de Embarque |
|---|---|---|---|---|
| TRANSTAINER CORPORATION 3200 N.W. 112 AVENUE MIAMI, FL 33172 USA | | CAT905517 (3b) DATE Fecha **11 MAR 06** | CAMN | JAXS6M024758 |

(4) EXPORT REFERENCES Referencias de Exportacion     FWDR. REF NO.

OCN0000410

| (5) CONSIGNEE (Complete Name, Address, & Zip Code) Consignado a: NOT NEGOTIABLE UNLESS CONSIGNED 'TO ORDER' | 2492725-14 | (6) FORWARDING AGENT Agente Embarcador - Referencias | FMC. NO. | CMB N |
|---|---|---|---|---|
| TRANSTAINER HONDURAS CORP. EDIFICIO BANCO ATLANTIDA 10 PISO LOCAL NO. 1005 SAN PEDRO SULA     HONDURAS | | | | |

| (7) NOTIFY PARTY (Complete Name, Address, & Zip Code) Dirigir Notificación de Llegada a: | (8) ALSO NOTIFY - ROUTING & INSTRUCTIONS Tambien Notificar - Ruta Doméstica/Instrucciones de Exportación |
|---|---|
| | SCN: 0505-5292 |

N

| (9) VESSEL Nave   VOYAGE Viaje   FLAG Bandera | (10) PLACE OF RECEIPT Carga Recibida en: | (18) BILL TO (Complete Name, Address, & Zip Code): |
|---|---|---|
| 741S       MH | MIAMI, FL | TRANSTAINER CORPORATION |
| CROWLEY SENATOR | (13) PORT OF LOADING Puerto de Carga | 3200 N.W. 112 AVENUE MIAMI, FL 33172 USA |
| | PORT EVERGLADES, FL | |
| (16) PORT OF DISCHARGE Puerto de Descarga | (17) PLACE OF DELIVERY Lugar de Entrega de la carga | |
| PTO CORTES | SAN PEDRO SULA,HN | 2492725-12 |

**PARTICULARS FURNISHED BY SHIPPER**

| (19) MARKS & NO'S. / CONTAINER NO'S. Marcas y Números | (20) NO. OF TRLS./ CONTS./PKGS./ No. de Furgones / Bultos | (21) HM | (22) DESCRIPTION OF CARGO Contenido Según Embarcador | (23) WEIGHT Libras/Kilos | (24) MEASUREMENT Medidas |
|---|---|---|---|---|---|
| CMCU5536455 | 1 40FT | | NOR CONTAINER NO. CMCU5536455 SEAL NO: 000568-B02163627 TOTAL: 132 PIECES FAK: SHOES, POOL SUPPLIES, PHOTOCOPIERS | 33485L 15188.80K | |
| | | | NO SED REQUIRED SEC. 30.55H | | |
| | | | F R E I G H T   P R E P A I D | | |
| | | | "CARRIER RESERVES THE RIGHT TO REQUEST A DEPOSIT FOR THE USE OF ITS EQUIPMENT BEYOND THE PORT" | | |

| D/R | EQUIP CMCU | ID 5536455 | SEAL# 000568 | B02163627 | WEIGHT 33485L | CUBE |
|---|---|---|---|---|---|---|

(25) **HAZARDOUS DECLARATION - THIS IS TO CERTIFY THAT THE ABOVE NAMED MATERIALS ARE PROPERLY PACKED, LOADED, CLASSIFIED, DESCRIBED, MARKED, LABELLED/PLACARDED, DESIGNATED AND ARE IN PROPER CONDITION FOR TRANSPORTATION ACCORDING TO ALL APPLICABLE REGULATIONS AS SPECIFIED IN CLAUSE 26. PROVIDE SHIPPERS'S EMERGENCY RESPONSE CONTACT'S NAME AND TELEPHONE NUMBER INCLUDING AREA CODE IN THE SPACE PROVIDED.     CONTACT:        TEL NO.

| FREIGHT CHARGES Flete | RATED AS Flete Básico | PER | RATE Tarifa | TO BE PREPAID IN US DOLLARS Prepagado en Dolares U.S. | TO BE COLLECTED IN US DOLLARS A cobrar en Dolares U.S. | FOREIGN CURRENCY Moneda Local |
|---|---|---|---|---|---|---|
| OCEAN FREIGHT | 1.000 | PTT | 1335.00 | 1335.00 | | |
| FUEL USAGE/ADJ | 1.000 | PTT | 360.00 | 360.00 | | |
| HN GAMMA RAY | 1.000 | PTT | 15.00 | 15.00 | | |
| GRI | 1.000 | PTT | 75.00 | 75.00 | | |
| PRE-CARRIAGE | 1.000 | PTT | 300.00 | 300.00 | | |
| SECURITY/NON US | 1.000 | PTT | 20.00 | 20.00 | | |
| SECURITY/U.S. | 1.000 | PTT | 100.00 | 100.00 | | |

C

| | TOTALS | | | 2205.00 | | |

# INVOICE / FACTURA
# NOT FOR
# CARGO RELEASE

PAGE  1 OF  1

E

PAYMENT DUE 30 DAYS AFTER VESSEL SAIL DATE
Invoice Number is listed in box 3A

VAI

CROWLEY LINER SERVICES, INC.

CROWLEY LINER SERVICES INC

REMIT TO: P.O. BOX 2684
CAROL STREAM, IL  60132-2684

| (2) SHIPPER (Complete Name, Address, & Zip Code) Embarcador | 2492725-12 | (9) BOOKING NO. Reserva No.<br>CAT822046 | (3c) SCAC<br>Code | (3a) BILL OF LADING/INVOICE NO.<br>Conocimiento de Embarque |
|---|---|---|---|---|
| TRANSTAINER CORPORATION<br>3200 N.W. 112 AVENUE<br>MIAMI, FL 33172 USA | | (3b) DATE Fecha<br>10 MAR 06 | CAMN | JAXS6M024187  FWDR.<br>REF NO. |
| | | (4) EXPORT REFERENCES<br>Referencias de Exportación<br>MCN6021 | | |

| (5) CONSIGNEE (Complete Name, Address, & Zip Code) Consignado a:<br>NOT NEGOTIABLE UNLESS CONSIGNED 'TO ORDER' | 3263789-05 | (6) FORWARDING AGENT<br>Agente Embarcador - Referencias | FMC:2723<br>NO. | CHB<br>NO. |
|---|---|---|---|---|
| SEMANIC S.A.<br>ENTRADA A PORTEZUELO<br>110 VARAS AL LAGO<br>EDIFICIO ALMEXSA<br>MANAGUA, D.N        NICARAGUA | | AIR OCEANIC SERVICES. INC.<br>3200 N.W. 112 AVENUE<br>MIAMI, FL 33172 | | |

(7) NOTIFY PARTY (Complete Name, Address, & Zip Code)
Dirigir Notificación de Llegada a:

(8) ALSO NOTIFY - ROUTING & INSTRUCTIONS
Tambien Notificar - Ruta Doméstica/Instrucciones de Exportación

SEMANIC S.A.
ENTRADA A PORTEZUELO
110 VARAS AL LAGO
EDIFICIO ALMEXSA
MANAGUA, D.N        NICARAGUA

| (9) VESSEL Nave   VOYAGE Viaje   FLAG Bandera | (10) PLACE OF RECEIPT *<br>Carga Recibido en: | (18) BILL TO (Complete Name, Address, & Zip Code): |
|---|---|---|
| 740S   MH | MIAMI, FL | TRANSTAINER CORPORATION<br>3200 N.W. 112 AVENUE<br>MIAMI, FL 33172 USA |
| MAR CARIBE | (13) PORT OF LOADING Puerto de Carga<br>PORT EVERGLADES, FL | |
| (16) PORT OF DISCHARGE Puerto de Descarga | (17) PLACE OF DELIVERY *<br>Lugar de Entrega de la carga | |
| PUERTO CORTES,HONDURAS | MANAGUA, NICARAGUA | 2492725-12 |

PARTICULARS FURNISHED BY SHIPPER

| (19) MARKS & NO'S. /<br>CONTAINER NO'S.<br>Marcas y Números | (20) NO. OF TRLS./<br>CONT'S / PKGS./<br>No. de Furgones<br>/ Bultos | (21)<br>HM<br>** | (22)<br>DESCRIPTION OF CARGO Contenido Según Embarcador | (23) WEIGHT<br>Libras/Kilos | (24) MEASUREMENT<br>Medidas |
|---|---|---|---|---|---|
| .<br>SEMANIC<br>MANAGUA<br>NICARAGUA<br>-------- | 1<br>45FT | | (102) S.L.A.C. 323 BULTOS S.L.C. FAK,<br>TIRES,<br>FAN,MOLDING MATERIAL, COMPUTER PARTS,<br>OFFICE SUPPLI<br>AND OTHER ARTICLES AND PRODUCTS<br>.<br>.<br>==========================================<br>.<br>CONTAINER # CMCZ831864 SEAL # 000572-<br>B02163812<br>S.L.C. LLANTAS, PARTES PARA COMPUTADORAS,<br>VENTILADORES Y OTROS ARTICULOS Y PRODUCTOS<br>VARIOS<br>. | 49980L<br>22670K | 3130F<br>94.523M |

AES DIRECT
XTN
20060309040766
THESE COMMODITIES, TECHNOLOGY OR SOFTWARE WERE EXPORTED FROM THE UNITED
STATES IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS. DIVERSION
CONTRARY TO U.S. LAW PROHIBITED.

S.C. # 0505-9252

F R E I G H T    P R E P A I D

(25) **HAZARDOUS DECLARATION - THIS IS TO CERTIFY THAT THE ABOVE NAMED MATERIALS ARE PROPERLY PACKED, LOADED,
CLASSIFIED, DESCRIBED, MARKED, LABELLED/PLACARDED, DESIGNATED AND ARE IN PROPER CONDITION FOR TRANSPOR-
TATION ACCORDING TO ALL APPLICABLE REGULATIONS AS SPECIFIED IN CLAUSE 26. PROVIDE SHIPPER'S & EMERG-
ENCY RESPONSE CONTACT'S NAME AND TELEPHONE NUMBER INCLUDING AREA CODE IN THE SPACE PROVIDED.

CONTACT:                    TEL NO.

| FREIGHT CHARGES Flete | RATED AS<br>Flete Básico | PER | RATE Tarifa | TO BE PREPAID IN US DOLLARS<br>Prepagado en Dolares U.S. | TO BE COLLECTED IN US DOLLARS<br>A Cobrar en Dolares U.S. | FOREIGN CURRENCY<br>Moneda Local |
|---|---|---|---|---|---|---|
| | | | TOTALS | | | |

# INVOICE / FACTURA
# NOT FOR
# CARGO RELEASE

PAGE  1 OF  2

PAYMENT DUE 30 DAYS AFTER VESSEL SAIL DATE
Invoice Number is listed in box 3A

VAI

CROWLEY LINER SERVICES INC

CROWLEY LINER SERVICES, INC.
REMIT TO: P.O. BOX 2684
CAROL STREAM, IL  60132-2684

| (2) SHIPPER (Complete Name, Address, & Zip Code) Embarcador | 2492725-12 |
|---|---|

TRANSTATION CORPORATION
3200 N.W. 112 AVENUE
MIAMI, FL 33172 USA

| (5) BOOKING NO. Reserva No. | (3c) SCAC Code | (3a) BILL OF LADING/INVOICE NO. Conocimiento de Embarque |
|---|---|---|
| CAT822046 | | |

| (3b) DATE Fecha | | |
|---|---|---|
| 10 MAR 06 | CAMN | JAXS6M024187 |

(4) EXPORT REFERENCES Referencias de Exportacion    FWDR. REF NO.

MCN6021

| (5) CONSIGNEE (Complete Name, Address, & Zip Code) Consignado a: NOT NEGOTIABLE UNLESS CONSIGNED 'TO ORDER' | 3263789-05 |
|---|---|

SEMANIC S.A.
ENTRADA A PORTEZUELO
110 VARAS AL LAGO
EDIFICIO ALMEXSA
MANAGUA, D.N        NICARAGUA

| (6) FORWARDING AGENT Agente Embarcador - Referencias | FMC: 2723 NO. | CHB N. |
|---|---|---|

AIR OCEANIC SERVICES. INC.
3200 N.W. 112 AVENUE
MIAMI, FL 33172

(7) NOTIFY PARTY (Complete Name, Address, & Zip Code) Dirigir Notificación de Llegada a:

(8) ALSO NOTIFY - ROUTING & INSTRUCTIONS Tambien Notificar - Ruta Doméstica/Instrucciones de Exportación

SEMANIC S.A.
ENTRADA A PORTEZUELO
110 VARAS AL LAGO
EDIFICIO ALMEXSA
MANAGUA, D.N        NICARAGUA

N

| (9) VESSEL Nave   VOYAGE Viaje   FLAG Bandera | (10) PLACE OF RECEIPT Carga Recibida en: |
|---|---|

740S   MH

MAR CARIBE

MIAMI, FL

(13) PORT OF LOADING Puerto de Carga

PORT EVERGLADES, FL

(16) PORT OF DISCHARGE Puerto de Descarga

(17) PLACE OF DELIVERY Lugar de Entrega de la carga

PUERTO CORTES,HONDURAS    MANAGUA, NICARAGUA

(18) BILL TO (Complete Name, Address, & Zip Code):

TRANSTAINER CORPORATION
3200 N.W. 112 AVENUE
MIAMI, FL 33172 USA

2492725-12

PARTICULARS FURNISHED BY SHIPPER

| (19) MARKS & NO'S. / CONTAINER NO'S. Marcas y Números | (20) NO. OF TRLRS./ CONTS./ PKGS./ No. de Furgones / Bultos | (21) HM | (22) DESCRIPTION OF CARGO Contenido Según Embarcador | (23) WEIGHT Libras/Kilos | (24) MEASUREMENT Medidas |
|---|---|---|---|---|---|
| | | | "CARRIER RESERVES THE RIGHT TO REQUEST A DEPOSIT FOR THE USE OF ITS EQUIPMENT BEYOND THE PORT" | | |
| D/R   EQUIP CMCZ | ID 831864 | SEAL 000572 | B02163812 | WEIGHT 49980L | CUBE 3130F |

O

(26) **HAZARDOUS DECLARATION - THIS IS TO CERTIFY THAT THE ABOVE NAMED MATERIALS ARE PROPERLY PACKED, LOADED, CLASSIFIED, DESCRIBED, MARKED, LABELLED/PLACARDED, DESIGNATED AND ARE IN PROPER CONDITION FOR TRANSPOR-TATION ACCORDING TO ALL APPLICABLE REGULATIONS AS SPECIFIED IN CLAUSE 26. PROVIDE SHIPPER'S & EMERG-ENCY RESPONSE CONTACT'S NAME AND TELEPHONE NUMBER INCLUDING AREA CODE IN THE SPACE PROVIDED.

CONTACT:        TEL NO.

| FREIGHT CHARGES Flete | RATED AS Flete Básico | PER | RATE Tarifa | TO BE PREPAID IN US DOLLARS Prepagado en Dolares U.S. | TO BE COLLECTED IN US DOLLARS A cobrar en Dolares U.S. | FOREIGN CURRENCY Moneda Local |
|---|---|---|---|---|---|---|
| OCEAN FREIGHT | 1.000 | PTT | 2335.00 | 2335.00 | | |
| FUEL USAGE/ADJ | 1.000 | PTT | 410.00 | 410.00 | | |
| GRI | 1.000 | PTT | 75.00 | 75.00 | | |
| PRE-CARRIAGE | 1.000 | PTT | 300.00 | 300.00 | | |
| SECURITY/NON US | 1.000 | PTT | 20.00 | 20.00 | | |
| SECURITY/U.S. | 1.000 | PTT | 112.00 | 112.00 | | |

C

| TOTALS | 3252.00 |
|---|---|

# INVOICE / FACTURA
# NOT FOR
# CARGO RELEASE

PAGE  2 OF  2

E

PAYMENT DUE 30 DAYS AFTER VESSEL SAIL DATE
Invoice Number is listed in box 3A

VAI

CROWLEY LINER SERVICES INC

CROWLEY LINER SERVICES, INC.
REMIT TO: P.O. BOX 2684
CAROL STREAM, IL  60132-2684

(2) SHIPPER (Complete Name, Address, & Zip Code) Embarcador   2492725-12

(0) BOOKING NO. Reserva No.
CAT836185

(3c) SCAC Code

(3a) BILL OF LADING/INVOICE NO.
Conocimiento de Embarque

TRANSTAINER CORPORATION
3200 N.W. 112 AVENUE
MIAMI, FL 33172 USA

(3b) DATE Fecha
10 MAR 06     CAMN

JAXS6M024224

(4) EXPORT REFERENCES
Referencias de Exportacion

FWDR.
REF NO.

MCN6018

(5) CONSIGNEE (Complete Name, Address, & Zip Code) Consignado a:
NOT NEGOTIABLE UNLESS CONSIGNED 'TO ORDER'   3263789-05

(6) FORWARDING AGENT
Agente Embarcador - Referencias

FMC 2723
NO.

CHB
NO.

SEMANIC S.A.
ENTRADA A PORTEZUELO
110 VARAS AL LAGO
EDIFICIO ALMEXSA
MANAGUA, D.N    NICARAGUA

AIR OCEANIC SERVICES. INC.
3200 N.W. 112 AVENUE
MIAMI, FL 33172

(7) NOTIFY PARTY (Complete Name, Address, & Zip Code)
Dirigir Notificación de Llegada a:

(8) ALSO NOTIFY - ROUTING & INSTRUCTIONS
Tambien Notificar - Ruta Doméstica/Instrucciones de Exportación

SEMANIC S.A.
ENTRADA A PORTEZUELO
110 VARAS AL LAGO
EDIFICIO ALMEXSA
MANAGUA, D.N    NICARAGUA

| (9) VESSEL Nave   VOYAGE Viaje   FLAG Bandera | (10) PLACE OF RECEIPT Carga Recibida en: | (18) BILL TO (Complete Name, Address, & Zip Code): |
|---|---|---|

740S    MH

MIAMI, FL

(13) PORT OF LOADING Puerto de Carga

MAR CARIBE

PORT EVERGLADES, FL

TRANSTAINER CORPORATION
3200 N.W. 112 AVENUE
MIAMI, FL 33172 USA

(16) PORT OF DISCHARGE Puerto de Descarga
PUERTO CORTES, HONDURAS

(17) PLACE OF DELIVERY *
Lugar de Entrega de la carga
MANAGUA, NICARAGUA

2492725-12

PARTICULARS FURNISHED BY SHIPPER

| (19) MARKS & NO'S. / CONTAINER NO'S. Marcas y Números | (20) NO. OF TRLR./ CONTS. / PKGS./ No. de Furgones / Bultos | (21) HM | (22) DESCRIPTION OF CARGO Contenido Según Embarcador | (23) WEIGHT Libras/Kilos | (24) MEASUREMENT Medidas |
|---|---|---|---|---|---|
| SEMANIC MANAGUA NICARAGUA ------------ | 1 45FT | Y | S.L.201 BULTOS. FAK S.L.C. SOLVENTES Y FILTROS, EQUIPAJE NO ACOMPANADO, ROPA INTERIOR DE MUJER, AUTO PARTS, ELECTRONICOS APLIANCES, RESIN Y OTROS ARTICULOS Y PRODUCTOS VARIOS =================================== CONTAINER CMCZ832459 SEAL # 000557- B02163353 201 BULTOS S.L.C. FILTER, SOLVENTS, APLIANCES, RESINI, AUTO PARTS, ELECTRONICS, MARINE ACCESORIES AND OTEHR ARTICLES AND PRODUCTS =================================== HAZARDOUS CARGO 233 BOXES POLYESTER RESIN KIT CLASS 3 UN 3269 PG III LIMITED QUANTITY 1 FIBER BOX NITROCELLUYLOSE MEMBRANE FILTERS CLASS 4.1 UN 3270 PG II LIMITED QUANTITY | 35146L 15942K | 3145F 89.058M |

(25) **HAZARDOUS DECLARATION - THIS IS TO CERTIFY THAT THE ABOVE NAMED MATERIALS ARE PROPERLY PACKED, LOADED, CLASSIFIED, DESCRIBED, MARKED, LABELLED/PLACARDED, DESIGNATED AND ARE IN PROPER CONDITION FOR TRANSPORTATION ACCORDING TO ALL APPLICABLE REGULATIONS AS SPECIFIED IN CLAUSE 26. PROVIDE SHIPPER'S EMERGENCY RESPONSE CONTACT'S NAME AND TELEPHONE NUMBER INCLUDING AREA CODE IN THE SPACE PROVIDED.

CONTACT:
CHEMTREL

TEL NO.
18002553924

| FREIGHT CHARGES Flete | RATED AS Flete Básico | PER | RATE Tarifa | TO BE PREPAID IN US DOLLARS Prepagado en Dolares U.S. | TO BE COLLECTED IN US DOLLARS A Cobrar en Dolares U.S. | FOREIGN CURRENCY Moneda Local |
|---|---|---|---|---|---|---|
| | | | TOTALS | | | |

# INVOICE / FACTURA
# NOT FOR
# CARGO RELEASE

PAGE  1 OF  2

PAYMENT DUE 30 DAYS AFTER VESSEL SAIL DATE
Invoice Number is listed in box 3A

VAI

**CROWLEY LINER SERVICES INC**

CROWLEY LINER SERVICES, INC.
REMIT TO: P.O. BOX 2684
CAROL STREAM, IL  60132-2684

| (2) SHIPPER (Complete Name, Address, & Zip Code) Embarcador | 2492725-12 | (3) BOOKING NO. Reserva No. | (3c) SCAC Code | (3a) BILL OF LADING/INVOICE NO. Conocimiento de Embarque |
|---|---|---|---|---|
| TRANSTAINER CORPORATION 3200 N.W. 112 AVENUE MIAMI, FL 33172 USA | | CAT836185 (3b) DATE Fecha 10 MAR 06 | CAMN | JAXS6M024224 |

(4) EXPORT REFERENCES Referencias de Exportación
FWDR. REF NO.

MCN6018

| (5) CONSIGNEE (Complete Name, Address, & Zip Code) Consignado a: NOT NEGOTIABLE UNLESS CONSIGNED 'TO ORDER' | 3263789-05 |
|---|---|
| SEMANIC S.A. ENTRADA A PORTEZUELO 110 VARAS AL LAGO EDIFICIO ALMEXSA MANAGUA, D.N      NICARAGUA | |

(6) FORWARDING AGENT Agente Embarcador - Referencias    FMC 2723   CHB NO.

AIR OCEANIC SERVICES. INC.
3200 N.W. 112 AVENUE
MIAMI, FL 33172

(7) NOTIFY PARTY (Complete Name, Address, & Zip Code) Dirigir Notificación de Llegada a:

(8) ALSO NOTIFY - ROUTING & INSTRUCTIONS Tambien Notificar - Ruta Doméstica/Instrucciones de Exportación

SEMANIC S.A.
ENTRADA A PORTEZUELO
110 VARAS AL LAGO
EDIFICIO ALMEXSA
MANAGUA, D.N      NICARAGUA

N

| (9) VESSEL Nave   VOYAGE Viaje   FLAG Bandera | (10) PLACE OF RECEIPT Carga Recibida en: |
|---|---|
| 740S     MH    MAR CARIBE | MIAMI, FL (13) PORT OF LOADING Puerto de Carga PORT EVERGLADES, FL |

(18) BILL TO (Complete Name, Address, & Zip Code):

TRANSTAINER CORPORATION
3200 N.W. 112 AVENUE
MIAMI, FL 33172 USA

| (16) PORT OF DISCHARGE Puerto de Descarga | (17) PLACE OF DELIVERY Lugar de Entrega de la carga | |
|---|---|---|
| PUERTO CORTES,HONDURAS | MANAGUA, NICARAGUA | 2492725-12 |

**PARTICULARS FURNISHED BY SHIPPER**

| (19) MARKS & NO'S / CONTAINER NO'S. Marcas y Números | (20) NO. OF TRLRS./ CONTS./ PKGS./ No. de Furgones / Bultos | (21) HM | (22) DESCRIPTION OF CARGO Contenido Según Embarcador | (23) WEIGHT Libras/Kilos | (24) MEASUREMENT Medidas |
|---|---|---|---|---|---|
| AES DIREC XTN 966706405104611 20060309037354 | | | 9 FIBERBOARD BOX WTHYL MATHYL KETONE IN UN 3 UN 1193 PG II LIMITED QUANTITY  S.C. #0505-5292  F R E I G H T   P R E P A I D THESE COMMODITIES, TECHNOLOGY OR SOFTWARE WERE EXPORTED FROM THE UNITED STATES IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS DIVERSION CONTRARY TO U.S. LAW PROHIBITED.  "CARRIER RESERVES THE RIGHT TO REQUEST A DEPOSIT FOR THE USE OF ITS EQUIPMENT BEYOND THE PORT" | | O |

| D/R | EQUIP ID CMCZ   832459 | SEAL# 000557 | B02163353 | WEIGHT 35146L | CUBE 3145F |
|---|---|---|---|---|---|

(25) **HAZARDOUS DECLARATION- THIS IS TO CERTIFY THAT THE ABOVE NAMED MATERIALS ARE PROPERLY PACKED, LOADED, CLASSIFIED, DESCRIBED, MARKED, LABELLED/PLACARDED, DESIGNATED AND ARE IN PROPER CONDITION FOR TRANSPOR- TATION ACCORDING TO ALL APPLICABLE REGULATIONS AS SPECIFIED IN CLAUSE 26. PROVIDE SHIPPERS EMERG- ENCY RESPONSE CONTACT'S NAME AND TELEPHONE NUMBER INCLUDING AREA CODE IN THE SPACE PROVIDED.

CONTACT: CHEMTREL     TEL NO. 18002553924

| FREIGHT CHARGES Flete | RATED AS Flete Básico | PER | RATE Tarifa | TO BE PREPAID IN US DOLLARS Prepagado en Dolares U.S. | TO BE COLLECTED IN US DOLLARS A Cobrar en Dolares U.S. | FOREIGN CURRENCY Moneda Local |
|---|---|---|---|---|---|---|
| OCEAN FREIGHT | 1.000 | PTT | 2335.00 | 2335.00 | | |
| FUEL USAGE/ADJ | 1.000 | PTT | 410.00 | 410.00 | | |
| GRI | 1.000 | PTT | 75.00 | 75.00 | | |
| HAZ CRG SURCHAR | 1.000 | PTT | 150.00 | 150.00 | | |
| PRE-CARRIAGE | 1.000 | PTT | 300.00 | 300.00 | | |
| SECURITY/NON US | 1.000 | PTT | 20.00 | 20.00 | | |
| SECURITY/U.S. | 1.000 | PTT | 112.00 | 112.00 | | |
| | | | | | | C |
| | | TOTALS | | 3402.00 | | E |

# INVOICE / FACTURA
# NOT FOR
# CARGO RELEASE

PAGE  2 OF  2

PAYMENT DUE 30 DAYS AFTER VESSEL SAIL DATE
Invoice Number is listed in box 3A

VAI

CROWLEY LINER SERVICES INC

CROWLEY LINER SERVICES, INC.
REMIT TO: P.O. BOX 2684
CAROL STREAM, IL  60132-2684

| (2) SHIPPER (Complete Name, Address, & Zip Code) Embarcador | 2492725-12 | (3c) SCAC Code | (3a) BILL OF LADING/INVOICE NO. Conocimiento de Embarque |
|---|---|---|---|
| TRANSTAINER CORP. 3200 NW 112TH AVE MIAMI, FL. 33172  US | (3) BOOKING NO. Reserva No. CAT908363 (3b) DATE Fecha 10 MAR 06 | CAMN | JAXS6M024730 PWDR. REF NO. |

(4) EXPORT REFERENCES Referencias de Exportacion

OCN0000411

| (5) CONSIGNEE (Complete Name, Address, & Zip Code) Consignado a: NOT NEGOTIABLE UNLESS CONSIGNED 'TO ORDER' | 1270486-08 | (6) FORWARDING AGENT Agente Embarcador - Referencias | FMC. NO. | CHB N |
|---|---|---|---|---|
| CONSOLIDACIONES DEL VALLE CENTRAL MALL EL DORADO LOCAL #9 SAN JOSE,   CR | | | | |

| (7) NOTIFY PARTY (Complete Name, Address, & Zip Code) Dirigir Notificación de Llegada a: | (8) ALSO NOTIFY - ROUTING & INSTRUCTIONS Tambien Notificar - Ruta Domestica/Instrucciones de Exportación |
|---|---|
| | SCN 0505-5292 |

| (9) VESSEL Nave    VOYAGE Viaje    FLAG Bandera | (10) PLACE OF RECEIPT · Carga Recibida en: | (18) BILL TO (Complete Name, Address, & Zip Code): |
|---|---|---|
| 020S       MH | MIAMI, FL | TRANSTAINER CORP. 3200 NW 112TH AVE MIAMI, FL. 33172  US |
| CROWLEY UNIVERSE | (13) PORT OF LOADING Puerto de Carga PORT EVERGLADES, FL | |
| (16) PORT OF DISCHARGE Puerto de Descarga | (17) PLACE OF DELIVERY · Lugar de Entrega de la carga | |
| PUERTO LIMON | SAN JOSE, CR | 2492725-12 |

PARTICULARS FURNISHED BY SHIPPER

| (19) MARKS & NO'S. / CONTAINER NO'S. Marcas y Números | (20) NO. OF TRLS./ CONTS./ PKGS./ No. de Furgones / Bultos | (21) HM | (22) DESCRIPTION OF CARGO Contenido Según Embarcador | (23) WEIGHT Libras/Kilos | (24) MEASUREMENT Medidas |
|---|---|---|---|---|---|
| . CMCU4937604 | 1 40FT | | HC CONTAINER NO.CMCU4937406 SEAL NO.000504-B02163671 SLC:FAK ACRYLIC SHEETS, SPARE PARTS, BLINDS MATERIAL TOTAL 99 PIECES  AES ITN: X20060308016029 X20060310016116  F R E I G H T   P R E P A I D  "CARRIER RESERVES THE RIGHT TO REQUEST A DEPOSIT FOR THE USE OF ITS EQUIPMENT BEYOND THE PORT"  SHIPPER LOAD AND COUNT | 35706L 16197K | |

| D/R | EQUIP CMCU | ID 4937406 | SEAL# 000504 | B02163671 | WEIGHT 35706L | CUBE |
|---|---|---|---|---|---|---|

(25) **HAZARDOUS DECLARATION - THIS IS TO CERTIFY THAT THE ABOVE NAMED MATERIALS ARE PROPERLY PACKED, LOADED, CLASSIFIED, DESCRIBED, MARKED, LABELLED/PLACARDED, DESIGNATED AND ARE IN PROPER CONDITION FOR TRANSPOR-TATION ACCORDING TO ALL APPLICABLE REGULATIONS AS SPECIFIED IN CLAUSE 28. PROVIDE SHIPPER'S & EMERG-ENCY RESPONSE CONTACT'S NAME AND TELEPHONE NUMBER INCLUDING AREA CODE IN THE SPACE PROVIDED.

CONTACT:                          TEL NO.

| FREIGHT CHARGES Flete | RATED AS Flete Básico | PER | RATE Tarifa | TO BE PREPAID IN US DOLLARS Prepagado en Dolares U.S. | TO BE COLLECTED IN US DOLLARS A cobrar en Dolares U.S. | FOREIGN CURRENCY Moneda Local |
|---|---|---|---|---|---|---|
| OCEAN FREIGHT | 1.000 | PTT | 1780.00 | 1780.00 | | |
| FUEL USAGE/ADJ | 1.000 | PTT | 360.00 | 360.00 | | |
| GRI | 1.000 | PTT | 35.00 | 35.00 | | |
| PRE-CARRIAGE | 1.000 | PTT | 300.00 | 300.00 | | |
| SECURITY/U.S. | 1.000 | PTT | 100.00 | 100.00 | | |
| TOTALS | | | | 2575.00 | | |

# INVOICE / FACTURA
# NOT FOR
# CARGO RELEASE

PAGE  1 OF  1

PAYMENT DUE 30 DAYS AFTER VESSEL SAIL DATE
Invoice Number is listed in box 3A

VAI

CROWLEY LINER SERVICES INC

**CROWLEY LINER SERVICES, INC.**
REMIT TO: P.O. BOX 2684
CAROL STREAM, IL  60132-2684

| (2) SHIPPER (Complete Name, Address, & Zip Code) Embarcador | 2492725-16 | (3) BOOKING NO. Reserva No. | (3c) SCAC Code | (3a) BILL OF LADING/INVOICE NO. Conocimiento de Embarque |
|---|---|---|---|---|

(2) SHIPPER (Complete Name, Address, & Zip Code) Embarcador     2492725-16

(3) BOOKING NO. Reserva No.
CAT907011
(3b) DATE Fecha
10 MAR 06     CAMN     JAXS6M024735
(4) EXPORT REFERENCES Referencias de Exportación
REF OCN.0000412
FWDR. REF NO.

TRANSTAINER CORP.
8120 N.W. 29 STREET
MIAMI, FL. 33122  US

(5) CONSIGNEE (Complete Name, Address, & Zip Code) Consignado a:
NOT NEGOTIABLE UNLESS CONSIGNED 'TO ORDER'     2917467-05

(6) FORWARDING AGENT
Agente Embarcador - Referencias

FMC. NO.

CHB N

CONSOLIDACIONES DEL VALLE
CENTRAL
MALL EL DORADO
LOCAL #9
SAN JOSE,     CR

(7) NOTIFY PARTY (Complete Name, Address, & Zip Code)
Dirigir Notificación de Llegada a:

(8) ALSO NOTIFY - ROUTING & INSTRUCTIONS
Tambien Notificar - Ruta Domestica/Instrucciones de Exportación

N

| (9) VESSEL Nave   VOYAGE Viaje   FLAG Bandera | (10) PLACE OF RECEIPT Carga Recibida en: | (18) BILL TO (Complete Name, Address, & Zip Code): |
|---|---|---|

(9) VESSEL Nave   VOYAGE Viaje   FLAG Bandera
020S     MH
CROWLEY UNIVERSE

(10) PLACE OF RECEIPT
Carga Recibida en:
MIAMI, FL
(13) PORT OF LOADING Puerto de Carga
PORT EVERGLADES, FL

(18) BILL TO (Complete Name, Address, & Zip Code):
TRANSTAINER CORP.
8120 N.W. 29 STREET
MIAMI, FL. 33122  US

(16) PORT OF DISCHARGE Puerto de Descarga
PUERTO LIMON

(17) PLACE OF DELIVERY
Lugar de Entrega de la carga
SAN JOSE, CR     2492725-16

**PARTICULARS FURNISHED BY SHIPPER**

| (19) MARKS & NO'S. / CONTAINER NO'S. Marcas y Números | (20) NO. OF PKGS. / CONTS. / PKGS./ No. de Furgones / Bultos | (21) H/M | (22) DESCRIPTION OF CARGO Contenido Según Embarcador | (23) WEIGHT Libras/Kilos | (24) MEASUREMENT Medidas |
|---|---|---|---|---|---|
| | 1 40FT | | CONTAINER NO. CMCZ 5523870 SEAL NO.01357897 - B02163670 SLC. 113 PIECES FAK AS SPARE PARTS, HARDWARE AND APPLIANCES | 22554L 10230K | |

NO SED REQUIRED UNDER SECT 30.55H
F R E I G H T  P R E P A I D

"CARRIER RESERVES THE RIGHT TO REQUEST A DEPOSIT FOR THE USE OF ITS
EQUIPMENT BEYOND THE PORT"

O

| D/R | EQUIP CMCU | ID 5523870 | SEAL# 0137897 | B02163670 | WEIGHT 22554L | CUBE |
|---|---|---|---|---|---|---|

(25) **HAZARDOUS DECLARATION - THIS IS TO CERTIFY THAT THE ABOVE NAMED MATERIALS ARE PROPERLY PACKED, LOADED, CLASSIFIED, DESCRIBED, MARKED, LABELLED/PLACARDED, DESIGNATED AND ARE IN PROPER CONDITION FOR TRANSPOR-TATION ACCORDING TO ALL APPLICABLE REGULATIONS AS SPECIFIED IN CLAUSE 28. PROVIDE SHIPPER'S EMERG-ENCY RESPONSE CONTACT'S NAME AND TELEPHONE NUMBER INCLUDING AREA CODE IN THE SPACE PROVIDED.
CONTACT:          TEL NO.

| FREIGHT CHARGES Flete | RATED AS Flete Básico | PER | RATE Tarifa | TO BE PREPAID IN US DOLLARS Prepagado en Dolares U.S. | TO BE COLLECTED IN US DOLLARS A Cobrar en Dolares U.S. | FOREIGN CURRENCY Moneda Local |
|---|---|---|---|---|---|---|
| OCEAN FREIGHT | 1.000 | PTT | 1555.00 | 1555.00 | | |
| FUEL USAGE/ADJ | 1.000 | PTT | 360.00 | 360.00 | | |
| GRI | 1.000 | PTT | 35.00 | 35.00 | | |
| PRE-CARRIAGE | 1.000 | PTT | 300.00 | 300.00 | | |
| SECURITY/U.S. | 1.000 | PTT | 100.00 | 100.00 | | |

C

| | TOTALS | | | 2350.00 | | |

# INVOICE / FACTURA
# NOT FOR
# CARGO RELEASE

E

PAGE  1 OF  1

PAYMENT DUE 30 DAYS AFTER VESSEL SAIL DATE
Invoice Number is listed in box 3A

VAI

CROWLEY LINER SERVICES INC

CROWLEY LINER SERVICES, INC.
REMIT TO: P.O. BOX 2684
CAROL STREAM, IL  60132-2684

| (2) SHIPPER (Complete Name, Address, & Zip Code) Embarcador | 2492725-12 | (5) BOOKING NO. Reserva No. CAT907839 | (3c) SCAC Code | (3a) BILL OF LADING/INVOICE NO. Conocimiento de Embarque |
|---|---|---|---|---|

(2) SHIPPER (Complete Name, Address, & Zip Code) Embarcador
TRANSTAINER CORP
3200 NW 112TH AVENUE
MIAMI, FL 33172 US

(5) BOOKING NO. Reserva No.
CAT907839
(3b) DATE Fecha
09 MAR 06    CAMN
(4) EXPORT REFERENCES Referencias de Exportación
REF NO. OCN0000407

(3c) SCAC Code
(3a) BILL OF LADING/INVOICE NO.
JAXS6M023895
FWDR. REF NO.

(6) CONSIGNEE (Complete Name, Address, & Zip Code) Consignado a:
NOT NEGOTIABLE UNLESS CONSIGNED 'TO ORDER'          2917467-05

CONSOLIDACIONES DEL VALLE
CENTRAL
MALL EL DORADO
LOCAL #9
SAN JOSE,     CR

(6) FORWARDING AGENT
Agente Embarcador - Referencias     FMC. NO.     CHB NO.

(7) NOTIFY PARTY (Complete Name, Address, & Zip Code)
Dirigir Notificación de Llegada a:

(8) ALSO NOTIFY - ROUTING & INSTRUCTIONS
Tambien Notificar - Ruta Doméstica/Instrucciones de Exportación
SC# 0505-5292

N

| (9) VESSEL Nave   VOYAGE Viaje   FLAG Bandera | (10) PLACE OF RECEIPT Carga Recibida en: | (18) BILL TO (Complete Name, Address, & Zip Code): |
|---|---|---|

(9) VESSEL Nave   VOYAGE Viaje   FLAG Bandera
019S    PA
CARIBE MERCHANT

(10) PLACE OF RECEIPT Carga Recibida en:
MIAMI, FL
(13) PORT OF LOADING Puerto de Carga
PORT EVERGLADES, FL

(18) BILL TO (Complete Name, Address, & Zip Code):
TRANSTAINER CORP
3200 NW 112TH AVENUE
MIAMI, FL 33172 US

(16) PORT OF DISCHARGE Puerto de Descarga
PUERTO LIMON

(17) PLACE OF DELIVERY Lugar de Entrega de la carga
SAN JOSE, CR

2492725-12

**PARTICULARS FURNISHED BY SHIPPER**

| (19) MARKS & NO'S. / CONTAINER NO'S. Marcas y Números | (20) NO. OF TRLS./ CONTS./ PKGS./ No. de Furgones / Bultos | (21) HM | (22) DESCRIPTION OF CARGO Contenido Según Embarcador | (23) WEIGHT Libras/Kilos | (24) MEASUREMENT Medidas |
|---|---|---|---|---|---|
| | 1 40FT | | CONTAINER NO. CMCU 4941129 SEAL NO. 000526  - B02163521 SLC FAK AS PLASTIC MATERIAL, HARDWARE AND ACRYLIC RESIN TOTAL 28 PIECES | 45052L 20435K | V |
| | | | AES ITN: X20060307035877 | | |
| | | | F R E I G H T   P R E P A I D | | |
| | | | "CARRIER RESERVES THE RIGHT TO REQUEST A DEPOSIT FOR THE USE OF ITS EQUIPMENT BEYOND THE PORT" | | O |

| D/R | EQUIP CMCU | ID 4941129 | SEAL# 000526 | B02163521 | | WEIGHT 45052L | CUBE |
|---|---|---|---|---|---|---|---|

(25)**HAZARDOUS DECLARATION - THIS IS TO CERTIFY THAT THE ABOVE NAMED MATERIALS ARE PROPERLY PACKED, LOADED, CLASSIFIED, DESCRIBED, MARKED, LABELLED/PLACARDED, DESIGNATED AND ARE IN PROPER CONDITION FOR TRANSPORTATION ACCORDING TO ALL APPLICABLE REGULATIONS AS SPECIFIED IN CLAUSE 26. PROVIDE SHIPPER'S EMERGENCY RESPONSE CONTACT'S NAME AND TELEPHONE NUMBER INCLUDING AREA CODE IN THE SPACE PROVIDED.
CONTACT:                    TEL NO.

| FREIGHT CHARGES Flete | RATED AS Flete Básico | PER | RATE Tarifa | TO BE PREPAID IN US DOLLARS Prepagado en Dolares U.S. | TO BE COLLECTED IN US DOLLARS A cobrar en Dolares U.S. | FOREIGN CURRENCY Moneda Local |
|---|---|---|---|---|---|---|
| OCEAN FREIGHT | 1.000 | PTT | 1780.00 | 1780.00 | | |
| FUEL USAGE/ADJ | 1.000 | PTT | 360.00 | 360.00 | | |
| GRI | 1.000 | PTT | 35.00 | 35.00 | | |
| PRE-CARRIAGE | 1.000 | PTT | 300.00 | 300.00 | | |
| SECURITY/U.S. | 1.000 | PTT | 100.00 | 100.00 | | |

C

| | TOTALS | 2575.00 | |
|---|---|---|---|

# INVOICE / FACTURA
# NOT FOR
# CARGO RELEASE

PAGE  1 OF  1

E

PAYMENT DUE 30 DAYS AFTER VESSEL SAIL DATE
Invoice Number is listed in box 3A

VAI

**CROWLEY LINER SERVICES INC**

CROWLEY LINER SERVICES, INC.
REMIT TO: P.O. BOX 2684
CAROL STREAM, IL 60132-2684

| (2) SHIPPER (Complete Name, Address, & Zip Code) Embarcador | 2492725-12 | (3) BOOKING NO. Reserva No. CAT907839 | (3c) SCAC Code | (3a) BILL OF LADING/INVOICE NO. Conocimiento de Embarque |
|---|---|---|---|---|

(2) SHIPPER (Complete Name, Address, & Zip Code) Embarcador
TRANSTAINER CORP
3200 NW 112TH AVENUE
MIAMI, FL 33172 US

(3) BOOKING NO. Reserva No.
CAT907839

(3b) DATE Fecha
09 MAR 06 CAMN JAXS6M023588

(4) EXPORT REFERENCES Referencias de Exportación
REF NO. 0CN0000408

FWDR. REF NO.

(5) CONSIGNEE (Complete Name, Address, & Zip Code) Consignado a:
NOT NEGOTIABLE UNLESS CONSIGNED 'TO ORDER'
2917467-05

CONSOLIDACIONES DEL VALLE
CENTRAL
MALL EL DORADO
LOCAL #9
SAN JOSE, CR

(6) FORWARDING AGENT
Agente Embarcador - Referencias

FMC. NO.

CHB N

(7) NOTIFY PARTY (Complete Name, Address, & Zip Code)
Dirigir Notificación de Llegada a:

(8) ALSO NOTIFY - ROUTING & INSTRUCTIONS
También Notificar - Ruta Doméstica/Instrucciones de Exportación
SC# 0505-5292

N

(9) VESSEL Nave VOYAGE Viaje FLAG Bandera
019S PA

CARIBE MERCHANT

(10) PLACE OF RECEIPT Carga Recibido en:
MIAMI, FL

(13) PORT OF LOADING Puerto de Carga
PORT EVERGLADES, FL

(18) BILL TO (Complete Name, Address, & Zip Code):
TRANSTAINER CORP
3200 NW 112TH AVENUE
MIAMI, FL 33172 US

(16) PORT OF DISCHARGE Puerto de Descarga
PUERTO LIMON

(17) PLACE OF DELIVERY Lugar de Entrega de la Carga
SAN JOSE, CR

2492725-12

**PARTICULARS FURNISHED BY SHIPPER**

| (19) MARKS & NO'S. / CONTAINER NO'S. Marcas y Números | (20) NO. OF TRLS / CONTS, PKGS. / No. de Furgones / Bultos | (21) HM | (22) DESCRIPTION OF CARGO Contenido Según Embarcador | (23) WEIGHT Libras/Kilos | (24) MEASUREMENT Medidas |
|---|---|---|---|---|---|
| | 1 40FT | | CONTAINER NO. CMCU 4926588 SEAL NO. 02163266 - 000515 SLC FAK AS TIRE MAKING MATERIAL BLIND MATERIAL, TONER, AND YARN TOTAL 55 PIECES | 47271L 21442K | |
| X2006030301063 X2006012701026 X2006038013339 | | | F R E I G H T P R E P A I D "CARRIER RESERVES THE RIGHT TO REQUEST A DEPOSIT FOR THE USE OF ITS EQUIPMENT BEYOND THE PORT" | | O |

| D/R | EQUIP CMCU | ID 4926588 | SEAL# 02163266 | 000515 | | WEIGHT 47271L | CUBE |
|---|---|---|---|---|---|---|---|

(25) **HAZARDOUS DECLARATION - THIS IS TO CERTIFY THAT THE ABOVE NAMED MATERIALS ARE PROPERLY PACKED, LOADED, CLASSIFIED, DESCRIBED, MARKED, LABELLED/PLACARDED, DESIGNATED AND ARE IN PROPER CONDITION FOR TRANSPORTATION ACCORDING TO ALL APPLICABLE REGULATIONS AS SPECIFIED IN CLAUSE 26. PROVIDE SHIPPER'S & EMERGENCY RESPONSE CONTACT'S NAME AND TELEPHONE NUMBER INCLUDING AREA CODE IN THE SPACE PROVIDED.

CONTACT: TEL NO.

| FREIGHT CHARGES Flete | RATED AS Flete Básico | PER | RATE Tarifa | TO BE PREPAID IN US DOLLARS Prepagado en Dolares U.S. | TO BE COLLECTED IN US DOLLARS A Cobrar en Dolares U.S. | FOREIGN CURRENCY Moneda Local |
|---|---|---|---|---|---|---|
| OCEAN FREIGHT | 1.000 | PTT | 1780.00 | 1780.00 | | |
| FUEL USAGE/ADJ | 1.000 | PTT | 360.00 | 360.00 | | |
| GRI | 1.000 | PTT | 35.00 | 35.00 | | |
| PRE-CARRIAGE | 1.000 | PTT | 300.00 | 300.00 | | |
| SECURITY/U.S. | 1.000 | PTT | 100.00 | 100.00 | | |

C

**TOTALS** 2575.00

E

# INVOICE / FACTURA
# NOT FOR
# CARGO RELEASE

PAGE 1 OF 1

PAYMENT DUE 30 DAYS AFTER VESSEL SAIL DATE
Invoice Number is listed in box 3A

VAI

**CROWLEY LINER SERVICES INC**

CROWLEY LINER SERVICES, INC.
REMIT TO: P.O. BOX 2684
CAROL STREAM, IL  60132-2684

| (2) SHIPPER (Complete Name, Address, & Zip Code) Embarcador | 2492725-12 | (3) BOOKING NO. Reserva No. CAT908427 | (3c) SCAC Code | (3a) BILL OF LADING/INVOICE NO. Conocimiento de Embarque |
|---|---|---|---|---|

TRANSTAINER CORP.
3200 NW 112TH AVE
MIAMI, FL 33172 US

(3b) DATE Fecha **08 MAR 06**   CAMN   JAXS6M022340

(4) EXPORT REFERENCES Referencias de Exportacion  FWDR. REF NO.

OCN0000406

(5) CONSIGNEE  4855566-01

GARSA
6A AVE 14-56 ZONA 8 DE MIXCO
CIUDAD SAN CRISTOBAL    GUA

(6) FORWARDING AGENT    FMC. NO.    CHB NO.

(7) NOTIFY PARTY

(8) ALSO NOTIFY - ROUTING & INSTRUCTIONS
SCN; 0505-5292

(9) VESSEL Nave  VOYAGE Viaje  FLAG Bandera  (10) PLACE OF RECEIPT
738S  NO  MIAMI, FL
CROWLEY SUN
(13) PORT OF LOADING  PORT EVERGLADES, FL
(16) PORT OF DISCHARGE  SANTO TOMAS
(17) PLACE OF DELIVERY  GUATEMALA CITY, GT

(18) BILL TO
TRANSTAINER CORP.
3200 NW 112TH AVE
MIAMI, FL 33172 US

2492725-12

**PARTICULARS FURNISHED BY SHIPPER**

| (19) MARKS & NO'S / CONTAINER NO'S | (20) NO. OF PKGS | (21) H/M | (22) DESCRIPTION OF CARGO | (23) WEIGHT Libras/Kilos | (24) MEASUREMENT Medidas |
|---|---|---|---|---|---|
| CMCZ835368 | 1 45FT | | CONTAINER NO. CMCZ835368 SEAL NO; X29487-B02163401 TOTAL SLC; 50 PCS FAK; WATER TREATMENT, AUTO PARTS, VEHICLE ACCESORIES   AES ITN; X20060306024291   F R E I G H T   P R E P A I D "CARRIER RESERVES THE RIGHT TO REQUEST A DEPOSIT FOR THE USE OF ITS EQUIPMENT BEYOND THE PORT" | 41555L 18848K | 2692F 76.23M |

| D/R | EQUIP CMCZ | ID 835368 | SEAL# X29487 | B02163401 | WEIGHT 41555L | CUBE 2692F |

(25) HAZARDOUS DECLARATION...  CONTACT:   TEL NO.

| FREIGHT CHARGES Flete | RATED AS Flete Básico | PER | RATE Tarifa | TO BE PREPAID IN US DOLLARS | TO BE COLLECTED IN US DOLLARS | FOREIGN CURRENCY Moneda Local |
|---|---|---|---|---|---|---|
| OCEAN FREIGHT | 1.000 | PTT | 2110.00 | 2110.00 | | |
| FUEL USAGE/ADJ | 1.000 | PTT | 410.00 | 410.00 | | |
| GRI | 1.000 | PTT | 75.00 | 75.00 | | |
| PRE-CARRIAGE | 1.000 | PTT | 300.00 | 300.00 | | |
| SECURITY/U.S. | 1.000 | PTT | 112.00 | 112.00 | | |
| TOTALS | | | | 3007.00 | | |

# INVOICE / FACTURA
## NOT FOR
## CARGO RELEASE
PAYMENT DUE 30 DAYS AFTER VESSEL SAIL DATE
Invoice Number is listed in box 3A

PAGE  1 OF  1

VAI

CROWLEY LINER SERVICES INC

CROWLEY LINER SERVICES, INC.
REMIT TO: P.O. BOX 2684
CAROL STREAM, IL  60132-2684

| (2) SHIPPER (Complete Name, Address, & Zip Code) Embarcador | 2492725-12 | (5) BOOKING NO. Reserva No. | (5c) SCAC Code | (3a) BILL OF LADING/INVOICE NO. Conocimiento de Embarque |
|---|---|---|---|---|

(2) SHIPPER (Complete Name, Address, & Zip Code) Embarcador
2492725-12

TRANSTAINER CORP.
3200 NW 112TH AVE
MIAMI, FL. 33172  US

(5) BOOKING NO. Reserva No.
CAT907812

(3b) DATE Fecha
04 MAR 06   CAMN

(5c) SCAC Code

(3a) BILL OF LADING/INVOICE NO. Conocimiento de Embarque
JAXS6M022336

(4) EXPORT REFERENCES Referencias de Exportación    PWDR. REF NO.
0CN0000402

(5) CONSIGNEE (Complete Name, Address, & Zip Code) Consignado a:
NO NEGOTIABLE UNLESS CONSIGNED 'TO ORDER'
1270486-08

CONSOLIDACIONES DEL VALLE
CENTRAL
MALL EL DORADO
LOCAL #9
SAN JOSE,    CR

(6) FORWARDING AGENT Agente Embarcador - Referencias     FMC. NO.     CHB NO.

(7) NOTIFY PARTY (Complete Name, Address, & Zip Code)
Dirigir Notificación de Llegada a:

(8) ALSO NOTIFY - ROUTING & INSTRUCTIONS
Tambien Notificar - Ruta Doméstica/Instrucciones de Exportación
SCN: 0505-5292

N

| (9) VESSEL Nave   VOYAGE Viaje   FLAG Bandera | (10) PLACE OF RECEIPT Carga recibida en: | (18) BILL TO (Complete Name, Address, & Zip Code): |
|---|---|---|

(9) VESSEL Nave   VOYAGE Viaje   FLAG Bandera
018S   MH
EXPRESS

(10) PLACE OF RECEIPT Carga recibida en:
MIAMI, FL
(13) PORT OF LOADING Puerto de Carga
PORT EVERGLADES, FL

(18) BILL TO (Complete Name, Address, & Zip Code):
TRANSTAINER CORP.
3200 NW 112TH AVE
MIAMI, FL. 33172  US

(16) PORT OF DISCHARGE Puerto de Descarga
PUERTO LIMON

(17) PLACE OF DELIVERY Lugar de Entrega de la carga
SAN JOSE, CR

2492725-12

PARTICULARS FURNISHED BY SHIPPER

| (19) MARKS & NO'S. / CONTAINER NO'S. Marcas y Números | (20) NO. OF TRLS. / CONTS. / PKGS./ No. de Furgones / Bultos | (21) HM | (22) DESCRIPTION OF CARGO Contenido Según Embarcador | (23) WEIGHT Libras/Kilos | (24) MEASUREMENT Medidas |
|---|---|---|---|---|---|
| · CMCZ833456 | 1 45FT | | CONTAINER NO CMCZ833456 SEAL NO: 000509-B02161797 FAL: A/C PARTS, AUTO PARTS, PHOTOCOPIERS TOTAL SLC: 161 | 45548L 20660K | 2646F 74.928M |
| | | | F R E I G H T   P R E P A I D | | |
| · | | | SHIPPER LOAD AND COUNT | | |
| | | | "CARRIER RESERVES THE RIGHT TO REQUEST A DEPOSIT FOR THE USE OF ITS EQUIPMENT BEYOND THE PORT" | | |
| | | | NO SED REQUIRED, SECT. 30.55H | | |

O

| D/R | EQUIP ID | SEAL# | | WEIGHT | CUBE |
|---|---|---|---|---|---|
| | CMCZ | 833456  000509 | B02161797 | 45548L | 2646F |

(25) **HAZARDOUS DECLARATION - THIS IS TO CERTIFY THAT THE ABOVE NAMED MATERIALS ARE PROPERLY PACKED, LOADED, CLASSIFIED, DESCRIBED, MARKED, LABELLED/PLACARDED, DESIGNATED AND ARE IN PROPER CONDITION FOR TRANSPOR- TATION ACCORDING TO ALL APPLICABLE REGULATIONS AS SPECIFIED IN CLAUSE 26. PROVIDE SHIPPERS EMERG- ENCY RESPONSE CONTACT'S NAME AND TELEPHONE NUMBER INCLUDING AREA CODE IN THE SPACE PROVIDED.    CONTACT:    TEL NO.

| FREIGHT CHARGES Flete | RATED AS Flete Básico | PER | RATE Tarifa | TO BE PREPAID IN US DOLLARS Prepagado en Dólares U.S. | TO BE COLLECTED IN US DOLLARS A cobrar en Dólares U.S. | FOREIGN CURRENCY Moneda Local |
|---|---|---|---|---|---|---|
| OCEAN FREIGHT | 1.000 | PTT | 1970.00 | 1970.00 | | |
| FUEL USAGE/ADJ | 1.000 | PTT | 410.00 | 410.00 | | |
| GRI | 1.000 | PTT | 35.00 | 35.00 | | |
| PRE-CARRIAGE | 1.000 | PTT | 300.00 | 300.00 | | |
| SECURITY/U.S. | 1.000 | PTT | 112.00 | 112.00 | | |

C

| | TOTALS | | |
|---|---|---|---|
| | | 2827.00 | |

# INVOICE / FACTURA
# NOT FOR
# CARGO RELEASE

E

PAGE  1 OF  1

PAYMENT DUE 30 DAYS AFTER VESSEL SAIL DATE
Invoice Number is listed in box 3A

VAI

CROWLEY LINER SERVICES INC

**CROWLEY LINER SERVICES, INC.**
REMIT TO: P.O. BOX 2684
CAROL STREAM, IL  60132-2684

| (2) SHIPPER (Complete Name, Address, & Zip Code) Embarcador | 2492725-12 | (3) BOOKING NO. Reserva No. CAT908427 | (3c) SCAC Code | (3a) BILL OF LADING/INVOICE NO. Conocimiento de Embarque |
|---|---|---|---|---|

TRANSTAINER CORP.
3200 NW 112TH AVE
MIAMI, FL 33172 US

(3b) DATE Fecha **04 MAR 06** CAMN

JAXS6M022306

(4) EXPORT REFERENCES Referencias de Exportación

**0CN0000403**

FWDR.
REF NO.

| (5) CONSIGNEE (Complete Name, Address, & Zip Code) Consignado a: NOT NEGOTIABLE UNLESS CONSIGNED 'TO ORDER' | 4855566-01 | (6) FORWARDING AGENT Agente Embarcador - Referencias | FMC. NO. | CHB NO. |
|---|---|---|---|---|

GARSA
6A AVE 14-56 ZONA 8 DE MIXCO
CIUDAD SAN CRISTOBAL      GUA

| (7) NOTIFY PARTY (Complete Name, Address, & Zip Code) Dirigir Notificación de Llegada a: | | (8) ALSO NOTIFY - ROUTING & INSTRUCTIONS También Notificar - Ruta Doméstica/Instrucciones de Exportación |
|---|---|---|

SCN 0505-5292

N

| (9) VESSEL Nave  VOYAGE Viaje  FLAG Bandera | (10) PLACE OF RECEIPT Carga Recibida en: | (18) BILL TO (Complete Name, Address, & Zip Code): |
|---|---|---|
| 737S  MH | MIAMI, FL | TRANSTAINER CORP. |
| CROWLEY SENATOR | (13) PORT OF LOADING Puerto de Carga PORT EVERGLADES, FL | 3200 NW 112TH AVE MIAMI, FL 33172 US |
| (16) PORT OF DISCHARGE Puerto de Descarga | (17) PLACE OF DELIVERY Lugar de Entrega de la carga | |
| SANTO TOMAS | GUATEMALA CITY, GT | 2492725-12 |

**PARTICULARS FURNISHED BY SHIPPER**

| (19) MARKS & NO'S. / CONTAINER NO'S. Marcas y Números | (20) NO. OF TRLS / CONTS / PKGS / No. de Furgones / Bultos | (21) (HM) | (22) DESCRIPTION OF CARGO Contenido Según Embarcador | (23) WEIGHT Libras/Kilos | (24) MEASUREMENT Medidas |
|---|---|---|---|---|---|
| TRLU525304-0 | 1 40FT | | HC CONTAINER NO. TRLU525304-0 SEAL NO; 000530-B02161783 FAK; MEDICAL EQUIPMENTS, TELEPHONE ACCESORIES, AUTO PARTS TOTAL SLC: 109 PIECES | 34926L 15842K | |
| | | | F R E I G H T     P R E P A I D | | |
| | | | "CARRIER RESERVES THE RIGHT TO REQUEST A DEPOSIT FOR THE USE OF ITS EQUIPMENT BEYOND THE PORT" | | O |
| | | | ITN X20060306009252 | | |
| D/R | EQUIP ID TRLU 5253040 | SEAL# 000530 | B02161783 | WEIGHT 34926L | CUBE |

(25) **HAZARDOUS DECLARATION - THIS IS TO CERTIFY THAT THE ABOVE NAMED MATERIALS ARE PROPERLY PACKED, LOADED, CLASSIFIED, DESCRIBED, MARKED, LABELLED/PLACARDED, DESIGNATED AND ARE IN PROPER CONDITION FOR TRANSPORTATION ACCORDING TO ALL APPLICABLE REGULATIONS AS SPECIFIED IN CLAUSE 26. PROVIDE SHIPPER'S EMERGENCY RESPONSE CONTACT'S NAME AND TELEPHONE NUMBER INCLUDING AREA CODE IN THE SPACE PROVIDED.    CONTACT:          TEL NO.

| FREIGHT CHARGES Flete | RATED AS Flete Básico | PER | RATE Tarifa | TO BE PREPAID IN US DOLLARS Prepagado en Dolares U.S. | TO BE COLLECTED IN US DOLLARS A Cobrar en Dolares U.S. | FOREIGN CURRENCY Moneda Local |
|---|---|---|---|---|---|---|
| OCEAN FREIGHT | 1.000 | PTT | 1815.00 | 1815.00 | | |
| FUEL USAGE/ADJ | 1.000 | PTT | 360.00 | 360.00 | | |
| GRI | 1.000 | PTT | 75.00 | 75.00 | | |
| PRE-CARRIAGE | 1.000 | PTT | 300.00 | 300.00 | | |
| SECURITY/U.S. | 1.000 | PTT | 100.00 | 100.00 | | |

C

| | TOTALS | | | 2650.00 | | |
|---|---|---|---|---|---|---|

# INVOICE / FACTURA
# NOT FOR
# CARGO RELEASE

E

PAYMENT DUE 30 DAYS AFTER VESSEL SAIL DATE
Invoice Number is listed in box 3A

PAGE  1 OF  1

VAI

CROWLEY LINER SERVICES INC

**CROWLEY LINER SERVICES, INC.**
REMIT TO: P.O. BOX 2684
CAROL STREAM, IL 60132-2684

| (2) SHIPPER (Complete Name, Address, & Zip Code) Embarcador | 2492725-12 | (3) BOOKING NO. Reserva No. | (3c) SCAC Code | (3a) BILL OF LADING/INVOICE NO. Conocimiento de Embarque |
|---|---|---|---|---|
| TRANSTAINER CORP. 3200 NW 112TH AVE MIAMI, FL. 33172 US | | CAT907002 (3b) DATE Fecha 04 MAR 06 (4) EXPORT REFERENCES Referencias de Exportacion OCN000404 | CAMN | JAXS6M022335 FWDR. REF NO. |

| (6) CONSIGNEE (Complete Name, Address, & Zip Code) Consignado a: NOT NEGOTIABLE UNLESS CONSIGNED 'TO ORDER' | 1270486-08 | (6) FORWARDING AGENT Agente Embarcador - Referencias | FMC. NO. | CMB NO. |
|---|---|---|---|---|
| CONSOLIDACIONES DEL VALLE CENTRAL MALL EL DORADO LOCAL #9 SAN JOSE, CR | | | | |

| (7) NOTIFY PARTY (Complete Name, Address, & Zip Code) Dirigir Notificación de Llegada a: | | (8) ALSO NOTIFY - ROUTING & INSTRUCTIONS Tambien Notificar - Ruta Doméstica/Instrucciones de Exportación SCN: 0505-5292 |
|---|---|---|

| (9) VESSEL Nave | VOYAGE Viaje | FLAG Bandera | (10) PLACE OF RECEIPT - Carga Recibida en: | (18) BILL TO (Complete Name, Address, & Zip Code): |
|---|---|---|---|---|
| 018S EXPRESS | MH | | MIAMI, FL (13) PORT OF LOADING Puerto de Carga PORT EVERGLADES, FL | TRANSTAINER CORP. 3200 NW 112TH AVE MIAMI, FL. 33172 US |

| (16) PORT OF DISCHARGE Puerto de Descarga | (17) PLACE OF DELIVERY - Lugar de Entrega de la Carga | |
|---|---|---|
| PUERTO LIMON | SAN JOSE, CR | 2492725-12 |

**PARTICULARS FURNISHED BY SHIPPER**

| (19) MARKS & NO'S. / CONTAINER NO'S. Marcas y Números | (20) NO. OF TRLS./ CONTS./ PKGS./ No. de Furgones / Bultos | (21) HM ** | (22) DESCRIPTION OF CARGO Contenido Según Embarcador | (23) WEIGHT Libras/Kilos | (24) MEASUREMENT Medidas |
|---|---|---|---|---|---|
| · · SCZU5553696 | 1 40FT | | HC CONTAINER NO: SCZU5553696 SEAL NO: 01357898-B02162808 TOTAL SLC: 115 FAK: SPARE PARTS, HARDWARE,POLL SUPPLIES · F R E I G H T    P R E P A I D SHIPPER LOAD AND COUNT "CARRIER RESERVES THE RIGHT TO REQUEST A DEPOSIT FOR THE USE OF ITS EQUIPMENT BEYOND THE PORT" NO SED REQUIRED, SECT. 30.55H | 46161L 20938K | |

| D/R | EQUIP ID SCZU | SEAL# 5553696 01357898   B02162808 | | WEIGHT 46161L | CUBE |
|---|---|---|---|---|---|

(25) **HAZARDOUS DECLARATION - THIS IS TO CERTIFY THAT THE ABOVE NAMED MATERIALS ARE PROPERLY PACKED, LOADED, CLASSIFIED, DESCRIBED, MARKED, LABELLED/PLACARDED, DESIGNATED AND ARE IN PROPER CONDITION FOR TRANSPOR- TATION ACCORDING TO ALL APPLICABLE REGULATIONS AS SPECIFIED IN CLAUSE 26. PROVIDE SHIPPERS EMERG- ENCY RESPONSE CONTACT'S NAME AND TELEPHONE NUMBER INCLUDING AREA CODE IN THE SPACE PROVIDED.  CONTACT:          TEL NO.

| FREIGHT CHARGES Flete | RATED AS Flete Básico | PER | RATE Tarifa | TO BE PREPAID IN US DOLLARS Prepagado en Dolares U.S. | TO BE COLLECTED IN US DOLLARS A Cobrar en Dolares U.S. | FOREIGN CURRENCY Moneda Local |
|---|---|---|---|---|---|---|
| OCEAN FREIGHT | 1.000 | PTT | 1780.00 | 1780.00 | | |
| FUEL USAGE/ADJ | 1.000 | PTT | 360.00 | 360.00 | | |
| GRI | 1.000 | PTT | 35.00 | 35.00 | | |
| PRE-CARRIAGE | 1.000 | PTT | 300.00 | 300.00 | | |
| SECURITY/U.S. | 1.000 | PTT | 100.00 | 100.00 | | |
| | | **TOTALS** | | 2575.00 | | |

# INVOICE / FACTURA
# NOT FOR
# CARGO RELEASE

PAGE  1 OF  1

PAYMENT DUE 30 DAYS AFTER VESSEL SAIL DATE
Invoice Number is listed in box 3A

VAI

**CROWLEY LINER SERVICES INC**

CROWLEY LINER SERVICES, INC.
REMIT TO: P.O. BOX 2684
CAROL STREAM, IL  60132-2684

| (2) SHIPPER (Complete Name, Address, & Zip Code) Embarcador | 2492725-12 | (3b) BOOKING NO. Reserva No. CAT909533 | (3c) SCAC Code | (3a) BILL OF LADING/INVOICE NO. Conocimiento de Embarque |
|---|---|---|---|---|

TRANSTAINER CORP.
3200 NW 112TH AVE
MIAMI, FL. 33172  US

(3b) DATE Fecha **04 MAR 06**   CAMN   JAXS6M022367

(4) EXPORT REFERENCES Referencias de Exportacion
FWDR. REF NO.

OCN000405

| (5) CONSIGNEE (Complete Name, Address, & Zip Code) Consignado a: NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER | 1270486-08 |
|---|---|

CONSOLIDACIONES DEL VALLE
CENTRAL
MALL EL DORADO
LOCAL #9
SAN JOSE,    CR

(6) FORWARDING AGENT
Agente Embarcador - Referencias
FMC. NO.
CHB NO.

(7) NOTIFY PARTY (Complete Name, Address, & Zip Code)
Dirigir Notificación de Llegada a:

(8) ALSO NOTIFY - ROUTING & INSTRUCTIONS
Tambien Notificar - Ruta Doméstica/Instrucciones de Exportación

SCN: 0505-5283

N

| (9) VESSEL Nave   VOYAGE Viaje   FLAG Bandera | (10) PLACE OF RECEIPT Carga Recibida en: | (18) BILL TO (Complete Name, Address, & Zip Code): |
|---|---|---|
| 018S    MH | LAKELAND, FL | TRANSTAINER CORP. |
| EXPRESS | (13) PORT OF LOADING Puerto de Carga | 3200 NW 112TH AVE |
|  | PORT EVERGLADES, FL | MIAMI, FL. 33172  US |
| (16) PORT OF DISCHARGE Puerto de Descarga | (17) PLACE OF DELIVERY Lugar de Entrega de la carga |  |
| PUERTO LIMON | SAN JOSE, CR | 2492725-12 |

PARTICULARS FURNISHED BY SHIPPER

| (19) MARKS & NO'S. / CONTS. / PKGS. / CONTAINER NO'S. Marcas y Números | (20) NO. OF TRLS. / CONTS. / PKGS. No. de Furgones / Bultos | (21) HM | (22) DESCRIPTION OF CARGO Contenido Según Embarcador | (23) WEIGHT Libras/Kilos | (24) MEASUREMENT Medidas |
|---|---|---|---|---|---|
|  | 2 45FT |  | 45 CONTAINER S.L.A.C. | 26248L 11905K |  |
|  |  |  | CMCU4507832          13,303LBS 6034 KGS SEAL NO: 10940-B02162376 TOTAL: 114 FOAM |  |  |
|  |  |  | CMCZ834524          12,945LBS 5871 KGS SEAL NO. 10909-B02161778 TOTAL: 104 FOAM |  |  |
|  |  |  | F R E I G H T    P R E P A I D |  |  |
|  |  |  | SHIPPER LOAD AND COUNT |  |  |
|  |  |  | "CARRIER RESERVES THE RIGHT TO REQUEST A DEPOSIT FOR THE USE OF ITS EQUIPMENT BEYOND THE PORT" |  |  |
|  |  |  | NO SED REQUIRED, SECT. 30.55H |  |  |

(25) **HAZARDOUS DECLARATION - THIS IS TO CERTIFY THAT THE ABOVE NAMED MATERIALS ARE PROPERLY PACKED, LOADED, CLASSIFIED, DESCRIBED, MARKED, LABELLED/PLACARDED, DESIGNATED AND ARE IN PROPER CONDITION FOR TRANSPOR- TATION ACCORDING TO ALL APPLICABLE REGULATIONS AS SPECIFIED IN CLAUSE 26. PROVIDE SHIPPER'S EMERG- ENCY RESPONSE CONTACT'S NAME AND TELEPHONE NUMBER INCLUDING AREA CODE IN THE SPACE PROVIDED.

CONTACT:               TEL NO.

| FREIGHT CHARGES Flete | RATED AS Flete Básico | PER | RATE Tarifa | TO BE PREPAID IN US DOLLARS Prepagado en Dolares U.S. | TO BE COLLECTED IN US DOLLARS A cobrar en Dolares U.S. | FOREIGN CURRENCY Moneda Local |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  | C |
|  |  | TOTALS |  |  |  |  |

# INVOICE / FACTURA
# NOT FOR
# CARGO RELEASE

E

PAGE  1 OF  2

PAYMENT DUE 30 DAYS AFTER VESSEL SAIL DATE
Invoice Number is listed in box 3A

VAI

CROWLEY LINER SERVICES INC

**CROWLEY LINER SERVICES, INC.**
REMIT TO: P.O. BOX 2684
CAROL STREAM, IL 60132-2684

| (2) SHIPPER (Complete Name, Address, & Zip Code) Embarcador | 2492725-12 | (3) BOOKING NO. Reserva No. CAT909533 | (3c) SCAC Code | (3a) BILL OF LADING/INVOICE NO. Conocimiento de Embarque |
|---|---|---|---|---|

TRANSTAINER CORP.
3200 NW 112TH AVE
MIAMI, FL. 33172 US

(3b) DATE Fecha
04 MAR 06    CAMN    JAXS6M022367

(4) EXPORT REFERENCES
Referencias de Exportación

FWDR.
REF NO.

0CN000405

| (5) CONSIGNEE (Complete Name, Address, & Zip Code) Consignado a: NOT NEGOTIABLE UNLESS CONSIGNED 'TO ORDER' | 1270486-08 | (6) FORWARDING AGENT Agente Embarcador - Referencias | FMC. NO. | CHB NO. |
|---|---|---|---|---|

CONSOLIDACIONES DEL VALLE
CENTRAL
MALL EL DORADO
LOCAL #9
SAN JOSE, CR

(7) NOTIFY PARTY (Complete Name, Address, & Zip Code)
Dirigir Notificación de Llegada a:

(8) ALSO NOTIFY - ROUTING & INSTRUCTIONS
Tambien Notificar - Ruta Doméstica/Instrucciones de Exportación

SCN: 0505-5283

**N**

| (9) VESSEL Nave | VOYAGE Viaje | FLAG Bandera | (10) PLACE OF RECEIPT Carga Recibida en: |
|---|---|---|---|
| | 018S | MH | LAKELAND, FL |

EXPRESS

(13) PORT OF LOADING Puerto de Carga

PORT EVERGLADES, FL

(18) BILL TO (Complete Name, Address, & Zip Code):

TRANSTAINER CORP.
3200 NW 112TH AVE
MIAMI, FL. 33172 US

(16) PORT OF DISCHARGE Puerto de Descarga

PUERTO LIMON

(17) PLACE OF DELIVERY Lugar de Entrega de la carga

SAN JOSE, CR          2492725-12

**PARTICULARS FURNISHED BY SHIPPER**

| (19) MARKS & NO'S. / CONTAINER NO'S. Marcas y Números | (20) NO. OF TRLS./ CONTS. / PKGS./ No. de Furgones / Bultos | (21) HM | (22) DESCRIPTION OF CARGO Contenido Según Embarcador | (23) WEIGHT Libras/Kilos | (24) MEASUREMENT Medidas |
|---|---|---|---|---|---|
| D/R | EQUIP ID | SEAL# | | WEIGHT | CUBE |
| | CMCU 4507832 | 10940 | B02162376 | 13303L | |
| | CMCZ 834524 | 10909 | B02161778 | 12945L | |

**O**

(25) **HAZARDOUS DECLARATION - THIS IS TO CERTIFY THAT THE ABOVE NAMED MATERIALS ARE PROPERLY PACKED, LOADED, CLASSIFIED, DESCRIBED, MARKED, LABELLED/PLACARDED, DESIGNATED AND ARE IN PROPER CONDITION FOR TRANSPORTATION ACCORDING TO ALL APPLICABLE REGULATIONS AS SPECIFIED IN CLAUSE 26. PROVIDE SHIPPERS & EMERGENCY RESPONSE CONTACT'S NAME AND TELEPHONE NUMBER INCLUDING AREA CODE IN THE SPACE PROVIDED.

CONTACT:          TEL NO.

| FREIGHT CHARGES Flete | RATED AS Flete Básico | PER | RATE Tarifa | TO BE PREPAID IN US DOLLARS Prepagado en Dolares U.S. | TO BE COLLECTED IN US DOLLARS A cobrar en Dolares U.S. | FOREIGN CURRENCY Moneda Local |
|---|---|---|---|---|---|---|
| OCEAN FREIGHT | 2.000 | PTT | 1490.00 | 2980.00 | | |
| FUEL USAGE/ADJ | 2.000 | PTT | 410.00 | 820.00 | | |
| GRI | 2.000 | PTT | 35.00 | 70.00 | | |
| INTERMODAL SCHG | 2.000 | PTT | 190.00 | 380.00 | | |
| PRE-CARRIAGE | 2.000 | PTT | 600.00 | 1200.00 | | |
| SECURITY/U.S. | 2.000 | PTT | 112.00 | 224.00 | | |

**C**

**TOTALS**          5674.00

**E**

# INVOICE / FACTURA
# NOT FOR
# CARGO RELEASE

PAGE 2 OF 2

PAYMENT DUE 30 DAYS AFTER VESSEL SAIL DATE
Invoice Number is listed in box 3A

VAI

CROWLEY LINER SERVICES INC

**CROWLEY LINER SERVICES, INC.**
REMIT TO: P.O. BOX 2684
CAROL STREAM, IL  60132-2684

| (2) SHIPPER (Complete Name, Address, & Zip Code) Embarcador | 2492725-12 | (3c) SCAC Code | (3a) BILL OF LADING/INVOICE NO. Conocimiento de Embarque |
|---|---|---|---|

(2) SHIPPER (Complete Name, Address, & Zip Code) Embarcador — 2492725-12

TRANSTAINER CORP.
3200 NW 112TH AVE
MIAMI, FL. 33172 US

BOOKING NO. Reserva No. — CAT905535
(3b) DATE Fecha — 03 MAR 06
SCAC Code — CAMN
(3a) BILL OF LADING/INVOICE NO. — JAXS6M021900
FWDR. REF NO.
(4) EXPORT REFERENCES Referencias de Exportación — OCN0000403

(5) CONSIGNEE (Complete Name, Address, & Zip Code) Consignado a: NOT NEGOTIABLE UNLESS CONSIGNED 'TO ORDER' — 2492725-14

TRANSTAINER HONDURAS CORP.
EDIFICIO BANCO ATLANTIDA 10
PISO LOCAL NO. 1005
SAN PEDRO SULA HONDURAS

(6) FORWARDING AGENT Agente Embarcador - Referencias
FMC. NO.
CMB NO.

(7) NOTIFY PARTY (Complete Name, Address, & Zip Code) Dirigir Notificación de Llegada a:

(8) ALSO NOTIFY - ROUTING & INSTRUCTIONS Tambien Notificar - Ruta Doméstica/Instrucciones de Exportación

SCN: 0505-5292

N

(9) VESSEL Nave   VOYAGE Viaje   FLAG Bandera

736S   MH

MAR CARIBE

(16) PORT OF DISCHARGE Puerto de Descarga

PTO CORTES

(110) PLACE OF RECEIPT - Carga Recibida en:
MIAMI, FL
(13) PORT OF LOADING Puerto de Carga
PORT EVERGLADES, FL
(17) PLACE OF DELIVERY - Lugar de Entrega de la carga
SAN PEDRO SULA,HN

(18) BILL TO (Complete Name, Address, & Zip Code):
TRANSTAINER CORP.
3200 NW 112TH AVE
MIAMI, FL. 33172 US

2492725-12

**PARTICULARS FURNISHED BY SHIPPER**

| (19) MARKS & NO'S. / CONTAINER NO'S. Marcas y Números | (20) NO. OF TRLS./ CONTS./ PKGS./ No. de Furgones / Bultos | (21) HM | (22) DESCRIPTION OF CARGO Contenido Según Embarcador | (23) WEIGHT Libras/Kilos | (24) MEASUREMENT Medidas |
|---|---|---|---|---|---|
| CMCZ834862 | 1 45FT | | CONTAINER NO. CMCZ834862 SEAL NO: X29485-B02162354 FAK: COMPUTER PARTS, AUTO PARTS, SCREW TOTAL STC: 298 PIECES  AES ITN: X20060302025212  FREIGHT PREPAID  "CARRIER RESERVES THE RIGHT TO REQUEST A DEPOSIT FOR THE USE OF ITS EQUIPMENT BEYOND THE PORT" | 42379L 19223K | 3131F 88.662M |

O

| D/R | EQUIP CMCZ | ID 834862 | SEAL# X29485   B02162354 | | WEIGHT 42379L | CUBE 3131F |
|---|---|---|---|---|---|---|

(25) **HAZARDOUS DECLARATION - THIS IS TO CERTIFY THAT THE ABOVE NAMED MATERIALS ARE PROPERLY PACKED, LOADED, CLASSIFIED, DESCRIBED, MARKED, LABELLED/PLACARDED, DESIGNATED AND ARE IN PROPER CONDITION FOR TRANSPOR- TATION ACCORDING TO ALL APPLICABLE REGULATIONS AS SPECIFIED IN CLAUSE 28. PROVIDE SHIPPER&S EMERG- ENCY RESPONSE CONTACT'S NAME AND TELEPHONE NUMBER INCLUDING AREA CODE IN THE SPACE PROVIDED.
CONTACT:
TEL NO.

| FREIGHT CHARGES Flete | RATED AS Flete Básico | PER | RATE Tarifa | TO BE PREPAID IN US DOLLARS Prepagado en Dolares U.S. | TO BE COLLECTED IN US DOLLARS A Cobrar en Dolares U.S. | FOREIGN CURRENCY Moneda Local |
|---|---|---|---|---|---|---|
| OCEAN FREIGHT | 1.000 | PTT | 1885.00 | 1885.00 | | |
| FUEL USAGE/ADJ | 1.000 | PTT | 410.00 | 410.00 | | |
| HN GAMMA RAY | 1.000 | PTT | 15.00 | 15.00 | | |
| GRI | 1.000 | PTT | 75.00 | 75.00 | | |
| PRE-CARRIAGE | 1.000 | PTT | 300.00 | 300.00 | | |
| SECURITY/NON US | 1.000 | PTT | 20.00 | 20.00 | | |
| SECURITY/U.S. | 1.000 | PTT | 112.00 | 112.00 | | |

C

| | TOTALS | 2817.00 | |
|---|---|---|---|

# INVOICE / FACTURA
# NOT FOR
# CARGO RELEASE

E

PAGE  1 OF  1

PAYMENT DUE 30 DAYS AFTER VESSEL SAIL DATE
Invoice Number is listed in box 3A

VAI

CROWLEY LINER SERVICES INC

CROWLEY LINER SERVICES, INC.
REMIT TO: P.O. BOX 2684
CAROL STREAM, IL  60132-2684

| (2) SHIPPER (Complete Name, Address, & Zip Code) Embarcador | 2492725-12 | (3) BOOKING NO. Reserva No. CAT765966 | (3c) SCAC Code | (3a) BILL OF LADING/INVOICE NO. Conocimiento de Embarque |
|---|---|---|---|---|

TRANSTAINER CORP.
3200 NW 112TH AVE
MIAMI, FL. 33172  US

(3b) DATE Fecha
25 FEB 06

(4) EXPORT REFERENCES
Referencias de Exportacion

CAMN   JAXS6M018777
FWDR.
REF NO.

0CN0000391

| (5) CONSIGNEE (Complete Name, Address, & Zip Code) Consignado a: NOT NEGOTIABLE UNLESS CONSIGNED 'TO ORDER' | 1270486-06 | (6) FORWARDING AGENT Agente Embarcador - Referencias | FMC. NO. | CHB NO. |
|---|---|---|---|---|

CONSOLIDACIONES DEL VALLE
CENTRAL
MALL EL DORADO
LOCAL #9
SAN JOSE,     CR

(7) NOTIFY PARTY (Complete Name, Address, & Zip Code)
Dirigir Notificación de Llegada a:

(8) ALSO NOTIFY - ROUTING & INSTRUCTIONS
Tambien Notificar - Ruta Doméstica/Instrucciones de Exportación

SCN 0505-5292

N

| (9) VESSEL Nave   VOYAGE Viaje   FLAG Bandera | (10) PLACE OF RECEIPT Carga Recibida en: | (18) BILL TO (Complete Name, Address, & Zip Code): |
|---|---|---|

016S      PA

MIAMI, FL

(13) PORT OF LOADING Puerto de Carga

CARIBE MERCHANT

PORT EVERGLADES, FL

(16) PORT OF DISCHARGE Puerto de Descarga

(17) PLACE OF DELIVERY Lugar de Entrega de la carga

PUERTO LIMON

SAN JOSE, CR

TRANSTAINER CORP.
3200 NW 112TH AVE
MIAMI, FL. 33172  US

2492725-12

**PARTICULARS FURNISHED BY SHIPPER**

| (19) MARKS & NO'S. / CONTAINER NO'S. Marcas y Números | (20) NO. OF TRLS. / CONTS. / PKGS. / No. de Furgones / Bultos | (21) H/M | (22) DESCRIPTION OF CARGO Contenido Según Embarcador | (23) WEIGHT Libras/Kilos | (24) MEASUREMENT Medidas |
|---|---|---|---|---|---|
| | 1 40FT | | HC CONTAINER NO. CAXU9024856 SEAL NO. X29481-B02162152 SLC: FAK AS TIRE MAKING MATARIAL SAFETY INDUSTRIAL MATERIAL AUTO PARTS TOTAL 64 PIECES | 47321L 21464K | |

X20060223026987
X20060224014668
X20060224015568

F R E I G H T    P R E P A I D

SHIPPER LOAD AND COUNT

"CARRIER RESERVES THE RIGHT TO REQUEST A DEPOSIT FOR THE USE OF ITS
EQUIPMENT BEYOND THE PORT"

| D/R | EQUIP ID | SEAL# | | | WEIGHT | CUBE |
|---|---|---|---|---|---|---|
| | CAXU 9024856 | X29481  B02162152 | | | 47321L | |

O

(25) **HAZARDOUS DECLARATION: THIS IS TO CERTIFY THAT THE ABOVE NAMED MATERIALS ARE PROPERLY PACKED, LOADED, CLASSIFIED, DESCRIBED, MARKED, LABELED/PLACARDED, DESIGNATED AND ARE IN PROPER CONDITION FOR TRANSPORTATION ACCORDING TO ALL APPLICABLE REGULATIONS AS SPECIFIED IN CLAUSE 28. PROVIDE SHIPPER'S EMERGENCY RESPONSE CONTACT'S NAME AND TELEPHONE NUMBER INCLUDING AREA CODE IN THE SPACE PROVIDED.

CONTACT:

| FREIGHT CHARGES Flete | RATED AS Flete Básico | PER | RATE Tarifa | TO BE PREPAID IN US DOLLARS Prepagado en Dolares U.S. | TO BE COLLECTED IN US DOLLARS A Cobrar en Dolares U.S. | FOREIGN CURRENCY Moneda Local |
|---|---|---|---|---|---|---|
| OCEAN FREIGHT | 1.000 | PTT | 1780.00 | 1780.00 | | |
| FUEL USAGE/ADJ | 1.000 | PTT | 360.00 | 360.00 | | |
| GRI | 1.000 | PTT | 35.00 | 35.00 | | |
| PRE-CARRIAGE | 1.000 | PTT | 300.00 | 300.00 | | |
| SECURITY/U.S. | 1.000 | PTT | 100.00 | 100.00 | | |

TEL NO.

C

| | TOTALS | 2575.00 | |
|---|---|---|---|

INVOICE / FACTURA

NOT FOR

CARGO RELEASE

PAGE  1 OF  1

E

PAYMENT DUE 30 DAYS AFTER VESSEL SAIL DATE
Invoice Number is listed in box 3A

VAI

CROWLEY LINER SERVICES INC

CROWLEY LINER SERVICES, INC.
REMIT TO: P.O. BOX 2684
CAROL STREAM, IL  60132-2684

| (2) SHIPPER (Complete Name, Address, & Zip Code) Embarcador | 2492725-12 | (3) BOOKING NO. Reserva No. CAT325642 | (3c) SCAC Code | (3a) BILL OF LADING/INVOICE NO. Conocimiento de Embarque |
|---|---|---|---|---|

TRANSTAINER CORP.
3200 NW 112TH AVE
MIAMI, FL. 33172  US

(3b) DATE Fecha
25 FEB 06    CAMN    JAXS6M018732

(4) EXPORT REFERENCES
Referencias de Exportación

FWDR.
REF NO.

0CN0000395

| (5) CONSIGNEE (Complete Name, Address, & Zip Code) Consignado a: NOT NEGOTIABLE UNLESS CONSIGNED 'TO ORDER' | 1270486-06 | (6) FORWARDING AGENT Agente Embarcador - Referencias | FMC. NO. | CHB NO. |
|---|---|---|---|---|

CONSOLIDACIONES DEL VALLE
CENTRAL
MALL EL DORADO
LOCAL #9
SAN JOSE,      CR

(7) NOTIFY PARTY (Complete Name, Address, & Zip Code)
Dirigir Notificación de Llegada a:

(8) ALSO NOTIFY - ROUTING & INSTRUCTIONS
También Notificar - Ruta Doméstica/Instrucciones de Exportación

SCN 0505-5292

N

| (9) VESSEL Nave   VOYAGE Viaje | FLAG Bandera | (10) PLACE OF RECEIPT Carga Recibida en: | (18) BILL TO (Complete Name, Address, & Zip Code): |
|---|---|---|---|

016S      PA

CARIBE MERCHANT

MIAMI, FL
(13) PORT OF LOADING Puerto de Carga

PORT EVERGLADES, FL

TRANSTAINER CORP.
3200 NW 112TH AVE
MIAMI, FL. 33172  US

(16) PORT OF DISCHARGE Puerto de Descarga

(17) PLACE OF DELIVERY Lugar de Entrega de la carga

PUERTO LIMON         SAN JOSE, CR         2492725-12

PARTICULARS FURNISHED BY SHIPPER

| (19) MARKS & NO'S. / CONTAINER NO'S. Marcas y Números | (20) NO. OF TRLS. / CONTS. / PKGS. / No. de Furgones / Bultos | (21) H/M | (22) | DESCRIPTION OF CARGO Contenido Según Embarcador | (23) WEIGHT Libras/Kilos | (24) MEASUREMENT Medidas |
|---|---|---|---|---|---|---|
| CMCU4950202 | 1 40FT | | | DRY CONTAINER NO. CMCU4950202 SEAL NO. 01357885-B02160725 SLC:FAK AS SPARE PARTS, HARDWARE AND ELECTRICAL PARTS TOTAL 287 PIECES | 39150L 17758K | |

NO SED REQUIRED UNDER SECT 30.55H
F R E I G H T     P R E P A I D

SHIPPER LOAD AND COUNT

O

"CARRIER RESERVES THE RIGHT TO REQUEST A DEPOSIT FOR THE USE OF ITS
EQUIPMENT BEYOND THE PORT"

| D/R | EQUIP ID CMCU | SEAL# 4950202 01357885    B02160725 | WEIGHT 39150L | CUBE |
|---|---|---|---|---|

(25) **HAZARDOUS DECLARATION - THIS IS TO CERTIFY THAT THE ABOVE NAMED MATERIALS ARE PROPERLY PACKED, LOADED, CLASSIFIED, DESCRIBED, MARKED, LABELLED/PLACARDED, DESIGNATED AND ARE IN PROPER CONDITION FOR TRANSPORTATION ACCORDING TO ALL APPLICABLE REGULATIONS AS SPECIFIED IN CLAUSE 26. PROVIDE SHIPPER'S EMERGENCY RESPONSE CONTACT'S NAME AND TELEPHONE NUMBER INCLUDING AREA CODE IN THE SPACE PROVIDED.

CONTACT:          TEL NO.

| FREIGHT CHARGES Flete | RATED AS Flete Básico | PER | RATE Tarifa | TO BE PREPAID IN US DOLLARS Prepagado en Dolares U.S. | TO BE COLLECTED IN US DOLLARS A cobrar en Dolares U.S. | FOREIGN CURRENCY Moneda Local |
|---|---|---|---|---|---|---|
| OCEAN FREIGHT | 1.000 | PTT | 1780.00 | 1780.00 | | |
| FUEL USAGE/ADJ | 1.000 | PTT | 360.00 | 360.00 | | |
| GRI | 1.000 | PTT | 35.00 | 35.00 | | |
| PRE-CARRIAGE | 1.000 | PTT | 300.00 | 300.00 | | |
| SECURITY/U.S. | 1.000 | PTT | 100.00 | 100.00 | | |

C

| | TOTALS | 2575.00 | | |
|---|---|---|---|---|

INVOICE / FACTURA

NOT FOR

CARGO RELEASE

E

PAGE  1 OF  1

PAYMENT DUE 30 DAYS AFTER VESSEL SAIL DATE
Invoice Number is listed in box 3A

VAI

CROWLEY LINER SERVICES INC

CROWLEY LINER SERVICES, INC.
REMIT TO: P.O. BOX 2684
CAROL STREAM, IL 60132-2684

| (2) SHIPPER (Complete Name, Address, & Zip Code) Embarcador | 2492725-16 | (3) BOOKING NO. Reserva No. CAT912292 | (3c) SCAC Code | (3a) BILL OF LADING/INVOICE NO. Conocimiento de Embarque |
|---|---|---|---|---|

TRANSTAINER CORP.
8120 N.W. 29 STREET
MIAMI, FL. 33122 US

(3b) DATE Fecha
24 FEB 06    CAMN    JAXS6M018338

(4) EXPORT REFERENCES Referencias de Exportacion
OCN0000395

FWDR. REF NO.

(5) CONSIGNEE (Complete Name, Address, & Zip Code) Consignado a:
NOT NEGOTIABLE UNLESS CONSIGNED 'TO ORDER'

2917467-05

(6) FORWARDING AGENT Agente Embarcador - Referencias
FMC. NO.
CHB NO.

CONSOLIDACIONES DEL VALLE
CENTRAL
MALL EL DORADO
LOCAL #9
SAN JOSE,  CR

(7) NOTIFY PARTY (Complete Name, Address, & Zip Code)
Dirigir Notificación de Llegada a:

(8) ALSO NOTIFY - ROUTING & INSTRUCTIONS
Tambien Notificar - Ruta Doméstica/Instrucciones de Exportación

N

(9) VESSEL Nave    VOYAGE Viaje    FLAG Bandera
016S    PA

(10) PLACE OF RECEIPT Carga Recibida en:
LAKELAND, FL

(18) BILL TO (Complete Name, Address, & Zip Code):
TRANSTAINER CORP.
8120 N.W. 29 STREET
MIAMI, FL. 33122 US

CARIBE MERCHANT

(13) PORT OF LOADING Puerto de Carga
PORT EVERGLADES, FL

(16) PORT OF DISCHARGE Puerto de Descarga
PUERTO LIMON

(17) PLACE OF DELIVERY Lugar de Entrega de la carga
SAN JOSE, CR

2492725-16

PARTICULARS FURNISHED BY SHIPPER

| (19) MARKS & NO'S. / CONTAINER NO'S. Marcas y Números | (20) NO. OF TRLS./ CONTS. / PKGS./ No. de Furgones / Bultos | (21) HM | (22) DESCRIPTION OF CARGO Contenido Según Embarcador | (23) WEIGHT Libras/Kilos | (24) MEASUREMENT Medidas |
|---|---|---|---|---|---|
| | 1 45FT | | CONTAINER NO. CMCZ 834267 SEAL NO. 10934 - B02160734 SLC. 122 ROLLS MATRESS TICKING | 14346L 6507K | |
| | | | AES XTN. X20060223043379 | | |
| | | | FREIGHT PREPAID | | |
| | | | SHIPPER LOAD AND COUNT | | |
| | | | "CARRIER RESERVES THE RIGHT TO REQUEST A DEPOSIT FOR THE USE OF ITS EQUIPMENT BEYOND THE PORT" | | |
| | | | SC# 0505-5283 | | |

O

| D/R | EQUIP ID CMCZ | SEAL# 834267 B02160734 10934 | | WEIGHT 14346L | CUBE |
|---|---|---|---|---|---|

(25) **HAZARDOUS DECLARATION - THIS IS TO CERTIFY THAT THE ABOVE NAMED MATERIALS ARE PROPERLY PACKED, LOADED, CLASSIFIED, DESCRIBED, MARKED, LABELLED/PLACARDED, DESIGNATED AND ARE IN PROPER CONDITION FOR TRANSPORTATION ACCORDING TO ALL APPLICABLE REGULATIONS AS SPECIFIED IN CLAUSE 28. PROVIDE SHIPPERS'S EMERGENCY RESPONSE CONTACT'S NAME AND TELEPHONE NUMBER INCLUDING AREA CODE IN THE SPACE PROVIDED.
CONTACT:     TEL NO.

| FREIGHT CHARGES Flete | RATED AS Flete Básico | PER | RATE Tarifa | TO BE PREPAID IN US DOLLARS Prepagado en Dolares U.S. | TO BE COLLECTED IN US DOLLARS A Cobrar en Dolares U.S. | FOREIGN CURRENCY Moneda Local |
|---|---|---|---|---|---|---|
| OCEAN FREIGHT | 1.000 | PTT | 1490.00 | 1490.00 | | |
| FUEL USAGE/ADJ | 1.000 | PTT | 410.00 | 410.00 | | |
| INTERMODAL SCHG | 1.000 | PTT | 190.00 | 190.00 | | |
| PRE-CARRIAGE | 1.000 | PTT | 600.00 | 600.00 | | |
| SECURITY/U.S. | 1.000 | PTT | 112.00 | 112.00 | | |

C

| | TOTALS | 2802.00 | |
|---|---|---|---|

# INVOICE / FACTURA
# NOT FOR
# CARGO RELEASE

E

PAGE 1 OF 1

PAYMENT DUE 30 DAYS AFTER VESSEL SAIL DATE
Invoice Number is listed in box 3A

VAI

CROWLEY LINER SERVICES INC

CROWLEY LINER SERVICES, INC.
REMIT TO: P.O. BOX 2684
CAROL STREAM, IL  60132-2684

**(2) SHIPPER (Complete Name, Address, & Zip Code) Embarcador**  2492725-12

TRANSTAINER CORP.
3200 NW 112TH AVE
MIAMI, FL. 33172  US

**(3) BOOKING NO. Reserva No.** CAT325642
**(3c) SCAC Code**
**(3a) BILL OF LADING/INVOICE NO.** Conocimiento de Embarque

**(3b) DATE Fecha** 24 FEB 06   CAMN   JAXS6M018775

**(4) EXPORT REFERENCES** Referencias de Exportacion
**FWDR. REF NO.**

OCN0000396

**(5) CONSIGNEE (Complete Name, Address, & Zip Code) Consignado a:** 1270486-06
NOT NEGOTIABLE UNLESS CONSIGNED 'TO ORDER'

CONSOLIDACIONES DEL VALLE
CENTRAL
MALL EL DORADO
LOCAL #9
SAN JOSE,     CR

**(6) FORWARDING AGENT** Agente Embarcador - Referencias
**FMC. NO.**
**CHB NO.**

**(7) NOTIFY PARTY (Complete Name, Address, & Zip Code)** Dirigir Notificacion de Llegada a:

**(8) ALSO NOTIFY - ROUTING & INSTRUCTIONS** Tambien Notificar - Ruta Doméstica/Instrucciones de Exportación

SCN-0505-5292

**N**

**(9) VESSEL Nave   VOYAGE Viaje   FLAG Bandera**
016S     PA

CARIBE MERCHANT

**(10) PLACE OF RECEIPT** Carga Recibida en:
MIAMI, FL
**(13) PORT OF LOADING Puerto de Carga**
PORT EVERGLADES, FL

**(18) BILL TO (Complete Name, Address, & Zip Code):**
TRANSTAINER CORP.
3200 NW 112TH AVE
MIAMI, FL. 33172  US

**(16) PORT OF DISCHARGE Puerto de Descarga**
PUERTO LIMON

**(17) PLACE OF DELIVERY** Lugar de Entrega de la carga
SAN JOSE, CR     2492725-12

**PARTICULARS FURNISHED BY SHIPPER**

| (19) MARKS & NO'S. / CONTAINER NO'S. Marcas y Números | (20) NO. OF TRLS. / CONTS. / PKGS. / No. de Furgones / Bultos | (21) HM | (22) DESCRIPTION OF CARGO Contenido Según Embarcador | (23) WEIGHT Libras/Kilos | (24) MEASUREMENT Medidas |
|---|---|---|---|---|---|
| CMCZ833968 | 1 45FT | | CONTAINER NO. CMCZ833968 SEAL NO. 01357886-B02162160 SLC: FAK AS HARDWARE, ELECTRICAL PARTS AND SPARE PARTS TOTAL 682 PIECES . NO SED REQUIRED UNDER SECT 30.55H F R E I G H T   P R E P A I D | 42584L 19316K | 2709F 76.712M |

SHIPPER LOAD AND COUNT

"CARRIER RESERVES THE RIGHT TO REQUEST A DEPOSIT FOR THE USE OF ITS EQUIPMENT BEYOND THE PORT"

| D/R | EQUIP ID CMCZ | SEAL# 833968 01357886 | B02162160 | WEIGHT 42584L | CUBE 2709F |
|---|---|---|---|---|---|

**O**

**(25) **HAZARDOUS DECLARATION - THIS IS TO CERTIFY THAT THE ABOVE NAMED MATERIALS ARE PROPERLY PACKED, LOADED, CLASSIFIED, DESCRIBED, MARKED, LABELLED/PLACARDED, DESIGNATED AND ARE IN PROPER CONDITION FOR TRANSPORTATION ACCORDING TO ALL APPLICABLE REGULATIONS AS SPECIFIED IN CLAUSE 26. PROVIDE SHIPPER'S EMERGENCY RESPONSE CONTACT'S NAME AND TELEPHONE NUMBER INCLUDING AREA CODE IN THE SPACE PROVIDED.**   CONTACT:   TEL NO.

| FREIGHT CHARGES Flete | RATED AS Flete Básico | PER | RATE Tarifa | TO BE PREPAID IN US DOLLARS Prepagado en Dolares U.S. | TO BE COLLECTED IN US DOLLARS A Cobrar en Dolares U.S. | FOREIGN CURRENCY Moneda Local |
|---|---|---|---|---|---|---|
| OCEAN FREIGHT | 1.000 | PTT | 1970.00 | 1970.00 | | |
| FUEL USAGE/ADJ | 1.000 | PTT | 410.00 | 410.00 | | |
| GRI | 1.000 | PTT | 35.00 | 35.00 | | |
| PRE-CARRIAGE | 1.000 | PTT | 300.00 | 300.00 | | |
| SECURITY/U.S. | 1.000 | PTT | 112.00 | 112.00 | | |

**C**

| TOTALS | | | | 2827.00 | | |

# INVOICE / FACTURA
# NOT FOR
# CARGO RELEASE
PAYMENT DUE 30 DAYS AFTER VESSEL SAIL DATE
Invoice Number is listed in box 3A

PAGE  1 OF  1

**E**

VAI

**CROWLEY LINER SERVICES INC**

**CROWLEY LINER SERVICES, INC.**
REMIT TO: P.O. BOX 2684
CAROL STREAM, IL  60132-2684

| (2) SHIPPER (Complete Name, Address, & Zip Code) Embarcador | 2492725-12 | (3) BOOKING NO. Reserva No. | (3c) SCAC Code | (3a) BILL OF LADING/INVOICE NO. Conocimiento de Embarque |
|---|---|---|---|---|
| TRANSTAINER CORP. 3200 NW 112TH AVE MIAMI, FL. 33172  US | | CAT765966 | CAMN | JAXS6M018776 |

(3b) DATE Fecha
**24 FEB 06**

(4) EXPORT REFERENCES Referencias de Exportación
FWDR. REF NO.

0CN0000391

| (5) CONSIGNEE (Complete Name, Address, & Zip Code) Consignado a: NOT NEGOTIABLE UNLESS CONSIGNED 'TO ORDER' | 1270486-06 | (6) FORWARDING AGENT Agente Embarcador - Referencias | FMC. NO. | CHB NO. |
|---|---|---|---|---|
| CONSOLIDACIONES DEL VALLE CENTRAL MALL EL DORADO LOCAL #9 SAN JOSE, CR | | | | |

(7) NOTIFY PARTY (Complete Name, Address, & Zip Code)
Dirigir Notificación de Llegada a:

(8) ALSO NOTIFY - ROUTING & INSTRUCTIONS
Tambien Notificar - Ruta Doméstica/Instrucciones de Exportación

SCN 0505-5292

N

| (9) VESSEL Nave   VOYAGE Viaje   FLAG Bandera | (110) PLACE OF RECEIPT Carga Recibida en: | (18) BILL TO (Complete Name, Address, & Zip Code): |
|---|---|---|
| 016S   PA | MIAMI, FL | TRANSTAINER CORP. 3200 NW 112TH AVE MIAMI, FL. 33172  US |
| CARIBE MERCHANT | (13) PORT OF LOADING Puerto de Carga PORT EVERGLADES, FL | |
| (18) PORT OF DISCHARGE Puerto de Descarga | (17) PLACE OF DELIVERY Lugar de Entrega de la carga | |
| PUERTO LIMON | SAN JOSE, CR | 2492725-12 |

**PARTICULARS FURNISHED BY SHIPPER**

| (19) MARKS & NO'S. / CONTAINER NO'S. Marcas y Números | (20) NO. OF TRLS./ CONTS./ PKGS./ No. de Furgones / Bultos | (21) HM | (22) DESCRIPTION OF CARGO Contenido Según Embarcador | (23) WEIGHT Libras/Kilos | (24) MEASUREMENT Medidas |
|---|---|---|---|---|---|
| CMCZ833173 | 1 45FT | | CONTAINER NO. CMCZ833173 SEAL NO. X29480-B02162129 SLC:FAK AS AIR CONDITIONING PARTS, TIRE MAKING MATERIAL, BLINDS MATERIAL AND COPIER PARTS TOTAL 235 PIECES | 43074L 19538K | |

X20060224010472
X20060223027580
X20060223029681
X20060223028643

**F R E I G H T   P R E P A I D**

SHIPPER LOAD AND COUNT

"CARRIER RESERVES THE RIGHT TO REQUEST A DEPOSIT FOR THE USE OF ITS
EQUIPMENT BEYOND THE PORT"

O

(25) **HAZARDOUS DECLARATION- THIS IS TO CERTIFY THAT THE ABOVE NAMED MATERIALS ARE PROPERLY PACKED, LOADED, CLASSIFIED, DESCRIBED, MARKED, LABELLED/PLACARDED, DESIGNATED AND ARE IN PROPER CONDITION FOR TRANSPOR- TATION ACCORDING TO ALL APPLICABLE REGULATIONS AS SPECIFIED IN CLAUSE 28. PROVIDE SHIPPER'S EMERG- ENCY RESPONSE CONTACT'S NAME AND TELEPHONE NUMBER INCLUDING AREA CODE IN THE SPACE PROVIDED.

CONTACT:          TEL NO.

| FREIGHT CHARGES Flete | RATED AS Flete Básico | PER | RATE Tarifa | TO BE PREPAID IN US DOLLARS Prepagado en Dolares U.S. | TO BE COLLECTED IN US DOLLARS A cobrar en Dolares U.S. | FOREIGN CURRENCY Moneda Local |
|---|---|---|---|---|---|---|
| | | | | | | |

C

| | TOTALS | | |
|---|---|---|---|

# INVOICE / FACTURA
# NOT FOR
# CARGO RELEASE

PAGE  1 OF  2

E

PAYMENT DUE 30 DAYS AFTER VESSEL SAIL DATE
Invoice Number is listed in box 3A

VAI

CROWLEY LINER SERVICES INC

**CROWLEY LINER SERVICES, INC.**
REMIT TO: P.O. BOX 2684
CAROL STREAM, IL  60132-2684

| (2) SHIPPER (Complete Name, Address, & Zip Code) Embarcador | 2492725-12 | (3) BOOKING NO. Reserva No. | (3c) SCAC Code | (3a) BILL OF LADING/INVOICE NO. Conocimiento de Embarque |
|---|---|---|---|---|

(2) SHIPPER (Complete Name, Address, & Zip Code) Embarcador

TRANSTAINER CORP.
3200 NW 112TH AVE
MIAMI, FL. 33172  US

2492725-12

(3) BOOKING NO. Reserva No.
CAT765966
(3b) DATE Fecha
24 FEB 06   CAMN
(4) EXPORT REFERENCES
Referencias de Exportación
0CN0000391

(3c) SCAC Code
CAMN

(3a) BILL OF LADING/INVOICE NO.
JAXS6M018776
FWDR.
REF NO.

(5) CONSIGNEE (Complete Name, Address, & Zip Code) Consignado a:
NOT NEGOTIABLE UNLESS CONSIGNED 'TO ORDER'

1270486-06

CONSOLIDACIONES DEL VALLE
CENTRAL
MALL EL DORADO
LOCAL #9
SAN JOSE, CR

(6) FORWARDING AGENT
Agente Embarcador - Referencias

FMC. NO.

CMB NO.

(7) NOTIFY PARTY (Complete Name, Address, & Zip Code)
Dirigir Notificación de Llegada a:

(8) ALSO NOTIFY - ROUTING & INSTRUCTIONS
Tambien Notificar - Ruta Doméstica/Instrucciones de Exportación

SCN 0505-5292

N

(9) VESSEL Nave   VOYAGE Viaje   FLAG Bandera

016S   PA

CARIBE MERCHANT

(10) PLACE OF RECEIPT *
Carga Recibida en:
MIAMI, FL
(13) PORT OF LOADING Puerto de Carga
PORT EVERGLADES, FL

(18) BILL TO (Complete Name, Address, & Zip Code):

TRANSTAINER CORP.
3200 NW 112TH AVE
MIAMI, FL. 33172  US

(16) PORT OF DISCHARGE Puerto de Descarga
PUERTO LIMON

(17) PLACE OF DELIVERY *
Lugar de Entrega de la carga
SAN JOSE, CR

2492725-12

| (19) MARKS & NO'S. / CONTAINER NO'S. Marcas y Números | (20) NO. OF PKGS./ No. de Furgones / Bultos | (21) HM ** | (22) | DESCRIPTION OF CARGO Contenido Según Embarcador | (23) WEIGHT Libras/Kilos | (24) MEASUREMENT Medidas |
|---|---|---|---|---|---|---|
| D/R   EQUIP ID   SEAL# | | | | PARTICULARS FURNISHED BY SHIPPER | WEIGHT | CUBE |
| CMCZ   833173 X29480 | | | | B02162129 | 43074L | |

O

(25) **HAZARDOUS DECLARATION: THIS IS TO CERTIFY THAT THE ABOVE NAMED MATERIALS ARE PROPERLY PACKED, LOADED, CLASSIFIED, DESCRIBED, MARKED, LABELLED/PLACARDED, DESIGNATED AND ARE IN PROPER CONDITION FOR TRANSPORTATION ACCORDING TO ALL APPLICABLE REGULATIONS AS SPECIFIED IN CLAUSE 26. PROVIDE SHIPPERS IS EMERGENCY RESPONSE CONTACT'S NAME AND TELEPHONE NUMBER INCLUDING AREA CODE IN THE SPACE PROVIDED.

CONTACT:

TEL NO.

| FREIGHT CHARGES Flete | RATED AS Flete Básico | PER | RATE Tarifa | TO BE PREPAID IN US DOLLARS Prepagado en Dolares U.S. | TO BE COLLECTED IN US DOLLARS A Cobrar en Dolares U.S. | FOREIGN CURRENCY Moneda Local |
|---|---|---|---|---|---|---|
| OCEAN FREIGHT | 1.000 | PTT | 1970.00 | 1970.00 | | |
| FUEL USAGE/ADJ | 1.000 | PTT | 410.00 | 410.00 | | |
| GRI | 1.000 | PTT | 35.00 | 35.00 | | |
| PRE-CARRIAGE | 1.000 | PTT | 300.00 | 300.00 | | |
| SECURITY/U.S. | 1.000 | PTT | 112.00 | 112.00 | | |

C

| | TOTALS | | |
|---|---|---|---|
| | | 2827.00 | |

# INVOICE / FACTURA
# NOT FOR
# CARGO RELEASE

PAGE  2 OF  2

E

PAYMENT DUE 30 DAYS AFTER VESSEL SAIL DATE
Invoice Number is listed in box 3A

VAI

CROWLEY LINER SERVICES INC

CROWLEY LINER SERVICES, INC.
REMIT TO: P.O. BOX 2684
CAROL STREAM, IL  60132-2684

| (2) SHIPPER (Complete Name, Address, & Zip Code) Embarcador | 2492725-12 | (3) BOOKING NO. Reserva No. | (3c) SCAC Code | (3a) BILL OF LADING/INVOICE NO. Conocimiento de Embarque |
|---|---|---|---|---|

(2) SHIPPER (Complete Name, Address, & Zip Code) Embarcador
2492725-12

TRANSTAINER CORPORATION
3200 N.W. 112 AVENUE
MIAMI, FL 33712 USA

(3) BOOKING NO. Reserva No.
CAT912309
(3b) DATE Fecha
23 FEB 06

(3c) SCAC Code
CAMN

(3a) BILL OF LADING/INVOICE NO. Conocimiento de Embarque
JAXS6M018126

(4) EXPORT REFERENCES Referencias de Exportación
MCN6014

FWDR. REF NO.

(5) CONSIGNEE (Complete Name, Address, & Zip Code) Consignado a:
NOT NEGOTIABLE UNLESS CONSIGNED 'TO ORDER'
3263789-05

SEMANIC S.A.
ENTRADA A PORTEZUELO
110 VARAS AL LAGO
EDIFICIO ALMEXSA
MANAGUA, D.N. NICARAGUA

(6) FORWARDING AGENT Agente Embarcador - Referencias

FMC. NO.

CMB N.

(7) NOTIFY PARTY (Complete Name, Address, & Zip Code)
Dirigir Notificación de Llegada a:

(8) ALSO NOTIFY - ROUTING & INSTRUCTIONS
Tambien Notificar - Ruta Doméstica/Instrucciones de Exportación

SEMANIC S.A.
ENTRADA A PORTEZUELO
110 VARAS AL LAGO
EDIFICIO ALMEXSA
MANAGUA, D.N. NICARAGUA

N

(9) VESSEL Nave    VOYAGE Viaje    FLAG Bandera
731S    LR

CROWLEY AMERICAS

(10) PLACE OF RECEIPT - Carga Recibida en:
MIAMI, FL

(13) PORT OF LOADING Puerto de Carga
PORT EVERGLADES, FL

(16) PORT OF DISCHARGE Puerto de Descarga
PUERTO CORTES, HONDURAS

(17) PLACE OF DELIVERY - Lugar de Entrega de la carga
MANAGUA, NICARAGUA

(18) BILL TO (Complete Name, Address, & Zip Code):

TRANSTAINER CORPORATION
3200 N.W. 112 AVENUE
MIAMI, FL 33172 USA

2492725-12

PARTICULARS FURNISHED BY SHIPPER

| (19) MARKS & NO'S. / CONTAINER NO'S. Marcas y Números | (20) NO. OF PKGS./ CONTS./ PKGS./ No. de Furgones / Bultos | (21) HM | (22) DESCRIPTION OF CARGO Contenido Según Embarcador | (23) WEIGHT Libras/Kilos | (24) MEASUREMENT Medidas |
|---|---|---|---|---|---|
| · SEMANIC MANAGUA NICARAGUA | 1 40FT | | CONTAINER S.L.A.C. 76 BULTOS F.A.K, S.L.C. CABLE TV PARTS AND ACCESORIES, OFFICE EQUIPMENT, PERSONAL EFECTS, AND OTHER ARTICLES AND PRODUCTS ========================================= · CONTAINER # TEXU5434117 SEAL# X29466- B02161242 S.L.C. 76 BULTOS PARTES Y ACCESORIOS PARA CABLE TV EQUIPOS DE OFICINA, EFECTOS PERSONALES, Y OTROS ARTICULOS Y PRODUCTOS VARIOS · | 45379L 20583K | 2459F 69.632M |
| AES DIRRECT X2006022300869 X2006022300831 X2006221017296 | | | . | | |

THESE COMMODITIES, TECHNOLOGY OR SOFTWARE WERE EXPORTED FROM THE UNITED
STATES IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS. DIVERSION

F R E I G H T    P R E P A I D

O

(25) **HAZARDOUS DECLARATION - THIS IS TO CERTIFY THAT THE ABOVE NAMED MATERIALS ARE PROPERLY PACKED, LOADED, CLASSIFIED, DISCRIBED, MARKED, LABELLED/PLACARDED, DESIGNATED AND ARE IN PROPER CONDITION FOR TRANSPOR- TATION ACCORDING TO ALL APPLICABLE REGULATIONS AS SPECIFIED IN CLAUSE 26. PROVIDE SHIPPER'S EMERG- ENCY RESPONSE CONTACT'S NAME AND TELEPHONE NUMBER INCLUDING AREA CODE IN THE SPACE PROVIDED.

CONTACT:

TEL NO.

| FREIGHT CHARGES Flete | RATED AS Flete Básico | PER | RATE Tarifa | TO BE PREPAID IN US DOLLARS Prepagado en Dolares U.S. | TO BE COLLECTED IN US DOLLARS A cobrar en Dolares U.S. | FOREIGN CURRENCY Moneda Local |
|---|---|---|---|---|---|---|
| | | | | | | |

C

| | TOTALS | |
|---|---|---|

# INVOICE / FACTURA
# NOT FOR
# CARGO RELEASE
PAYMENT DUE 30 DAYS AFTER VESSEL SAIL DATE
Invoice Number is listed in box 3A

PAGE  1 OF  2

E

VAI

CROWLEY LINER SERVICES INC

**CROWLEY LINER SERVICES, INC.**
REMIT TO: P.O. BOX 2684
CAROL STREAM, IL  60132-2684

| | | |
|---|---|---|
| (2) SHIPPER (Complete Name, Address, & Zip Code) Embarcador | 2492725-12 | (3) BOOKING NO. Reserva No. CAT912309 |

(3c) SCAC Code  CAMN

(3a) BILL OF LADING/INVOICE NO. Conocimiento de Embarque
JAXS6M018126

(3b) DATE Fecha
**23 FEB 06**

TRANSTAINER CORPORATION
3200 N.W. 112 AVENUE
MIAMI, FL 33172 USA

(4) EXPORT REFERENCES Referencias de Exportacion
MCN6014

FWDR. REF NO.

(5) CONSIGNEE (Complete Name, Address, & Zip Code) Consignado a: NOT NEGOTIABLE UNLESS CONSIGNED 'TO ORDER'

3263789-05

(6) FORWARDING AGENT Agente Embarcador - Referencias

FMC. NO.

CHB NO.

SEMANIC S.A.
ENTRADA A PORTEZUELO
110 VARAS AL LAGO
EDIFICIO ALMEXSA
MANAGUA, D.N. NICARAGUA

(7) NOTIFY PARTY (Complete Name, Address, & Zip Code) Dirigir Notificación de Llegada a:

(8) ALSO NOTIFY - ROUTING & INSTRUCTIONS Tambien Notificar - Ruta Domestica/Instrucciones de Exportación

SEMANIC S.A.
ENTRADA A PORTEZUELO
110 VARAS AL LAGO
EDIFICIO ALMEXSA
MANAGUA, D.N. NICARAGUA

N

(9) VESSEL Nave    VOYAGE Viaje    FLAG Bandera
731S       LR

CROWLEY AMERICAS

(10) PLACE OF RECEIPT Carga Recibida en:
MIAMI, FL

(13) PORT OF LOADING Puerto de Carga
PORT EVERGLADES, FL

(18) BILL TO (Complete Name, Address, & Zip Code):

TRANSTAINER CORPORATION
3200 N.W. 112 AVENUE
MIAMI, FL 33172 USA

(16) PORT OF DISCHARGE Puerto de Descarga
PUERTO CORTES,HONDURAS

(17) PLACE OF DELIVERY Lugar de Entrega de la carga
MANAGUA, NICARAGUA

2492725-12

**PARTICULARS FURNISHED BY SHIPPER**

| (19) MARKS & NO'S. / CONTAINER NO'S. Marcas y Números | (20) NO. OF TRLB./ CONTS./PKGS./ No. de Furgones | (21) HM | (22) | DESCRIPTION OF CARGO Contenido Según Embarcador | (23) WEIGHT Libras/Kilos | (24) MEASUREMENT Medidas |
|---|---|---|---|---|---|---|
| | | | | CONTRARY TO U.S. LAW PROHIBITED. | | |
| | | | | "CARRIER RESERVES THE RIGHT TO REQUEST A DEPOSIT FOR THE USE OF ITS EQUIPMENT BEYOND THE PORT" | | |
| | | | | S.C. 0505 5292 | | |
| D/R | EQUIP TEXU | ID 5434117 | SEAL# X29466    B02161242 | | WEIGHT 45379L | CUBE 2459F |

V

O

(25) **HAZARDOUS DECLARATION - THIS IS TO CERTIFY THAT THE ABOVE NAMED MATERIALS ARE PROPERLY PACKED, LOADED, CLASSIFIED, DESCRIBED, MARKED, LABELLED/PLACARDED, DESIGNATED AND ARE IN PROPER CONDITION FOR TRANSPORTATION ACCORDING TO ALL APPLICABLE REGULATIONS AS SPECIFIED IN CLAUSE 26. PROVIDE SHIPPER'S EMERGENCY RESPONSE CONTACT'S NAME AND TELEPHONE NUMBER INCLUDING AREA CODE IN THE SPACE PROVIDED.

CONTACT:        TEL NO.

| FREIGHT CHARGES Flete | RATED AS Flete Básico | PER | RATE Tarifa | TO BE PREPAID IN US DOLLARS Prepagado en Dolares U.S. | TO BE COLLECTED IN US DOLLARS A Cobrar en Dolares U.S. | FOREIGN CURRENCY Moneda Local |
|---|---|---|---|---|---|---|
| OCEAN FREIGHT | 1.000 | PTT | 2030.00 | 2030.00 | | |
| FUEL USAGE/ADJ | 1.000 | PTT | 360.00 | 360.00 | | |
| GRI | 1.000 | PTT | 75.00 | 75.00 | | |
| PRE-CARRIAGE | 1.000 | PTT | 300.00 | 300.00 | | |
| PORT CHARGES | 1.000 | PTT | 20.00 | 20.00 | | |
| SECURITY/U.S. | 1.000 | PTT | 100.00 | 100.00 | | |

C

| | TOTALS | | |
|---|---|---|---|
| | | 2885.00 | |

# INVOICE / FACTURA
# NOT FOR
# CARGO RELEASE

PAGE  2 OF  2

E

PAYMENT DUE 30 DAYS AFTER VESSEL SAIL DATE
Invoice Number is listed in box 3A

VAI

CROWLEY LINER SERVICES INC

**CROWLEY LINER SERVICES, INC.**
REMIT TO: P.O. BOX 2684
CAROL STREAM, IL  60132-2684

| (2) SHIPPER (Complete Name, Address, & Zip Code) Embarcador | 2492725-12 | (3) BOOKING NO. Reserva No. CAT909838 | (3c) SCAC Code | (3a) BILL OF LADING/INVOICE NO. Conocimiento de Embarque |
| --- | --- | --- | --- | --- |

(2) SHIPPER (Complete Name, Address, & Zip Code) Embarcador

TRANSTAINER CORPORAATION
3200 N.W. 112 AVENUE
MIAMI, FL 33172 USA

(3) BOOKING NO. Reserva No.
CAT909838

(3b) DATE Fecha
23 FEB 06    CAMN   JAXS6M018223

(3c) SCAC Code    CAMN

(3a) BILL OF LADING/INVOICE NO.
JAXS6M018223

FWDR. REF NO.

(4) EXPORT REFERENCES Referencias de Exportación
MCN6015

(5) CONSIGNEE (Complete Name, Address, & Zip Code) Consignado a: NOT NEGOTIABLE UNLESS CONSIGNED 'TO ORDER'    3263789-05

SEMANIC S.A.
ENTRADA A PORTEZUELO
110 VARAS AL LAGO
EDIFICIO ALMEXSA
MANAGUA, D.N. NICARAGUA

(6) FORWARDING AGENT Agente Embarcador - Referencias    FMC 2723    CHB No.

AIR OCEANIC SERVICES, INC.
3200 N.W. 112 AVENUE
MIAMI, FL 33172

(7) NOTIFY PARTY (Complete Name, Address, & Zip Code) Dirigir Notificación de Llegada a:

(8) ALSO NOTIFY - ROUTING & INSTRUCTIONS Tambien Notificar - Ruta Doméstica/Instrucciones de Exportación

SEMANIC S.A.
ENTRADA A PORTEZUELO
110 VARAS AL LAGO
EDIFICIO ALMEXSA
MANAGUA, D.N. NICARAGUA

N

(9) VESSEL Nave    VOYAGE Viaje    FLAG Bandera    (10) PLACE OF RECEIPT Carga Recibida en:

731S    LR    MIAMI, FL

CROWLEY AMERICAS

(13) PORT OF LOADING Puerto de Carga
PORT EVERGLADES, FL

(16) PORT OF DISCHARGE Puerto de Descarga    (17) PLACE OF DELIVERY Lugar de Entrega de la carga

PUERTO CORTES, HONDURAS    MANAGUA, NICARAGUA

(18) BILL TO (Complete Name, Address, & Zip Code):

TRANSTAINER CORPORAATION
3200 N.W. 112 AVENUE
MIAMI, FL 33172 USA

2492725-12

**PARTICULARS FURNISHED BY SHIPPER**

| (19) MARKS & NO'S / CONTAINER NO'S. Marcas y Números | (20) NO. OF CNTR./ CONTS./PKGS./ No. de Furgones / Bultos | (21) HM | (22) DESCRIPTION OF CARGO Contenido Según Embarcador | (23) WEIGHT Libras/Kilos | (24) MEASUREMENT Medidas |
| --- | --- | --- | --- | --- | --- |
| . SEMANIC MANAGUA NICARAGUA | 1 40FT | | CONTAINER S.L.A.C. 140 BULTOS F.A.K., PERSONAL EFFECTS (MENAJE DE CASA), PLASTIC ARTICLES (ARTICULOS PLASTICOS, APLIANCES (ELECTRONICOS) AND OTHER ARTICULES AND PRODUCTS (Y OTROS ARTICULOS Y PRO DUCTOS VARIOS. ======================================= CONTAINER CAXU9698914 SEAL # X29464- B02161187 . | 13014L 5903K | 2209F 62.553M |
| NO REQ SED AS PER SEC 30.55 H . | | | | | |

F R E I G H T    P R E P A I D

THESE COMMODITIES, TECHNOLOGY OR SOFTWARE WERE EXPORTED FROM THE UNITED
STATES IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS. DIVERSION
CONTRARY TO U.S. LAW PROHIBITED.

"CARRIER RESERVES THE RIGHT TO REQUEST A DEPOSIT FOR THE USE OF ITS

(25) **HAZARDOUS DECLARATION: THIS IS TO CERTIFY THAT THE ABOVE NAMED MATERIALS ARE PROPERLY PACKED, LOADED, CLASSIFIED, DESCRIBED, MARKED, LABELLED/PLACARDED, DESIGNATED AND ARE IN PROPER CONDITION FOR TRANSPOR- TATION ACCORDING TO ALL APPLICABLE REGULATIONS AS SPECIFIED IN CLAUSE 26. PROVIDE SHIPPER'S EMERG- ENCY RESPONSE CONTACT'S NAME AND TELEPHONE NUMBER INCLUDING AREA CODE IN THE SPACE PROVIDED.

CONTACT:    TEL NO.

| FREIGHT CHARGES Flete | RATED AS Flete Básico | PER | RATE Tarifa | TO BE PREPAID IN US DOLLARS Prepagado en Dolares U.S. | TO BE COLLECTED IN US DOLLARS A cobrar en Dolares U.S. | FOREIGN CURRENCY Moneda Local |
| --- | --- | --- | --- | --- | --- | --- |
| | . | | . | | | |

C

| | TOTALS | | | |
| --- | --- | --- | --- | --- |

# INVOICE / FACTURA
# NOT FOR
# CARGO RELEASE

PAGE  1 OF  2

PAYMENT DUE 30 DAYS AFTER VESSEL SAIL DATE
Invoice Number is listed in box 3A

E

VAI

CROWLEY LINER SERVICES INC

CROWLEY LINER SERVICES, INC.
REMIT TO: P.O. BOX 2684
CAROL STREAM, IL  60132-2684

| (2) SHIPPER (Complete Name, Address, & Zip Code) Embarcador | 2492725-12 | (3) BOOKING NO. Reserva No. CAT909838 | (3c) SCAC Code | (3a) BILL OF LADING/INVOICE NO. Conocimiento de Embarque |
|---|---|---|---|---|
| TRANSTAINER CORPORAATION 3200 N.W. 112 AVENUE MIAMI, FL 33172 USA | | (3b) DATE Fecha 23 FEB 06 | CAMN | JAXS6M018223 |
| | | (4) EXPORT REFERENCES Referencias de Exportacion MCN6015 | | FWDR. REF NO. |

| (5) CONSIGNEE (Complete Name, Address, & Zip Code) Consignado a: NOT NEGOTIABLE UNLESS CONSIGNED 'TO ORDER' | 3263789-05 | (6) FORWARDING AGENT Agente Embarcador - Referencias | FMC: 2723 | CHB NO. |
|---|---|---|---|---|
| SEMANIC S.A. ENTRADA A PORTEZUELO 110 VARAS AL LAGO EDIFICIO ALMEXSA MANAGUA, D.N. NICARAGUA | | AIR OCEANIC SERVICES, INC. 3200 N.W. 112 AVENUE MIAMI, FL 33172 | | |

(7) NOTIFY PARTY (Complete Name, Address, & Zip Code) Dirigir Notificación de Llegada a:

(8) ALSO NOTIFY - ROUTING & INSTRUCTIONS
Tambien Notificar - Ruta Doméstica/Instrucciones de Exportación

SEMANIC S.A.
ENTRADA A PORTEZUELO
110 VARAS AL LAGO
EDIFICIO ALMEXSA
MANAGUA, D.N. NICARAGUA

N

| (9) VESSEL Nave   VOYAGE Viaje   FLAG Bandera | (10) PLACE OF RECEIPT * Carga Recibida en: | (18) BILL TO (Complete Name, Address, & Zip Code): |
|---|---|---|
| 731S      LR | MIAMI, FL | TRANSTAINER CORPORAATION |
| CROWLEY AMERICAS | (13) PORT OF LOADING Puerto de Carga PORT EVERGLADES, FL | 3200 N.W. 112 AVENUE MIAMI, FL 33172 USA |
| (16) PORT OF DISCHARGE Puerto de Descarga | (17) PLACE OF DELIVERY * Lugar de Entrega de la carga | |
| PUERTO CORTES,HONDURAS | MANAGUA, NICARAGUA | 2492725-12 |

PARTICULARS FURNISHED BY SHIPPER

| (19) MARKS & NO'S / CONTAINER NO'S. Marcas y Números | (20) NO. OF PKGS./ CONTS./ PKGS./ No. de Furgones / Bultos | (21) HM | (22) | DESCRIPTION OF CARGO Contenido Según Embarcador | (23) WEIGHT Libras/Kilos | (24) MEASUREMENT Medidas |
|---|---|---|---|---|---|---|
| | | | | EQUIPMENT BEYOND THE PORT" | | |
| | | | | S.C. 0505-9252 | | |
| D/R | EQUIP CAXU | ID 9698914 | SEAL# X29464   B02161187 | | WEIGHT 13014L | CUBE 2209F |

O

(25) **HAZARDOUS DECLARATION - THIS IS TO CERTIFY THAT THE ABOVE NAMED MATERIALS ARE PROPERLY PACKED, LOADED, CLASSIFIED, DESCRIBED, MARKED, LABELLED/PLACARDED, DESIGNATED AND ARE IN PROPER CONDITION FOR TRANSPOR-TATION ACCORDING TO ALL APPLICABLE REGULATIONS AS SPECIFIED IN CLAUSE 26. PROVIDE SHIPPER'S EMERG-ENCY RESPONSE CONTACT'S NAME AND TELEPHONE NUMBER INCLUDING AREA CODE IN THE SPACE PROVIDED.      CONTACT:      TEL NO.

| FREIGHT CHARGES Flete | RATED AS Flete Básico | PER | RATE Tarifa | TO BE PREPAID IN US DOLLARS Prepagado en Dolares U.S. | TO BE COLLECTED IN US DOLLARS A cobrar en Dolares U.S. | FOREIGN CURRENCY Moneda Local |
|---|---|---|---|---|---|---|
| OCEAN FREIGHT | 1.000 | PTT | 2030.00 | 2030.00 | | |
| FUEL USAGE/ADJ | 1.000 | PTT | 360.00 | 360.00 | | |
| GRI | 1.000 | PTT | 75.00 | 75.00 | | |
| PRE-CARRIAGE | 1.000 | PTT | 300.00 | 300.00 | | |
| SECURITY/NON US | 1.000 | PTT | 20.00 | 20.00 | | |
| SECURITY/U.S. | 1.000 | PTT | 100.00 | 100.00 | | |

C

| TOTALS | | | | 2885.00 | | |

# INVOICE / FACTURA
# NOT FOR
# CARGO RELEASE

E

PAGE  2 OF  2

PAYMENT DUE 30 DAYS AFTER VESSEL SAIL DATE
Invoice Number is listed in box 3A

VAI

CROWLEY LINER SERVICES INC

**CROWLEY LINER SERVICES, INC.**
REMIT TO: P.O. BOX 2684
CAROL STREAM, IL 60132-2684

| (2) SHIPPER (Complete Name, Address, & Zip Code) Embarcador | 2492725-12 | (5) BOOKING NO. Reserva No. CAT382162 | (3c) SCAC Code | (3a) BILL OF LADING/INVOICE NO. Conocimiento de Embarque |
|---|---|---|---|---|

TRANSTAINER CORP.
3200 NW 112TH AVE
MIAMI, FL 33172 US

(5b) DATE Fecha
23 FEB 06    CAMN    JAXS6M018255
FWDR. REF NO.

(4) EXPORT REFERENCES Referencias de Exportacion

DCN0000390

| (6) CONSIGNEE (Complete Name, Address, & Zip Code) Consignado a: NOT NEGOTIABLE UNLESS CONSIGNED 'TO ORDER' | 4855566-01 | (6) FORWARDING AGENT Agente Embarcador - Referencias | FMC. NO. | CHB No. |
|---|---|---|---|---|

GARSA
6A AVE 14-56 ZONA 8 DE MIXCO
CIUDAD SAN CRISTOBAL        GUA

(7) NOTIFY PARTY (Complete Name, Address, & Zip Code)
Dirigir Notificación de Llegada a:

(8) ALSO NOTIFY - ROUTING & INSTRUCTIONS
Tambien Notificar - Ruta Doméstica/Instrucciones de Exportación

SCN; 0505-5292

N

| (9) VESSEL Nave   VOYAGE Viaje | FLAG Bandera | (10) PLACE OF RECEIPT Cargo Recibida en: | (18) BILL TO (Complete Name, Address, & Zip Code): |
|---|---|---|---|

731S        LR

MIAMI, FL
(13) PORT OF LOADING Puerto de Carga

CROWLEY AMERICAS

TRANSTAINER CORP.
3200 NW 112TH AVE
MIAMI, FL 33172 US

PORT EVERGLADES, FL

(16) PORT OF DISCHARGE Puerto de Descarga

(17) PLACE OF DELIVERY * Lugar de Entrega de la carga

SANTO TOMAS        GUATEMALA CITY, GT        2492725-12

**PARTICULARS FURNISHED BY SHIPPER**

| (19) MARKS & NO'S. / CONTAINER NO'S. Marcas y Números | (20) NO. OF TRLS. / CONTS. / PKGS./ No. de Furgones / Bultos | (21) H/M ** | (22) DESCRIPTION OF CARGO Contenido Según Embarcador | (23) WEIGHT Libras/Kilos | (24) MEASUREMENT Medidas |
|---|---|---|---|---|---|
| TEXU5407256 | 1 40FT | | HC CONTAINER NO. TEXU5407256    75 PCS | 46091L 20906K | 1856F 52557M |
| | | | SEAL NO; X29477-B02160701 | | |
| | | | FAK; AUTO PARTS, AUDIO SYSTEM FOR | | |
| | | | AUTOMOVILES | | |
| | | | PLASTIC PRODUCTS | | |
| | | | AES ITN; X20060223035934 | | |
| | | | FREIGHT PREPAID | | |
| | | | "CARRIER RESERVES THE RIGHT TO REQUEST A DEPOSIT FOR THE USE OF ITS EQUIPMENT BEYOND THE PORT" | | |

| D/R | EQUIP TEXU | ID 5407256 | SEAL# X29477        B02160701 | WEIGHT 46091L | CUBE 1856F |
|---|---|---|---|---|---|

(25) **HAZARDOUS DECLARATION - THIS IS TO CERTIFY THAT THE ABOVE NAMED MATERIALS ARE PROPERLY PACKED, LOADED, CLASSIFIED, DESCRIBED, MARKED, LABELLED/PLACARDED, DESIGNATED AND ARE IN PROPER CONDITION FOR TRANSPOR-TATION ACCORDING TO ALL APPLICABLE REGULATIONS AS SPECIFIED IN CLAUSE 28. PROVIDE SHIPPER'S EMERG-ENCY RESPONSE CONTACT'S NAME AND TELEPHONE NUMBER INCLUDING AREA CODE IN THE SPACE PROVIDED.

CONTACT:                TEL NO.

| FREIGHT CHARGES Flete | RATED AS Flete Básico | PER | RATE Tarifa | TO BE PREPAID IN US DOLLARS Prepagado en Dolares U.S. | TO BE COLLECTED IN US DOLLARS A Cobrar en Dolares U.S. | FOREIGN CURRENCY Moneda Local |
|---|---|---|---|---|---|---|
| OCEAN FREIGHT | 1.000 | PTT | 1815.00 | 1815.00 | | |
| FUEL USAGE/ADJ | 1.000 | PTT | 360.00 | 360.00 | | |
| GRI | 1.000 | PTT | 75.00 | 75.00 | | |
| PRE-CARRIAGE | 1.000 | PTT | 300.00 | 300.00 | | |
| SECURITY/U.S. | 1.000 | PTT | 100.00 | 100.00 | | |

C

| | TOTALS | 2650.00 | |
|---|---|---|---|

# INVOICE / FACTURA
# NOT FOR
# CARGO RELEASE

E

PAGE 1 OF 1

PAYMENT DUE 30 DAYS AFTER VESSEL SAIL DATE
Invoice Number is listed in box 3A

VAI

CROWLEY LINER SERVICES INC

**CROWLEY LINER SERVICES, INC.**
REMIT TO: P.O. BOX 2684
CAROL STREAM, IL 60132-2684

| (2) SHIPPER (Complete Name, Address, & Zip Code) Embarcador | 2492725-12 | (3) BOOKING NO. Reserva No. | (3c) SCAC Code | (3a) BILL OF LADING/INVOICE NO. Conocimiento de Embarque |
|---|---|---|---|---|
| TRANSTAINER CORP. | | CAT491546 | | |
| 3200 NW 112TH AVE | | (3b) DATE Fecha | CAMN | JAXS5M139247 |
| MIAMI, FL. 33172    US | | 16 DEC 05 | | PWDR. REF NO. |

(4) EXPORT REFERENCES Referencias de Exportación

| (5) CONSIGNEE (Complete Name, Address, & Zip Code) Consignado a: NOT NEGOTIABLE UNLESS CONSIGNED 'TO ORDER' | 3516873-06 | (6) FORWARDING AGENT Agente Embarcador - Referencias | FMC. NO. | CHB N. |
|---|---|---|---|---|
| SOLA TRANSPORT S.A. AVENIDA ASCANIO VILLALAZ CONTIGUO A LA ADUANA CENTRAL EDIFICIO SOLA TRANSPORT PANAMA CITY,PANAMA 33178-0000 PA | | | | |

(7) NOTIFY PARTY (Complete Name, Address, & Zip Code)
Dirigir Notificación de Llegada a:

(8) ALSO NOTIFY - ROUTING & INSTRUCTIONS
Tambien Notificar - Ruta Doméstica/Instrucciones de Exportación

SCN 0505-5292

N

| (9) VESSEL Nave  VOYAGE Viaje  FLAG Bandera | (10) PLACE OF RECEIPT - Carga Recibida en: | (18) BILL TO (Complete Name, Address, & Zip Code): |
|---|---|---|
| 514S     MH | | TRANSTAINER CORP. |
| CROWLEY UNIVERSE | (13) PORT OF LOADING Puerto de Carga | 3200 NW 112TH AVE MIAMI, FL. 33172    US |
| (16) PORT OF DISCHARGE Puerto de Descarga | PORT EVERGLADES, FL | |
| | (17) PLACE OF DELIVERY - Lugar de Entrega de la carga | |
| MANZANILLO,PN | | 2492725-12 |

PARTICULARS FURNISHED BY SHIPPER

| (19) MARKS & NO'S. / CONTAINER NO'S. Marcas y Números | (20) NO. OF TRLS./ CONTS. / PKGS./ No. de Furgones / Bultos | (21) HM | (22) DESCRIPTION OF CARGO Contenido Según Embarcador | (23) WEIGHT Libras/Kilos | (24) MEASUREMENT Medidas |
|---|---|---|---|---|---|
| DR# N475P078 | 1 UNIT | | TRUCK PUPM DISPENSER MODEL PETERBUILT CHASISS 2005 VIN#2NPLLZ9X75M873725 | 20000L 9072K | |
| | | | AES ITN:X20051216020105 FREIGHT PREPAID | | |
| D/R      EQUIP ID     SEAL# N475P078 | | | | WEIGHT 20000L | CUBE |

(25) **HAZARDOUS DECLARATION - THIS IS TO CERTIFY THAT THE ABOVE NAMED MATERIALS ARE PROPERLY PACKED, LOADED, CLASSIFIED, DESCRIBED, MARKED, LABELLED/PLACARDED, DESIGNATED AND ARE IN PROPER CONDITION FOR TRANSPORTATION ACCORDING TO ALL APPLICABLE REGULATIONS AS SPECIFIED IN CLAUSE 26. PROVIDE SHIPPERS EMERGENCY RESPONSE CONTACT'S NAME AND TELEPHONE NUMBER INCLUDING AREA CODE IN THE SPACE PROVIDED.

CONTACT:                     TEL NO.

| FREIGHT CHARGES Flete | RATED AS Flete Básico | PER | RATE Tarifa | TO BE PREPAID IN US DOLLARS Prepagado en Dolares U.S. | TO BE COLLECTED IN US DOLLARS A cobrar en Dolares U.S. | FOREIGN CURRENCY Moneda Local |
|---|---|---|---|---|---|---|
| OCEAN FREIGHT | 1.000 | EAC | 1495.00 | 1495.00 | | |
| | | | | | | C |
| | **TOTALS** | | | 1495.00 | | |

# INVOICE / FACTURA
# NOT FOR
# CARGO RELEASE

E

PAGE  1 OF  1

PAYMENT DUE 30 DAYS AFTER VESSEL SAIL DATE
Invoice Number is listed in box 3A

VAI