5000861.015

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
---------------------------------------------------------X

CROWLEY LINER SERVICES, INC.,

                  Plaintiff,

                                                        CONSENT CASE

        -against-                         CASE NO.  06-21995-CIV-O'SULLIVAN

TRANSTAINER CORP.,

                  Defendant.

---------------------------------------------------------X

## PLAINTIFF'S NOTICE OF DISCOVERY CONFERENCE

Plaintiff, CROWLEY LINER SERVICES, INC. ("CROWLEY"), by and through its

undersigned attorneys hereby files its Notice of Discovery Conference on Tuesday, April 10,

2007 at 11:00 A.M. in the South Courtroom, United States District Court, 300 N.E. 1st Avenue,

Miami, Florida  33132.

The subjects of the Discovery Conference are:

1.  Plaintiff's Request for Admissions Directed to Defendant dated February 12, 2007;

2.  Plaintiff's Request for Production of Documents directed to defendant dated February

12, 2007; and

3.  Plaintiff's Notice to Take Deposition of Defendant Upon Oral Examination set for

March 21, 2007 and dated February 21, 2007.

Dated:  Key Biscayne, Florida
        March 30, 2007

HALLEY & HALLEY, P.A.


/s/ Thomas V. Halley
Thomas V. Halley
Florida Bar No. 0694363
Attorneys for Plaintiff
328 Crandon Blvd., Suite 224-225
Key Biscayne, FL 33149
Tel. 305 361-3612
Fax. 305 361-3692

# CERTIFICATE OF SERVICE

I hereby certify that on March 30, 2007, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

s/Thomas V. Halley
Thomas V. Halley

G. Luis Dominguez
Electronically