UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 06-21995-CIV-GRAHAM
Magistrate Judge O'Sullivan

CROWLEY LINER SERVICES, INC.,

        Plaintiff,

v.

TRANSTAINER CORP.

        Defendants.
_____/

## RESPONSE TO REQUEST FOR ADMISSIONS AND MOTION THAT THESE BE CONSIDERED TIMELY

Defendant, TRANSTAINER CORP., hereby responds to the Plaintiff's request for admissions and moves that these be considered timely, in that the requests were inadvertently misplaced and the undersigned saw them for the first time when recently reminded of them through communications with Plaintiff's counsel.

### RESPONSES

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted.

5. Denied.

6. Admitted.

7. Denied.

8. Denied.

9. Denied.

10. Denied.

11. Admitted.

12. Denied.

13. Denied.

14. Admitted.

15. Denied.

16. Admitted.

17. Admitted.

18. Denied.

19. Objection. Ambiguous. The request does not attach the document to which it refers, nor is the matter separately set forth.

20. Denied.

21. Denied.

Respectfully submitted,

By: _____s/ G. Luis Dominguez_____
G. Luis Dominguez
Florida Bar No. 752010
Email: gdominguez@frc-law.com
FOWLER RODRIGUEZ
Douglas Entrance - South Tower
806 Douglas Road, Suite 580
Coral Gables, Florida 33134
Tel:   (305) 445-2930
Fax:   (305) 445-2450

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via US Mail to Thomas V. Halley, Halley & Halley, P.A., 328 Crandon Blvd., Suite 225, Key Biscayne, Florida 33149, on this 4th day of April, 2007.

By: _____s/ G. Luis Dominguez_____
G. Luis Dominguez