UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-21995-CIV-O'SULLIVAN

[CONSENT CASE]

CROWLEY LINER SERVICES, INC.,

    Plaintiff,

v.

TRANSTAINER CORP.,

    Defendant.

_____/

## ORDER

THIS MATTER came before the Court on the Response to Request for Admissions and Motion that these be Considered Timely (DE # 38, 4/4/07) and an April 10, 2007, informal discovery conference.  Following oral argument by the parties, the Court issued the following orders from the bench:

- The Response to Request for Admissions and Motion that these be Considered Timely (DE # 38, 4/4/07) is GRANTED.  The plaintiff's request to have the responses stricken is denied.

- On or before April 24, 2007, the defendant shall respond to the Plaintiff's Request for Production directed to the defendant dated February 12, 2007.

- The defendant shall appear for deposition at the office of counsel for the plaintiff at 10:00 AM on May 1, 2007.

- The defendant has failed to comply with the plaintiff's discovery requests and requests for deposition.

- The continued failure of the defendant to fail to timely provide discovery or the defendant's failure to abide by this Order and provide the discovery ordered herein, will result in the plaintiff's claim being granted by default and the defendant's counterclaim being stricken.

DONE AND ORDERED in chambers, at Miami, Florida, this 10th day of April, 2007.

*[signature]*

JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies provided to:
All counsel of record