UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 06-21995-CIV-GRAHAM
Magistrate Judge O'Sullivan

CROWLEY LINER SERVICES, INC.,

    Plaintiff,

v.

TRANSTAINER CORP.

    Defendants.
_____/

## NOTICE OF PRODUCTION OF DOCUMENTS

Defendant, TRANSTAINER CORP., hereby gives notice of producing all documents within its custody and control responsive to the Plaintiff's request for production.

    Respectfully submitted,

    By: _____ s/ G. Luis Dominguez
    G. Luis Dominguez
    Florida Bar No. 752010
    Email: gdominguez@frc-law.com
    FOWLER RODRIGUEZ
    Douglas Entrance - South Tower
    806 Douglas Road, Suite 580
    Coral Gables, Florida 33134
    Tel: (305) 445-2930
    Fax: (305) 445-2450

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via US Mail to Thomas V. Halley, Halley & Halley, P.A., 328 Crandon Blvd., Suite 225, Key Biscayne, Florida 33149, on this 26 day of April, 2007.

By: _____ s/ G. Luis Dominguez
G. Luis Dominguez