5000861.016

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
-------------------------------------------------------X

CROWLEY LINER SERVICES, INC.,

              Plaintiff,

                                     CONSENT CASE

     -against-                 CASE NO.  06-21995-CIV-O'SULLIVAN

TRANSTAINER CORP.,

              Defendant.

-------------------------------------------------------X

**MOTION FOR FINAL DEFAULT JUDGMENT AGAINST TRANSTAINER CORP. AND MOTION TO STRIKE COUNTERCLAIM OF TRANSTAINER CORP.**

      Plaintiff, CROWLEY LINER SERVICES, INC., by its undersigned counsel, HALLEY & HALLEY, P.A., moves this Court for entry of final default judgment against defendant TRANSTAINER CORP., and as grounds for same would show:

      1. In its April 10, 2007 Order, docket entry 39, the Court ordered the defendant to appear for deposition at the office of undersigned counsel on May 1, 2007 at 10:00 A.M.

      2. On April 30, 2007 counsel for defendant advised undersigned counsel that Jose Wolf, the defendant's corporate representative, would not attend the May 1, 2007 deposition.

      3. In fact, Mr. Wolf did not appear at the ordered deposition.

      4. The Court ordered that the failure of defendant to abide by the April 10, 2007 Order would result in plaintiff's claim being granted by default and the defendant's counterclaim, docket entry 13, being stricken.

      5. The within affirmation of undersigned counsel shows the basis for the calculation of the amount of the default judgment.

WHEREFORE, plaintiff prays for entry of final default judgment against defendant and that the counterclaim of defendant be stricken with prejudice.

Dated:  Key Biscayne, Florida
       May 1, 2007

HALLEY & HALLEY, P.A.

/s/ Thomas V. Halley
Thomas V. Halley
Florida Bar No. 0694363
Attorneys for Plaintiff
328 Crandon Blvd., Suite 224-225
Key Biscayne, FL 33149
Tel. 305 361-3612
Fax. 305 361-3692

5000861.016

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
--------------------------------------------------------X

CROWLEY LINER SERVICES, INC.,

                Plaintiff,

          -against-

CONSENT CASE
CASE NO.  06-21995-CIV-O'SULLIVAN

TRANSTAINER CORP.,

                Defendant.

--------------------------------------------------------X

## AFFIRMATION FOR JUDGMENT BY DEFAULT

STATE OF FLORIDA       )
                      ) ss:
COUNTY OF MIAMI-DADE  )

      THOMAS V. HALLEY deposes and says:

      1. I am a member of the firm of HALLEY & HALLEY, P.A., attorneys for plaintiff in the above entitled action, and I am familiar with all the facts and circumstances in this action.

      2. I make this affirmation in support of plaintiff's motion for entry of Default Judgment against defendant.

      3. This is an action to recover unpaid freight and related charges owed by defendant to plaintiff for the transportation of certain goods by plaintiff.

      4. This action arises from contracts for the carriage of cargo aboard vessels.  Said contracts are maritime in nature and an action for breach is recognizable in admiralty.

      5. Jurisdiction of the subject matter of this action is based on admiralty and maritime jurisdiction.

6. This action was commenced by the filing of a Summons and Complaint. A copy of the Summons and Complaint was served on the defendant on September 1, 2006

7. This action seeks judgment for the liquidated amount as shown below on the Statement for Judgment, which is justly due and owing, and no part of which has been paid except as set forth therein.

8. The disbursements sought to be taxed have been made in this action or will necessarily by made or incurred herein.

### STATEMENT FOR JUDGMENT

1. Principal Liquidated Balance  Sued For
   On the First Cause of Action after application of
   all credits due defendant

   $169,076.00

2. Interest:  April 24, 2006 to May 1, 2007
   7% per annum; 372 days at $32.43 per day

   $12,063.96

3. Disbursements:

   | | |
   |---|---|
   | Statutory Fee 28 U.S.C. Section 1923 (a) | $ 20.00 |
   | Filing Fee | $350.00 |
   | Service of Process | $ 25.00 |

Total as of May 1, 2007

$181,534.96

SOLEMNLY AFFIRMED IN LIEU OF OATH IN ACCORDANCE WITH FED. R. CIV. P. 43 (d).

THOMAS V. HALLEY

# CERTIFICATE OF SERVICE

I hereby certify that on May 1, 2007, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

s/Thomas V. Halley
Thomas V. Halley

G. Luis Dominguez
Electronically