UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-21995-CIV-O'SULLIVAN

[CONSENT CASE]

CROWLEY LINER SERVICES, INC.,

      Plaintiff,

v.

TRANSTAINER CORP.,

      Defendant.

_____/

## ORDER

THIS MATTER came before the Court on the plaintiff's Motion for Final Default Judgment Against Transtainer Corp. and Motion to Strike Counterclaim of Transtainer (DE # 41, 5/1/07). Having reviewed the applicable filings and the law, it is hereby

ORDERED AND ADJUDGED that the defendant shall file its response to the plaintiff's Motion for Final Default Judgment Against Transtainer Corp. and Motion to Strike Counterclaim of Transtainer (DE # 41, 5/1/07) by **Monday, May 21, 2007**. The failure to file a timely response to the aforementioned motion may result in the motion being granted in its entirety.

DONE AND ORDERED in Chambers, at Miami, Florida, this **1st** day of May, 2007.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies provided to:
All counsel of record