5000861.018

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

-------------------------------------------------------X

CROWLEY LINER SERVICES, INC.,

            Plaintiff,

       -against-

TRANSTAINER CORP.,

            Defendant.

-------------------------------------------------------X

CONSENT CASE
CASE NO.  06-21995-CIV-O'SULLIVAN

## PLAINTIFF'S NOTICE OF DEFENDANT'S FAILURE TO RESPOND TO PLAINTIFF'S MOTION FOR FINAL DEFAULT JUDGMENT AND MOTION TO STRIKE COUNTERCLAIM

Plaintiff, CROWLEY LINER SERVICES, INC., by and through its undersigned attorneys hereby files its notice of defendant TRANSTAINER CORP.'s failure to respond to plaintiff's motion for final default judgment against defendant and motion to strike counterclaim of defendant (docket entry 41) by May 21, 2007 in accordance with the Court's May 1, 2007 Order (docket entry 42).

Dated:  Key Biscayne, Florida
       May 22, 2007

HALLEY & HALLEY, P.A.

/s/ Thomas V. Halley
Thomas V. Halley
Florida Bar No. 0694363
Attorneys for Plaintiff
328 Crandon Blvd., Suite 224-225
Key Biscayne, FL 33149
Tel. 305 361-3612
Fax. 305 361-3692

# CERTIFICATE OF SERVICE

I hereby certify that on May 21, 2007, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

<u>s/Thomas V. Halley</u>
Thomas V. Halley

G. Luis Dominguez
Electronically